| United States Bankruptcy Court<br>Eastern District of Missouri | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**US Fidelis, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FDBA National Auto Warranty Services, Inc.; FDBA Dealer Services, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**43-1933846** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**100 Mall Parkway**<br>**Wentzville, MO**<br>ZIP Code **63385** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Saint Charles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **100 Mall Parkway**<br>**Wentzville, MO 63385** |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**US Fidelis, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:    **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>   Signature of Attorney for Debtor(s)         (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**US Fidelis, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Robert E. Eggmann**
Signature of Attorney for Debtor(s)

**Robert E. Eggmann #3044, #37374**
Printed Name of Attorney for Debtor(s)

**Lathrop & Gage LLP**
Firm Name

**7701 Forsyth, Suite 400**
**Clayton, MO 63105**

_____
Address

**Email: reggmann@lathropgage.com**
**314-613-2800  Fax: 314-613-2801**
Telephone Number

**March  1, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Eisenberg**
Signature of Authorized Individual

**Scott Eisenberg**
Printed Name of Authorized Individual

**Chief Restructing Officer**
Title of Authorized Individual

**March  1, 2010**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# UNANIMOUS JOINT WRITTEN CONSENT OF THE
# BOARD OF DIRECTORS OF
# US FIDELIS, INC.
# TO CORPORATE ACTION IN LIEU OF SPECIAL MEETING

St. Louis, Missouri
March 1, 2010

In accordance with The General and Business Corporation Law of Missouri, as amended, the duly elected and qualified Board of Directors of **US FIDELIS, INC.**, a Missouri corporation (the "Corporation"), hereby unanimously consent to and vote in favor of the following corporate actions taken as of the above date:

WHEREAS, the Board has reviewed and considered the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's businesses; and

WHEREAS, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

## I. Voluntary Petition under the Provisions of Chapter 11 of Title 11 of the United States Code

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other parties in interest, taken as a whole, that the Corporation file or cause to be filed a voluntary petition for relief (the "Case") under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code"; and

RESOLVED, that each of the chief restructuring officer, president and any such other officers of the Corporation as may be designated by the chief restructuring officer of the Corporation (each an "Authorized Officer" and, collectively, the "Authorized Officers"), be and hereby is, authorized and empowered to execute and file, at such time as the Authorized Officer deems necessary and appropriate, on behalf of the Corporation in the United States Bankruptcy Court for the Eastern District of Missouri, or other such United States Bankruptcy Court, as shall be decided upon by the Board, all petitions, schedules, lists, motions, applications, pleadings and other papers or documents, necessary to commence a case on behalf of the Corporation under chapter 11 of the Bankruptcy Code, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor, to obtain debtor in possession financing, and to take any and all further acts and deeds that he, she or the Board deems necessary, proper and desirable in connection with the Case, with a view to the successful prosecution of the Case; and

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Lathrop & Gage LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Company's chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Lathrop & Gage LLP; and

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ Harry "Bud" Cummins as legal consultant to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing the Case, and to cause to be filed an appropriate application for authority to retain the services of Harry "Bud" Cummins; and

**RESOLVED**, the each of the Authorized Officers be, and hereby is, authorized and directed to employ crisis management personnel and financial consultants of the firm of Amherst Partners, LLC and its employee Scott Eisenberg, chief restructuring officer, interim chief financial officer and related positions to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Case, and to cause to be filed appropriate applications for authority to retain the services of such personnel of Ahmherst Partners, LLC; and

**RESOLVED**, that each of the Authorized officers be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

## II. Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon them, each of the Authorized Officers be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, undertakings and other documents and to incur and pay or cause to be paid all such fees and expenses as each Authorized Officer in his/her discretion may deem necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the members of the Board of Directors of the Corporation have executed this consent as of the date first written above.

Darain Atkinson

Cory Atkinson

Being all of the Directors of the Corporation

# UNANIMOUS JOINT WRITTEN CONSENT OF THE
# BOARD OF DIRECTORS OF
# US FIDELIS, INC.
## TO CORPORATE ACTION IN LIEU OF SPECIAL MEETING

St. Louis, Missouri
March 1, 2010

In accordance with The General and Business Corporation Law of Missouri, as amended, the duly elected and qualified Board of Directors of **US FIDELIS, INC.**, a Missouri corporation (the "Corporation"), hereby unanimously consent to and vote in favor of the following corporate actions taken as of the above date:

**WHEREAS**, the Board has reviewed and considered the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's businesses; and

**WHEREAS**, the Board has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

**I. Voluntary Petition under the Provisions of Chapter 11 of Title 11 of the United States Code**

**NOW, THEREFORE, BE IT RESOLVED**, that in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders, and other parties in interest, taken as a whole, that the Corporation file or cause to be filed a voluntary petition for relief (the "Case") under the provisions of chapter 11 of title 11 of the United States Code (11 U.S.C. §§ 101 et seq., the "Bankruptcy Code"); and

**RESOLVED**, that each of the chief restructuring officer, president and any such other officers of the Corporation as may be designated by the chief restructuring officer of the Corporation (each an "Authorized Officer" and, collectively, the "Authorized Officers"), be and hereby is, authorized and empowered to execute and file, at such time as the Authorized Officer deems necessary and appropriate, on behalf of the Corporation in the United States Bankruptcy Court for the Eastern District of Missouri, or other such United States Bankruptcy Court, as shall be decided upon by the Board, all

petitions, schedules, lists, motions, applications, pleadings and other papers or documents, necessary to commence a case on behalf of the Corporation under chapter 11 of the Bankruptcy Code, including but not limited to motions to obtain the use of cash collateral and provide adequate protection therefor, to obtain debtor in possession financing, and to take any and all further acts and deeds that he, she or the Board deems necessary, proper and desirable in connection with the Case, with a view to the successful prosecution of the Case; and

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ the law firm of Lathrop & Gage LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Company's chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Lathrop & Gage LLP; and

**RESOLVED**, that each of the Authorized Officers be, and hereby is, authorized and directed to employ Harry "Bud" Cummins as legal consultant to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing the Case, and to cause to be filed an appropriate application for authority to retain the services of Harry "Bud" Cummins; and

**RESOLVED**, the each of the Authorized Officers be, and hereby is, authorized and directed to employ crisis management personnel and financial consultants of the firm of Amherst Partners, LLC and its employee Scott Eisenberg, chief restructuring officer, interim chief financial officer and related positions to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Case, and to cause to be filed appropriate applications for authority to retain the services of such personnel of Ahmherst Partners, LLC; and

**RESOLVED**, that each of the Authorized officers be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations in connection with the Case; and in connection therewith, each of the Authorized Officers is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the Case, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

## II. Further Actions and Prior Actions

**RESOLVED**, that in addition to the specific authorizations heretofore conferred upon them, each of the Authorized Officers be, and hereby is, authorized and empowered, in the name of and on behalf of the Corporation, to take or cause to be taken any and all such further actions, and to execute, acknowledge, deliver, and file any and all such agreements, certificates, instruments, undertakings and other documents and to incur and pay or cause to be paid all such fees and expenses as each Authorized Officer in his/her discretion may deem necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

**IN WITNESS WHEREOF**, the members of the Board of Directors of the Corporation have executed this consent as of the date first written above.

Darain Atkinson

Cory Atkinson

Being all of the Directors of the
Corporation

CLAYTON 36959v1

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **US Fidelis, Inc.**

                                                 Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Absolute Comfort Systems, LLC**<br>**1084 Cools Springs Industrial Drive**<br>**O Fallon, MO 63366** | **Absolute Comfort Systems, LLC**<br>**1084 Cools Springs Industrial Drive**<br>**O Fallon, MO 63366** | **Trade debt** | | **23,385.00** |
| **American Service Group**<br>**P.O. Box 3400**<br>**Conroe, TX 77305** | **American Service Group**<br>**P.O. Box 3400**<br>**Conroe, TX 77305** | **Trade debt** | | **36,766.51** |
| **Barklage, Brett, Wibbenmeyer & Hammil, P**<br>**211 North Third St.**<br>**St. Charles, MO 63301-2812** | **Barklage, Brett, Wibbenmeyer & Hammil, P**<br>**211 North Third St.**<br>**St. Charles, MO 63301-2812** | **Trade debt** | | **8,779.55** |
| **Bryan Cave., LLP.**<br>**161 North Clark Street**<br>**Chicago, IL 60601** | **Bryan Cave., LLP.**<br>**161 North Clark Street**<br>**Chicago, IL 60601** | **Trade debt** | | **155,462.12** |
| **Capital Assurance RRG Dealer Account**<br>**CARRG (In Receivershi)**<br>**P.O. Box 340**<br>**Dublin, OH 43017** | **Capital Assurance RRG Dealer Account**<br>**CARRG (In Receivershi)**<br>**P.O. Box 340**<br>**Dublin, OH 43017** | **Trade debt** | | **100,000.00** |
| **Coleman Consulting**<br>**1101 Fifth Street, Suite 345**<br>**San Rafael, CA 94901** | **Coleman Consulting**<br>**1101 Fifth Street, Suite 345**<br>**San Rafael, CA 94901** | **Trade debt** | | **8,193.27** |
| **Direct Response Media Inc**<br>**489 Devon Park Dr., Ste. 306**<br>**Wayne, PA 19087** | **Direct Response Media Inc**<br>**489 Devon Park Dr., Ste. 306**<br>**Wayne, PA 19087** | **Trade debt** | | **7,259,654.79** |
| **Document & Network Technologies, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | **Document & Network Technologies, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | **Trade debt** | | **7,840.21** |
| **Eckenrode-Maupin**<br>**8000 Maryland, Suite 1300**<br>**Saint Louis, MO 63105** | **Eckenrode-Maupin**<br>**8000 Maryland, Suite 1300**<br>**Saint Louis, MO 63105** | **Trade debt** | | **33,195.99** |
| **Gibbes Burton, LLC**<br>**Attn: Frank Gibbes**<br>**308 E. John Street**<br>**Spartanburg, SC 29302** | **Gibbes Burton, LLC**<br>**Attn: Frank Gibbes**<br>**308 E. John Street**<br>**Spartanburg, SC 29302** | **Trade debt** | | **17,107.29** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **iProspect.com, Inc.**<br>**The Arsenal on the Charles**<br>**311 Arsenal Street**<br>**Watertown, MA 02472-2602** | **iProspect.com, Inc.**<br>**The Arsenal on the Charles**<br>**311 Arsenal Street**<br>**Watertown, MA 02472-2602** | **Trade debt** | | **63,000.00** |
| **MagicDust Television**<br>**9633 South 48th Street, Suite 185**<br>**Phoenix, AZ 85044** | **MagicDust Television**<br>**9633 South 48th Street, Suite 185**<br>**Phoenix, AZ 85044** | **Trade debt** | | **17,000.00** |
| **Monty Veasey & Company**<br>**P.O. Box 1572**<br>**Tifton, GA 31793** | **Monty Veasey & Company**<br>**P.O. Box 1572**<br>**Tifton, GA 31793** | **Trade debt** | | **30,000.00** |
| **OCE, Inc.**<br>**5450 North Cumberland Avenue**<br>**Chicago, IL 60656** | **OCE, Inc.**<br>**5450 North Cumberland Avenue**<br>**Chicago, IL 60656** | **Trade debt** | | **22,731.70** |
| **Rhoderick Beery**<br>**6820 Shadow Ridge Road**<br>**Lincoln, NE 68512** | **Rhoderick Beery**<br>**6820 Shadow Ridge Road**<br>**Lincoln, NE 68512** | **Judgment creditor** | | **2,000,000.00** |
| **Rusty Wallace Racing**<br>**149 Knob Hill Road**<br>**Mooresville, NC 28117** | **Rusty Wallace Racing**<br>**149 Knob Hill Road**<br>**Mooresville, NC 28117** | **Trade debt** | | **535,439.18** |
| **St. Charles County Collector**<br>**201 North 2nd Street, Suite 134**<br>**Saint Charles, MO 63301** | **St. Charles County Collector**<br>**201 North 2nd Street, Suite 134**<br>**Saint Charles, MO 63301** | **Personal property taxes** | | **91,404.62** |
| **The Ashcroft Law Firm**<br>**100 Main Street**<br>**Suite 2600**<br>**Kansas City, MO 64105** | **The Ashcroft Law Firm**<br>**100 Main Street**<br>**Suite 2600**<br>**Kansas City, MO 64105** | **Trade debt** | | **668,599.01** |
| **TPG - The Peter Group, Inc.**<br>**7 N. Columbus Boulevard**<br>**Philadelphia, PA 19106** | **TPG - The Peter Group, Inc.**<br>**7 N. Columbus Boulevard**<br>**Philadelphia, PA 19106** | **Trade debt** | | **140,746.90** |
| **Westplex Enews**<br>**148 Timberidge Dr.**<br>**St. Peters, MO 63376** | **Westplex Enews**<br>**148 Timberidge Dr.**<br>**St. Peters, MO 63376** | **Trade debt** | | **15,000.00** |

In re __US Fidelis, Inc._____     Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Chief Restructing Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __**March 1, 2010**_____        Signature  **/s/ Scott Eisenberg**_____

                                                                 **Scott Eisenberg**
                                                                 **Chief Restructing Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Missouri

In re    **US Fidelis, Inc.**                            ,    Case No. _____

                                          Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 74,386,836.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 14,467,002.21 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 91,404.62 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 290 | | 11,212,247.89 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 300 | | | |
| Total Assets | | | 74,386,836.02 | | |
| Total Liabilities | | | | 25,770,654.72 | |

# United States Bankruptcy Court
## Eastern District of Missouri

In re     **US Fidelis, Inc.** _____ ,     Case No. _____

                                                   Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **US Fidelis, Inc.** ,     Case No. _____

                                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

                                      (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re  **US Fidelis, Inc.**  , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Petty cash | - | 1,700.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Merrill Lynch Reserve Escrow account No. ****7415 | - | 0.00 |
| | | Frontenac Bank Operating Account No. ****2804 | - | 19,779.74 |
| | | NAWS Montgomery Bank Flexible Spending Account No. ****8887 | - | 58,194.92 |
| | | NAWS Montgomery Bank Tax Escrow Account No. ****8895 | - | 739.49 |
| | | NAWS Montgomery Bank NAWS Medical Claims Account No. ****8917 | - | 11,843.61 |
| | | First Regional Bank ACH Old Account No. ****9767 | - | 570.11 |
| | | First Regional Bank ACH New Account No. ****1320 | - | 4,402.34 |
| | | First Regional Bank CC Old Account No. ****6564 | - | 159.37 |
| | | First Regional Bank CC New Account No. ****3390 | - | 8,547.00 |
| | | First Regional Bank Reserve Escrow Account No. ****3868 | - | 4,354,327.68 |
| | | Reserve Escrow Account located at Warranty America utilized for cancellations. | - | 0.00 |
| | | Montgomery Bank Cash Account No. ****8909 | - | 6,302.19 |
| | | New England Financial Tax Escrow Account No. ****1000 | - | 1,047,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Water deposit held by the City of Wentzville | - | 150.00 |
| | | Security deposit on residential real estate held by Craig and Ellen Doiron | - | 4,000.00 |

|  | Sub-Total > | 5,517,716.45 |
|---|---|---|
|  | (Total of this page) | |

___3___ continuation sheets attached to the Schedule of Personal Property

In re    **US Fidelis, Inc.**                      ,      Case No. _____

                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loan to Darain Atkinson** | - | **28,247,854.48** |
| | | **Loan to Cory Atkinson** | - | **20,475,002.12** |
| | | Sub-Total > (Total of this page) | | **48,722,856.60** |

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

In re     **US Fidelis, Inc.**                                                ,     Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | AR due from Atkinson Realty | - | 14,690,716.72 |
| | | AR due from DC Atkinson Realty | - | 2,303,638.27 |
| | | Investment in US Fidelis administration company of $1,814,853.84 | - | 750,000.00 |
| | | Loan to Georgia Prince | - | 4,020.98 |
| | | Accounts Recievable for contracts owed by Debtor | - | 346,433.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >     **18,094,808.97**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

In re     **US Fidelis, Inc.**                            ,      Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See attahced Exhibit B to Schedule B for itemization of vehicles** | - | 233,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office supplies** | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Exhibit A to Schedule B for itemization of furnishings and computer equipment, video equipment, other miscellaneous items** | - | 1,817,754.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **2,051,454.00**
(Total of this page)
Total >     **74,386,836.02**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **US Fidelis, Inc.** Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | | |
| **MEPCO** **Attn: Rob Shuster** **111 N. Canal Street, Suite 375** **Chicago, IL 60606** | X | - | | | | | | |
| | | | Value $ 17,727,396.69 | | | | 14,467,002.21 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | 14,467,002.21 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 14,467,002.21 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **US Fidelis, Inc.**                             ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__1__    continuation sheets attached

In re **US Fidelis, Inc.**                             Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114** | - | | **Required notice** | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **Missouri Department of Revenue Attn: Bankruptcy Unit P.O. Box 475 Jefferson City, MO 65105** | - | | **Required notice** | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br><br> **St. Charles County Collector 201 North 2nd Street, Suite 134 Saint Charles, MO 63301** | - | | **2009** <br><br> **Personal property taxes** | | | | 91,404.62 | 0.00 | 91,404.62 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 91,404.62 | 91,404.62 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 91,404.62 | 91,404.62 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **2009** Trade debt **KC Envelope Company, Inc. 8638 NE Underground Drive Kansas City, MO 64161** | - | | | | | | | | 3,573.64 |
| Account No. **A&E Television Networks The Biography Channel 235 East 45th Street New York, NY 10017** | - | | | | Notice only in connection with debt due to DRMI | | | | 0.00 |
| Account No. **A&E Television Networks 235 East 45th Street New York, NY 10017** | - | | | | Notice only in connection with debt due to DRMI | | | | 0.00 |
| Account No. **Aaron Blouin 525 Via Verona Ln Unit 204 Altamonte Springs, FL 32714-3185** | - | | | | **2009** Potential Refund Claim | | | X | Unknown |

|  | Subtotal (Total of this page) | 3,573.64 |
|---|---|---|

__289__ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **US Fidelis, Inc.**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aaron Harrison**<br>**432 Harris Creek Rd**<br>**Jacksonville, NC 28540-9463** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Aaron Jantzi**<br>**6067 Number Four Rd**<br>**Lowville, NY 13367-3327** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Aaron Williams**<br>**15419 Ridpath Ave**<br>**Cleveland, OH 44110-1711** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Abe & Dorothy Lytle**<br>**7044 N 65th St**<br>**Omaha, NE 68152-2108** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Abhay Narayan**<br>**563 Giraudo Dr**<br>**San Jose, CA 95111-2632** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __1__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **US Fidelis, Inc.**                                 ,      Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Abraham Mejia 5005 Losee Rd Apt 3043 North Las Vegas, NV 89081-2508 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Absolute Comfort Systems, LLC 1084 Cools Springs Industrial Drive O Fallon, MO 63366 | - | | | | | | | |
| | | | | | | | | 23,385.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Adam Blevins 974 Eldorado St Apt A Jacksonville, FL 32227-1105 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Adam Donaldson 160 S Irwin Rd Holland, OH 43528-8963 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Adam King 1007 Towne Park Dr Rincon, GA 31326-5135 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __2___ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal                  **23,385.00**
(Total of this page)

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Adam Shawver RR 1 Box 92a Red House, WV 25168-9719 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Adam Wasser 18888 2375 Rd Cedaredge, CO 81413-8114 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Addie Thomas 1100 Calle del Cerro Apt 132 San Clemente, CA 92672-9347 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Adela Mata 38538 Lilacview Ave Palmdale, CA 93550-4349 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Adelina Schmitt 9825 Rose St Apt 5 Bellflower, CA 90706-6965 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __3___ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re  **US Fidelis, Inc.**                                                    ,     Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Elder, Ajsha 6655 Kingbird Ct Charlotte, NC 28215-5031 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Al Salaz Sr. 9414 Meadow St Rancho Cucamonga, CA 91730-5654 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Albert Friend 120 W McKee St Greensburg, IN 47240-1915 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Albert Higgins 1915 Washington Blvd Maywood, IL 60153-1459 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Albert Villagos 5919 Trowbridge Dr El Paso, TX 79905-1918 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __4__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      0.00

In re **US Fidelis, Inc.**_____, Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Legal Claim** | | | | |
| **Britt, Alberta** **2010 Rain Dance Loop** **Harker Heights, TX 76548-7426** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Aldane Clarke** **1355 Roanoke Ave Apt 1le** **Riverhead, NY 11901-2075** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Alejandro Lopez** **11212 NW 73rd St** **Doral, FL 33178-2867** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Alex Johnson** **346 Beaver Run Cir W** **Headland, AL 36345-9522** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Alexia Foster** **3726 Wax Myrtle Dr** **Memphis, TN 38115-4879** | | - | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __5__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                      **0.00**

In re **US Fidelis, Inc.**                 Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Alexis Borredo** <br> **17037 Danielle Court** <br> **Oak Forest, IL 60452** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Alfonso Bush** <br> **100 Took Dr** <br> **Antioch, TN 37013-1943** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Alfred Harper** <br> **6335 Browns Road** <br> **Harlem, GA 30814** | - | | **2008** <br> **Litigation Claim** | | | X | Unknown |
| Account No. <br><br> **Alfred Mares** <br> **2614 Mountain Home** <br> **San Antonio, TX 78251-4917** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Ali Mohammedi** <br> **9903 Santa Monica Blvd 293** <br> **Beverly Hills, CA 90212-1671** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |

Sheet no. __6__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal          **0.00**
(Total of this page)

In re **US Fidelis, Inc.**                     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ali Robow 79 Belle St Springfield, MA 01104-3649 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Alice & Robert Denson 10706 Bellefontaine Ave Kansas City, MO 64137-1739 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Alice Cooper 2213 Dewey St Hollywood, FL 33020-5928 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Alice Martinez 1011 N Brazos St. San Antonio, TX 78207-6202 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Allied Waste Services P.O. Box 9001099 Louisville, KY 40290-1099 | | - | | | | | | |
| | | | | | | | | 745.60 |

Sheet no. __7__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal       **745.60**
                                 (Total of this page)

In re    **US Fidelis, Inc.**                           ,      Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | X | |
| **Allison Wingfield** **912 Dawn Ridge Ct** **Clarksville, TN 37042-0872** | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Legal Claim** | | | X | |
| **Gil, Alma** **836 W Calle Chico** **Nogales, AZ 85621-3963** | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Litigation Claim** | | | X | |
| **Alonzo Hardy** **159-26 Harlem River Drive, #7G** **New York, NY 10039** | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | X | |
| **Alvin Mathis** **PO Box 234** **Fellows, CA 93224-0234** | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | X | |
| **Alvin Scirling** **817 N Oswego St** **Allentown, PA 18109-2317** | | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __8__ of __289__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims             (Total of this page)         **0.00**

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Amanda Vallejo-Cruz & Marco A Cruz-Cstan 2119 Mary Ave Lansing, MI 48910-6232 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Kindley, Amanda 8364b Conner St Fort Campbell, KY 42223-3866 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Ambers  Murph 4726 Poseidon  Pl Lake Worth, FL 33463 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| AMC P.O Box 933 Bethpage, NY 11714 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2009 Trade debt | | | | |
| AMCO Ranger Pest Control 4524 Parktowne Dr. St. Charles, MO 63304 | - | | | | | | |
| | | | | | | | 282.30 |

Sheet no. __9___ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

282.30

In re __US Fidelis, Inc.__ _____, Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Service Group P.O. Box 3400 Conroe, TX 77305** | - | | **2009** <br> **Trade debt** | | | | **36,766.51** |
| Account No. <br><br> **Amir Haskic 376 E. 400 Street, Suite 400 Salt Lake City, UT 84111** | - | | **2009** <br> **Litigation Claim** | | | X | **Unknown** |
| Account No. <br><br> **Amir Seyedan 2722 S. 186 Dr. Goodyear, AZ 85338** | - | | **2009** <br> **Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br> **Amy Robinson PO Box 14 Rarden, OH 45671-0014** | - | | **2009** <br> **Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br> **Seals, Amy 205 Pine Ave DE Soto, IL 62924-3514** | - | | **2009** <br> **Potential Legal Claim** | | | X | **Unknown** |

Sheet no. __10__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **36,766.51**

In re **US Fidelis, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Legal Claim** | | | | |
| Alcala, Ana 1931 Wenonah Ave Berwyn, IL 60402-1666 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Anand Khaire 3131 Homestead Rd Apt 19f Santa Clara, CA 95051-5455 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Andre Brown 326 Shady Glen Dr Capitol Heights, MD 20743-3444 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Andrew Brunetti and Stella Torres 3060 Running Deer Circle Louisville, KY 40241 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Andy Welch 260 Beaver Ridge Trl Murphy, NC 28906-7821 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __11__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                   0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.**                                                      , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Anette Major**<br>**6692 Highway 67**<br>**Slaughter, LA 70777-4035** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Angel Lara**<br>**662 W Main St Apt D**<br>**Tustin, CA 92780-8508** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Angela Dollar**<br>**467 Indian Oaks**<br>**Livingston, TX 77351-6670** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Angela Lyles**<br>**4166 Middlebelt Rd**<br>**Inkster, MI 48141-2860** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Angela Yorba**<br>**515 Fletcher Ave Apt 7**<br>**Lincoln, NE 68521-1368** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**12**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **US Fidelis, Inc.**             ,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Angela/Larry Teague 1818 Northwind Dr Clarksville, TN 37042-5242 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anglea Thompson 1226 Crestmark Blvd Lithia Springs, GA 30122-4426 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anika Foreman 1336 Overlook Cir Cedar Hill, TX 75104-4549 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Animal Planet P.O. Box 79967 Baltimore, MD 21279-0967 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anita Merrill 180 Mast Rd Westbrook, ME 04092-2518 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. \_\_**13**\_\_ of \_\_**289**\_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __US Fidelis, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ann Chapman 33 West 1930 North Tooele, UT 84074 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ann Rasnick 587 County Rt 22 Durham, NY 12422-5130 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ann Tanksley 145 Kenwood Ave Rochester, NY 14611-3032 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anna Gonzalez 2105 New Prospect Rd Jasper, AL 35503-6345 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anna Lopardo 106 Wynoka St Pittsburgh, PA 15210-3646 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __14__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re **US Fidelis, Inc.** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Anne Kay Snow**<br>**726 S Pennsylvania Ave**<br>**Morrisville, PA 19067-1214** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Anne Ricker**<br>**PO Box 346**<br>**Charlestown, NH 03603-0346** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Annelise McAuley**<br>**9 Deerfield Rd**<br>**Old Saybrook, CT 06475-1805** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Anthony Kamau**<br>**45 Endicott St Apt 2**<br>**Worcester, MA 01610-1833** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Anthony Perez**<br>**540 Manhattan Ave Apt 5g**<br>**New York, NY 10027-5227** | | - | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. **15** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __**US Fidelis, Inc.**_____,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anthony Ragland 202 Connecticut St Highland Park, MI 48203-3557 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anthony Shuler 363 Forest Pkwy # 218 Forest Park, GA 30297-2165 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| For, Antoan 1440 E Broadway Rd Apt 1175a Tempe, AZ 85282-2064 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Antonia Moreno 4600 Rixie Rd Lot 306 North Little Rock, AR 72117-1738 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Antonio A/Marcos Lojo 8075 NW 7th St Apt 220 Miami, FL 33126-4066 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __**16**__ of __**289**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re  **US Fidelis, Inc.**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Antonio Slaughter 1149 1st Ave Pleasant Grove, AL 35127-1939 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Antonio Smith 42091 Orange Blossom Dr Temecula, CA 92591-5543 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Antonio Torres 27661 SW 152nd Ct Homestead, FL 33032-7246 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Anurag Agrawal 6502 Terrace Ct Harrisburg, PA 17111-7022 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| April Ryno PO Box 16853 Lubbock, TX 79490-6853 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __17__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 0.00

In re **US Fidelis, Inc.** , Case No. _____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aracelys Santiago**<br>**4710 Ramona Ave**<br>**Philadelphia, PA 19124-2419** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Archie Rodrigue**<br>**6122 SW Park Ave**<br>**Lawton, OK 73505-7719** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Arlester Ellis**<br>**4109 Byers St**<br>**Capitol Heights, MD 20743-5725** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Armando Alvarez**<br>**PO Box 621409**<br>**Las Vegas, NV 89162-1409** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Arron**<br>**2300 Albilen Rd**<br>**Charlotte Courthouse, VA 23923** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __18__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　　　0.00

In re   **US Fidelis, Inc.**                          ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Arthur Gillum**<br>**1532 Constance St**<br>**New Orleans, LA 70130-4722** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Arturo Cardona**<br>**17563 W Buchanan St**<br>**Goodyear, AZ 85338-2575** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Ashe, Rafuse & Hill, LLP**<br>**1355 PeachtreeStreet N.E.**<br>**Suite 500**<br>**Atlanta, GA 30309-3232** | - | | **2009**<br>**Trade debt** | | | | 878.68 |
| Account No.<br><br>**Asia Johnson**<br>**417 John St Apt 1**<br>**Plainfield, NJ 07060-2028** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Rehman, Atiq**<br>**14225 Jib St Apt 32**<br>**Laurel, MD 20707-6164** | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |

Sheet no. __19__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         | 878.68
(Total of this page)

In re **US Fidelis, Inc.**_____, Case No. _____
                                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Litigation Claim | | | | |
| **Atkin** **10366 White Ash Trail** **Twinsburg, OH 44087** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2008 Litigation Claim | | | | |
| **Aubrey Odom** **4992 Highway 3** **Barnwell, SC 29812** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Aubrey Siehl** **9684 Treyburn Lakes Dr** **Indianapolis, IN 46239-7758** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Aurelius Pembroke** **2714 Cleburne St** **Houston, TX 77004-5432** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Ava Coleman** **1217 Wright St** **Jacksonville, AR 72076** | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __20__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    **0.00**

In re **US Fidelis, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Azteca 1139 Grand Central Ave Glendale, CA 91201** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Barbara Downing PO Box 173 Arlington, AZ 85322-0173** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Barbara Firisin 559 Freeman Ave Stratford, CT 06614-4031** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Barbara Osgood PO Box 49 Huttig, AR 71747-0049** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Barbara Yaeger 2410 Larue Ln Green Bay, WI 54313-5799** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __21__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.**                              Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Lockard, Barbara 29964 N 123rd Dr Peoria, AZ 85383-3474 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Robinson, Barbara 500 24th St NE Washington, DC 20002-4818 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Barbra Cornetti 150 W 9th Ave 2210 Denver, CO 80204-4032 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Barklage, Brett, Wibbenmeyer & Hammil, P 211 North Third St. St. Charles, MO 63301-2812 | - | | | | | | | |
| | | | | | | | | 8,779.55 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Barry Carstetter 160 N Tumbleweed Trl Apt A Austin, TX 78733-3254 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __22__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal (Total of this page)       8,779.55

In re    **US Fidelis, Inc.**                ,      Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Barry Johnson**<br>**5124 Pruitt Dr**<br>**The Colony, TX 75056-1207** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**BBC America**<br>**747 Third Avenue**<br>**6th Floor**<br>**New York, NY 10017** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**Beatrice Eppinger**<br>**PO Box 330888**<br>**Houston, TX 77233-0888** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Sandridge, Beatrice**<br>**4389 Muskerry Cv**<br>**Memphis, TN 38125-3116** | - | | **2009**<br>**Potential Legal Claim** | | | X | **Unknown** |
| Account No.<br><br>**Beishir Lock & Safe, Inc.**<br>**5423 S. Lindbergh**<br>**Saint Louis, MO 63123** | - | | **2009**<br>**Trade debt** | | | | **3,696.72** |

Sheet no. __23__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal         **3,696.72**
                   (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       

In re **US Fidelis, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Belinda Eckenroade 1860 2nd St Apt 1057 Cuyahoga Falls, OH 44221-3953 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ben Whiteside 15365 E Base Rd Columbus, IN 47203-9160 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2010 Litigation Claim | | | | |
| Benjamin Mantle c/o Randall L. Rhodes, Esq. 903 East 104th Street, Suite 510 Kansas City, MO 64131 | | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Benjamin Sewell 5428 Beckton Ct West Valley City, UT 84120-5973 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Bennett Dix PO Box 480 Ava, MO 65608-0480 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __24__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **0.00**

In re   **US Fidelis, Inc.**                           ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Legal Claim** | | | | |
| **Hogan, Bernadette** **193 Hunters Ridge Dr Apt 204** **Hillsboro, MO 63050** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Bernardo Martinez & Maria Zoila Robles** **3801 Billman Rd** **Donna, TX 78537-4534** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Bernice Mills** **47 Grafton Rd** **Hamden, CT 06517-3619** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Bert Raja** **4010 Mayfield St** **Newbury Park, CA 91320-4218** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Bertha Gamez** **2401 La Vista Ave Apt 46** **McAllen, TX 78501-6349** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __25__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                            Subtotal                  **0.00**
                           (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re **US Fidelis, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Beth & Johnathan Dales 1120 Sidonia St Encinitas, CA 92024-2228 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Betty Best 1108 W 57th St Apt 305 Sioux Falls, SD 57108-2839 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Betty Logan 118 Hide Away Rd Dahlonega, GA 30533-4260 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Betty Tucker 95 Hockanum Blvd, Unit 4805 Vernon, CT 06006 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Beverly Howard 814 Vertin Blvd Shorewood, IL 60404-7235 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __26__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** ,  Case No. _____
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Beverly Moore 3603 Barren River Rd Bowling Green, KY 42101-9463 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Beverly Smith 20222 Dequindre St Detroit, MI 48234-1285 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Bianca Pereira 89 Wright St Newark, NJ 07114-1824 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| BIG 10 Network 600 West Chicago Ave Chicago, IL 60654-2822 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2009 Litigation Claim | | | | |
| Bijou Croston 1535 N. Bouvier Street Philadelphia, PA 19121 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __27__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **US Fidelis, Inc.**                           ,      Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Bill Rendfeld**<br>**101 W River Rd Unit 82**<br>**Tucson, AZ 85704-5122** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Billie Spears**<br>**590 Lakeview Rd.**<br>**Vidor, TX 77662** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Billy Ruggles**<br>**1413 Gabriel St**<br>**El Reno, OK 73036-4149** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Black Entertainment Television**<br>**555 W, 57th Street**<br>**New York, NY 10019** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No.<br><br>**Blake Thomas**<br>**49494 Lawrence Creek Rd**<br>**Franklinton, LA 70438-6812** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __28__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  **0.00**
(Total of this page)

In re __US Fidelis, Inc.__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Blanche Davis 8807 Q St Apt 307b Omaha, NE 68127-4822 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| BMW of North America 300 Chestnut Ridge Road Woodcliff Lake, NJ 07677 | - | | Litigation Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Bob Jeter 4041 W Cherry Ave Visalia, CA 93277-5841 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Bobby Horton 122 S Harrison St DE Witt, AR 72042-1712 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Bobby Lacy 20 Mason Ln Stafford, VA 22554-6513 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __29__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Bobby Mosley 4 Lindsey Ct. Columbus, GA 31907 | | - | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Bobby Vangilder 1819 N Fayetteville St Apt 5h Asheboro, NC 27203-2707 | | - | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Bonita Shuler 5849 Bethlehem Rd Preston, MD 21655-2136 | | - | | | | X | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Brown, Brady and Margerite 3109 Louisa St Columbia, SC 29204-1252 | | - | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Brandon Cobb 12247 S Spencer St Apt 2w Alsip, IL 60803-2531 | | - | | | | X | Unknown |

Sheet no. __30__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Brandon Oneal** 1195 Nevada St Sour Lake, TX 77659-8213 | - | | **2009 Potential Refund Claim** | | | X | Unknown |
| Account No. **Brandon Williams** 1314 Walnut Grove Rd Burlison, TN 38015-6422 | - | | **2009 Potential Refund Claim** | | | X | Unknown |
| Account No. **Breana Sheets** 2719 S Mulberry St Muncie, IN 47302-5059 | - | | **2009 Potential Refund Claim** | | | X | Unknown |
| Account No. **Duncan, Brenda** 1203 Marietta St Charlotte, NC 28214-2336 | - | | **2009 Potential Legal Claim** | | | X | Unknown |
| Account No. **Brett St. Amour** 7716 Palacio Dr Carlsbad, CA 92009-8522 | - | | **2009 Potential Refund Claim** | | | X | Unknown |

Sheet no. __31__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **0.00**

In re **US Fidelis, Inc.**        Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Jochumsen, Brett 316 Shot Hunt Rd Vine Grove, KY 40175-6241 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Brian Chang 10 Whimble Ct Wayne, NJ 07470-8463 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Brian Hamilton 540 Stratford Rd Ferndale, MI 48220-2337 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Brice Johnson 109 Candy St Bakersfield, CA 93309-2034 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Bryan Atwood 6085 State Route 41 Homer, NY 13077-9362 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __32__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

             Subtotal
       (Total of this page)     **0.00**

In re **US Fidelis, Inc.** _____, Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Bryan Cave., LLP. 161 North Clark Street Chicago, IL 60601 | - | | Trade debt | | | | 155,462.12 |
| Account No. | | | 2010 | | | | |
| Bryan Granneman c/o Randall L. Rhodes, Esq. 903 East 104th Street, Suite 510 Kansas City, MO 64131 | - | | Litigation Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Bryant McCullough 8 Brafman Dr Hamilton, NJ 08610-4209 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Burks Williams 331 Buena Vista Rd Hot Springs, AR 71913-8210 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Burton Ury 665 Sheridan Rd Highland Park, IL 60035-5019 | - | | Potential Refund Claim | | | X | Unknown |

Sheet no. __33__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 155,462.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __**US Fidelis, Inc.**_____,     Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Byron Washington** **PO Box 2472** **Waterloo, IA 50704-2472** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **C. Mallette** **23000 N Springlake Rd** **Hensley, AR 72065-8114** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Cable News Network** **P.O. Box 532448** **Charlotte, NC 28290-2448** | | - | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Calvin Carter** **1912 Streamfield Ct** **Antioch, TN 37013-5753** | | - | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Calvin Watkins** **1406 York Rd Floor 2** **Lutherville, MD 21093-6048** | | - | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __**34**__ of __**289**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.**                                    , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Taylor, Calvin**<br>**4983 Lockard Dr**<br>**Owings Mills, MD 21117-6110** | - | | **2009**<br>**Potential Legal Claim** | | | X | <br><br><br>**Unknown** |
| Account No.<br><br>**Candace Spence**<br>**1470 Mayflower Way**<br>**Clovis, CA 93612-2447** | - | | **2009**<br>**Potential Refund Claim** | | | X | <br><br><br>**Unknown** |
| Account No.<br><br>**Capital Assurance RRG Dealer Account**<br>**CARRG (In Receivershi)**<br>**P.O. Box 340**<br>**Dublin, OH 43017** | - | | **2009**<br>**Trade debt** | | | | <br><br><br>**100,000.00** |
| Account No.<br><br>**Carl Davis**<br>**2528 11th St NW**<br>**Washington, DC 20001-3924** | - | | **2009**<br>**Potential Refund Claim** | | | X | <br><br><br>**Unknown** |
| Account No.<br><br>**Carl Johnson**<br>**8005 Old River Rd**<br>**Burgaw, NC 28425-8296** | - | | **2009**<br>**Potential Refund Claim** | | | X | <br><br><br>**Unknown** |

Sheet no. __35__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              **100,000.00**

In re **US Fidelis, Inc.**                               ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Carl Jones** <br>**8219 Twin Tree Lane** <br>**Houston, TX 77071** | | - | | **2009** <br>**Litigation Claim** | | | X | **Unknown** |
| Account No. <br><br>**Carla Abshire** <br>**20019 la Highway 92** <br>**Kaplan, LA 70548-6078** | | - | | **2009** <br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Carlene Beasley** <br>**619 E Hanson St** <br>**Cleveland, TX 77327-4563** | | - | | **2009** <br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Carlos & Miriam Guzman** <br>**3643 N Spaulding Ave** <br>**Chicago, IL 60618-4424** | | - | | **2009** <br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Carmen Miramontes** <br>**c/o Maggie McFadden, Supervisory Investi** <br>**1222 Spruce Street, Room 8.100** <br>**St. Louis, MO 63103** | | - | | **2009** <br>**Litigation Claim** | | | X | **Unknown** |

Sheet no. __36__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal              **0.00**
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re __US Fidelis, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carmen thomas 69 Bluebird Dr Decatur, IL 62526-2201 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carol Hollins 5327 Stormy Breeze San Antonio, TX 78247-1841 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carol Mays 2438 N Grove St Wichita, KS 67219-4613 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carolyn Lassiter 1427 Grantland Pl Greensboro, NC 27410-8213 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carolyn Murray 4355 Cobb Pkwy Ste J Atlanta, GA 30339-3887 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __37__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **US Fidelis, Inc.** , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Litigation Claim | | | | |
| Carolyn Stephen 90 Puritan Highland Park, MI 48203 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carolyn Watson 3028 Fowler Ave Omaha, NE 68111-2320 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carraleen Taylor 1610 Rosedale Ave Kinston, NC 28504-3432 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carrie Hestand 6505 Wildhaven Dr Rowlett, TX 75089-7455 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carroll McLoud 5779 Sean Haggerty Dr Apt B El Paso, TX 79924 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __38__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc._____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Carteina Riddick 4585 Browns Mill Drive Lithonia, GA 30038 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Cassandra Mathews 9735 Dale Ave Apt 9 Spring Valley, CA 91977-2415 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Catheleen Clark 987 Maryland Ave Hagerstown, MD 21740-6324 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Northam, Catherine 2025 Sharon Way Reno, NV 89509-3536 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| CBS College Sports Network P.O. Box 13728 Newark, NJ 71880-7728 | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __39__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                               0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                               Best Case Bankruptcy

In re **US Fidelis, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CDW Direct** <br> **P.O. Box 75723** <br> **Chicago, IL 60675** | - | | **2009** <br> **Trade debt** | | | | **6,305.22** |
| Account No. <br><br> **Ceasar Chavez** <br> **1607 Eddy Ct** <br> **Redlands, CA 92374-2561** | - | | **2009** <br> **Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br> **Cecilia Gil** <br> **376 Dewolf Pl** <br> **Hackensack, NJ 07601-2747** | - | | **2009** <br> **Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br> **Celeste Maxwell** <br> **11121 Saintsbury Pl** <br> **Charlotte, NC 28270-1569** | - | | **2009** <br> **Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br> **CentiMark Corporation** <br> **P.O. Box 360093** <br> **Pittsburgh, PA 15251** | - | | **2009** <br> **Trade debt** | | | | **800.00** |

Sheet no. __40__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,105.22**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **US Fidelis, Inc.**                   ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Centric**<br>**1540 Broadway**<br>**27th Floor**<br>**New York, NY 10036** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**CenturyLink**<br>**P.O. Box 4300**<br>**Carol Stream, IL 60197** | - | | **2009**<br>**Trade debt** | | | | **145.08** |
| Account No.<br><br>**Cesar Sorona**<br>**1249 Parkway Pl Apt B**<br>**Clarksville, TN 37042-8492** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Chad Goodman**<br>**5 Okelly Cir**<br>**Natchez, MS 39120-9735** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Langford, Chani**<br>**303 3rd St Unit 326**<br>**Cambridge, MA 02142-1126** | - | | **2009**<br>**Potential Legal Claim** | | | X | **Unknown** |

Sheet no. __41__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal                            
(Total of this page)              **145.08**

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charlene King 4031 N Darien St Philadelphia, PA 19140-2236 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles & Debra Freeman PO Box 883 Vail, AZ 85641-0883 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles and Vanida Munroe 4901 Saratoga Blvd Corpus Christi, TX 78413-2265 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles Card 49 Hilltop Trl Sparta, NJ 07871-2207 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles Davis 1240 Palomar Pl Apt D Vista, CA 92084-3553 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __42__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re **US Fidelis, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **2009** **Potential Refund Claim** | | | | |
| Charles Douglas 7 Mohawk Dr Portsmouth, VA 23701-2417 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | **2009** **Potential Refund Claim** | | | | |
| Charles Everly 212 W 7th St Grand Island, NE 68801-4325 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | **2009** **Potential Refund Claim** | | | | |
| Charles Grayson 1332 4th Way NW Center Point, AL 35215-6003 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | **2009** **Potential Refund Claim** | | | | |
| Charles McCleary-Smalls 58 Oakley Rd Asheville, NC 28803-1148 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | **2009** **Potential Refund Claim** | | | | |
| Charles Phillips 1308 Hillary Ln Arlington, TX 76012-5544 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __43__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                    0.00

In re **US Fidelis, Inc.**                          ,     Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles Scarbrough 3636 Brookwood Rd Birmingham, AL 35223 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles Smith PO Box 372 Ider, AL 35981-0372 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charles Tirpik 701 2nd Ave Bessemer, MI 49911-1634 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Beuglet, Charles 470 Vista Trucha Newport Beach, CA 92660-3521 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Charlie Milton 2220 N Forrest St Valdosta, GA 31602-2004 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __44__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
           (Total of this page)       **0.00**

In re **US Fidelis, Inc.**                      Case No. _____
_____,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Wilson, Charlotte 1965 Lafayette Ave Apt 21l Bronx, NY 10473-2513 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Chas Richards PO Box 233 Garrison, TX 75946-0233 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Cheryl Bellmore 1241 Almond Dr Plainfield, IN 46168-9354 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Chester Baldon 4409 Gandy Cir Tampa, FL 33616-1401 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Streeter, Chester 2631 Iowa Ave St. Louis, MO 63118-1422 | - | | | | | | X | Unknown |

Sheet no. __45__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re __US Fidelis, Inc._____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Chiller C/O NBC Universal CFS, Bank of A**<br>**NBC Universal Lock Box 3402971**<br>**Atlanta, GA 30384-2971** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**Chirstopher Salvini**<br>**20 Saddlewood Court**<br>**Durham, NC 27713** | - | | **2010**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Chris  Newton**<br>**155 Lottie Ct Apt 15**<br>**Paducah, KY 42003-1114** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Chris Ahles**<br>**24822 4th St**<br>**Holden, LA 70744-4631** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Chris Evans**<br>**4709 Town N Country Blvd**<br>**Tampa, FL 33615-4524** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __46__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re **US Fidelis, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Chris McCall 816 Crosswood Ct Saint Charles, MO 63303-6415 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Chris Spivey PO Box 174 Sharpsburg, GA 30277-0174 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| Pennington, Chris 5450 Lake Margaret Dr Apt 1409 Orlando, FL 32812-6158 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Christian Espiet 640 SE 44th Ave Ocala, FL 34471-3240 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Christian Sauer 9609 Dolphin Ct Louisville, KY 40299-3213 | | - | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __47__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.** _____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Christina Lukasik**<br>**33 Randolph St Apt 7**<br>**Abington, MA 02351-1655** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Christine Scurles**<br>**2227 Perdue Ave**<br>**Columbus, OH 43211-2868** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Christopher Coen**<br>**9052 SW 7th St**<br>**Boca Raton, FL 33433-4646** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Christopher Cooley**<br>**c/o Randall L. Rhodes, Esq.**<br>**903 East 104th Street, Suite 510**<br>**Kansas City, MO 64131** | - | | **2010**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Christopher Penn**<br>**1824 Chelsea Rd**<br>**Elkins Park, PA 19027-1056** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __48__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __US Fidelis, Inc.__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Christopher Scott PO Box 3314 Yuma Proving Ground, AZ 85365-0906 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Christopher Whilby 92 Sudbury Ln Hyannis, MA 02601-2463 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Seals, Christopher 55 N Ranchwood Blvd Apt 126 Yukon, OK 73099-2202 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Chung Koo 1050 Johnson Ave San Jose, CA 95129-3126 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Clare, Cindy 7377 W Grant Ranch Blvd Apt 2023 Littleton, CO 80123-2665 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __49__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**US Fidelis, Inc.**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Cintas** **3750 Mueller Rd.** **St. Charles, MO 63301** | - | | **2009** **Trade debt** | | | | **1,136.40** |
| Account No. **Claire Spires** **3419 Fountains Dr Apt 1308** **Rosenberg, TX 77471-8798** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Clara Miller** **87 Country Ln** **Plant City, FL 33565-9153** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Edwards, Clara** **2472 Pax Hill Rd Lot 14** **Morganton, NC 28655-7757** | - | | **2009** **Potential Legal Claim** | | | X | **Unknown** |
| Account No. **CLASS** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |

Sheet no. __**50**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,136.40**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **US Fidelis, Inc.**                                   Case No. _____
                                              ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Clay Cales 4 Coronet Dr Montgomery, AL 36116-2624 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Alston, Cleadieais 31 Oakdale St Kingstree, SC 29556-2067 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Clifford Marbrey 1022 Whetstone Way Bldg 11 Louisville, KY 40223-3645 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Clint Shows 515 Highway 11 N Ellisville, MS 39437-2221 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Clinton Williams 18773 State Highway 31 E Tyler, TX 75705-4939 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __51__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re   **US Fidelis, Inc.**                           ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**CLTV, Chicagoland Television News**<br>**Dept No. 93094**<br>**Chicago, IL 60673-3094** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**CNBC**<br>**900 Sylvan Avenue**<br>**Englewood-Cliffs, NJ 07632** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**Cody Schneider**<br>**200 Fountains Ln Apt 4303**<br>**Conroe, TX 77304-5049** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Coleman Consulting**<br>**1101 Fifth Street, Suite 345**<br>**San Rafael, CA 94901** | - | | **2009**<br>**Trade debt** | | | | **8,193.27** |
| Account No.<br><br>**Colin Chrislett**<br>**81 Dunlap Cir**<br>**Oxford, MI 48371-5209** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __52__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **8,193.27**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __**US Fidelis, Inc.**_____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| **Comedy Central, MTV Networks** **AD Sales P.O. Box 13683** **Newark, NJ 07188-0683** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| **Connie Miller** **420 Greenley Rd Apt 9** **Sonora, CA 95370-5918** | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Trade debt | | | | |
| **Contact Center Compliance Corporation** **350 E. Street, Suite 300A** **Santa Rosa, CA 95404** | - | | | | | | | | |
| | | | | | | | | | 2,500.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| **Cordella & Leeford Morris** **2 Lexington HI Unit 3** **Harriman, NY 10926-3403** | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| **Harris, Corlis** **102 Miles St** **Sylvester, GA 31791-7541** | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __53__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              2,500.00

In re **US Fidelis, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Cortney Carter 11580 Perkins Rd Apt 155 Baton Rouge, LA 70810-1844 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Cory McCall 7705 Old Pineville Rd Apt 205 Charlotte, NC 28217-5934 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Country Music Television/MTV Networks AD Sales P.O. Box 13683 Newark, NJ 07188-0683 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Carter, Courtney 11580 Perkins Rd Apt 155 Baton Rouge, LA 70810-1844 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Craig Stanard 5023 Pole Green Rd Mechanicsville, VA 23116-5431 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __54__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) — 0.00

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Cutria & Carnealius Francis 127 1/2 Nancy Ln Lafayette, LA 70501-5165 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Cynthia Wilson 2337 McRitchie Way Modesto, CA 95355-4052 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Damon Grant 1604 East 50th Street  Apt 703 Tuxacana, AR 71854 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Dana Jone 8833 Old Kings Rd S Apt 1401 Jacksonville, FL 32257-5362 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Ellis, Dana 1823 SW 39th Ter Cape Coral, FL 33914-5510 | - | | Potential Legal Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __**55**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __US Fidelis, Inc._____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Daniel Lawless 709 Watts Cir # 709 Nashville, TN 37209 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Daniel Pierce 5730 South 50th St Lincoln, NE 68516 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Danielle Crosby 234 E 75TH ST Shreveport, LA 71106 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Danny Barragan 268 Orchard St Elmwood Park, NJ 07407-2701 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Danny Gomez 3343 River Bottom Way Apt 533 West Valley, UT 84119-1891 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __56__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re   **US Fidelis, Inc.**                     ,    Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Danny Shipley Po Box 333 Coalmont, IN 47845 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| DeRose, Danny 3985 Linmar Ln Carlsbad, CA 92008-4125 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Darlene Perkins 2015 Bennock Mill Road Loop Augusta, GA 30906-8710 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Darrel Morris 598 Honey Dew Ln Brooklet, GA 30415-5469 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Litigation Claim | | | | |
| Darrell Gleason 624 Raintree Crossing O'Fallon, MO 63366 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __57__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal             **0.00**
(Total of this page)

In re **US Fidelis, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Darrell Hale PO Box 2683 Page, AZ 86040-2683 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Darriel Robinson 708 N Franklin St Apt 10 Wilmington, DE 19805-3252 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Darryl Benally 22 Huckleberry Ln Durango, CO 81301-7129 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Darwin Copeland 2834 Bedford Ave Pittsburgh, PA 15219-4004 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Darwin Shaffer 11929 Old Forge Rd Waynesboro, PA 17268-9365 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __58__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Daryl Smalls 2236 Aaron Ross Way Round Rock, TX 78665-4636 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Dave Burns 711 Worth Dr Cheyenne, WY 82001-6348 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Dave Curtain 2611 84th St S Wisconsin Rapids, WI 54494-8726 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Daveda Henderson 1926 Angelina Dr Garland, TX 75040-5445 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| David & Jessica Kincaid Hc 37 Box 170m Lewisburg, WV 24901-9534 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __59__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**US Fidelis, Inc.**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009**  **Potential Refund Claim** | | | | |
| **David & Sheila Taylor**  **206 Rio Pinar Dr**  **Warner Robins, GA 31088-6443** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009**  **Potential Refund Claim** | | | | |
| **David Bateman Sr.**  **669 Walters Mill Ln**  **Stephenson, VA 22656-1865** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009**  **Potential Refund Claim** | | | | |
| **David Beasinger**  **PO Box 71**  **Mc Millan, MI 49853-0071** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009**  **Potential Refund Claim** | | | | |
| **David Brady**  **1897 Avacado Ct**  **Henderson, NV 89014-3808** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009**  **Potential Refund Claim** | | | | |
| **David Carroll**  **1396 Arnold Dr**  **Melbourne, FL 32935-3236** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __**60**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **US Fidelis, Inc.** _____, Case No. _____

(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| David Erlo 1059 Favinger Rd Pottstown, PA 19465-8617 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| David Hebert PO Box 2671 Waterville, ME 04903-2671 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| David Hill 2613 Saint Michelle Ln Mckinney, TX 75070-4254 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| David Johns 8834 SW 197th Ter Cutler Bay, FL 33157-8965 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| David Marmolejo 140 Babcock Rd San Antonio, TX 78201-3853 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __61__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re __US Fidelis, Inc.__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| David Mason 1615 16th St North Chicago, IL 60064-2018 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| David McNeil 13281 Summit Dr Meadowview, VA 24361-3221 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| David Mynatt 150 Lincoln Inn Rd Columbia, SC 29212-1243 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| David Overby 697 Deer Run Rd Ferrum, VA 24088-3309 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| David Prouty 1735 East Road Bennington, VT 05201 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __62__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc._____,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| David Riley 6949 Laurel Canyon Blvd Apt 138 North Hollywood, CA 91605-6808 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| David Shearin 2441 Lawndale Rd Lakeland, FL 33801-6152 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| David Sweaza 5584 Odessa Dr Virginia Beach, VA 23455-3430 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| David Tierman PO Box 171 Alma, MO 64001-0171 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Botello, David 4816 S Avers Ave Chicago, IL 60632-3627 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __63__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Hann, David** **800 Scott St** **Talladega, AL 35160-1682** | - | | **2009** **Potential Legal Claim** | | | X | **Unknown** |
| Account No. **Smith, David** **5 Thilman Court** **Caseyville, IL 62232** | - | | **2009** **Potential Legal Claim** | | | X | **Unknown** |
| Account No. **Dawn Burrell** **6432 Crestview Dr** **Holly, MI 48442-8437** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Dawn Dibbern** **1024 E Wescott Dr** **Phoenix, AZ 85024-2331** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Dawn Uti** **819 W Hillcrest Dr** **Dekalb, IL 60115-1669** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __64__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          **0.00**

In re __**US Fidelis, Inc.**_____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Dawne Reyes 7450 Grant St Merrillville, IN 46410-4643 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Dayrl Knott 2017 W Pasadena Ave Flint, MI 48504-2566 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Dean Henry 7 First Pl Old Bridge, NJ 08857-3718 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Dean Parker 20767 E Wagon Way Mayer, AZ 86333-2611 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Ochotnicki, Dean 9401 Welsh Ln Huntley, IL 60142-2447 | - | | Potential Legal Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __65__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**US Fidelis, Inc.**_____,     Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Deb Marsh** **157 E Lee Ave** **Florence, AL 35630-2224** | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Debbie Sirbaugh & Gary Taulton** **PO Box 598** **Ranson, WV 25438-0598** | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Debora Gonzalez & Thomas Boyd** **18 Jefferson St** **Westfield, NY 14787-1011** | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Deborah Broady** **Po Box 302** **Cascade, VA 24069-0302** | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Deborah Cawthon** **40803 Bouvier Ct** **Murrieta, CA 92562-2095** | - | | | | | X | Unknown |

Sheet no. __66__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **US Fidelis, Inc.**_____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Deborah Holder 152 Gun Range Rd Aiken, SC 29801-7559 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Deborah Hoxie 5429 10th Ave Los Angeles, CA 90043-2525 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Deborah Mattison 1653 N 7th St Philadelphia, PA 19122-2914 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Deborah Nelson 10921 Coconino Dr Blythe, CA 92225-1003 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Debra Seaman 6745 Millay Dr Orlando, FL 32809-6536 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __67__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      0.00

In re **US Fidelis, Inc.**                                    Case No. _____
                                                    ,
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Deidra Clayton**<br>**PO Box 144**<br>**Hardesty, OK 73944-0144** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Delma Griffith**<br>**255 Fisher St**<br>**Christiansburg, VA 24073-2505** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Delora Dillon**<br>**2853 B North 4th Street**<br>**Milwaukee, WI 53212** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Dillon, Delora**<br>**2853 B North 4th Street**<br>**Milwaukee, WI 53212** | - | | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>**Delsandra Anderson**<br>**3868 Madison Ave**<br>**Fort Myers, FL 33916-1220** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __68__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Denise Broussard 7492 Cohenour Rd Trlr 4 Orange, TX 77632-6073 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Denise Grant 7559 Mayland St Philadelphia, PA 19138-1404 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Dennis Avelar 603 Ivydale Dr Hurricane, WV 25526-1351 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Dennis Killaney 1043 E Justin Dr Garner, NC 27529-8178 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Dennis Murray PO Box 220 Baileyville, ME 04694-0220 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __69__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __US Fidelis, Inc.__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Dennis Wolf Sr. PO Box 141 Southington, OH 44470-0141 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Derrick Bonaparte 3926 Evergreen St East Chicago, IN 46312-2408 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Derrick Chism 1612 Crown Point Dr Frisco, TX 75034 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Derrick Dudley 8038 Quill Point Dr Bowie, MD 20720-4302 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Derrick McNutt 3630 Rainey Rd Apt 13 Jackson, MS 39212-4616 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __70__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__ , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Desmond Durham 1006 N York Rd Willow Grove, PA 19090 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Dexter Dorotheo 11201 Woodhall Pl Bakersfield, CA 93311-2934 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| DHD-  HD Theater P.O. Box 79963 Baltimore, MD 21279-0963 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Diana Carmichael 10408 Treaty Ct Spotsylvania, VA 22553-4105 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Diane Beck 966 County Road 2117 Cleveland, TX 77327-0622 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __71__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Diane Stewart**<br>**15357 8th Ave**<br>**Phoenix, IL 60426-2512** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Beaulieu, Diane**<br>**25 Hillmount Dr**<br>**Lewiston, ME 04240-4523** | - | | **2009**<br>**Potential Legal Claim** | | | X | **Unknown** |
| Account No.<br><br>**Dilean Saraiva**<br>**72 S Zander Way**<br>**Santa Rosa Beach, FL 32459-8548** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Direct Response Media Inc**<br>**489 Devon Park Dr., Ste. 306**<br>**Wayne, PA 19087** | - | | **2009**<br>**Trade debt** | | | | **7,259,654.79** |
| Account No.<br><br>**Direct TV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060** | - | | **2009**<br>**Trade debt** | | | | **257.94** |

Sheet no. __72__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **7,259,912.73**

In re __US Fidelis, Inc.__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **DIRECTV** **P.O. Box 100533** **Pasadena, CA 91189-0533** | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Discovery Channel** **P.O. Box 79961** **Baltimore, MD 21279-0961** | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Discovery Science Channel** **DCI World Headquarters** **One Discovery Place** **Silver Spring, MD 20910** | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Dish Network LLC** **9601 S. Meridian Blvd** **Englewood, CO 80112** | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Disney ABC Television Group** **Disney Channels Worldwide** **500 South Buena Vista Street** **Burbank, CA 91521-6078** | - | | | | | | | 0.00 |

Sheet no. __73__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re   **US Fidelis, Inc.**           ,    Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DNT Fenton**<br>**2275 Cassens Court, #112**<br>**Fenton, MO 63026** | - | | **2009**<br>**Trade debt** | | | | **4,636.32** |
| Account No.<br><br>**Document  & Network Technologies**<br>**P.O. Box 415033**<br>**Kansas City, MO 64141** | - | | **2009**<br>**Trade debt** | | | | **1,667.38** |
| Account No.<br><br>**Document & Network Technologies, Inc.**<br>**P.O. Box 41602**<br>**Philadelphia, PA 19101** | - | | **2009**<br>**Trade debt** | | | | **7,840.21** |
| Account No.<br><br>**Dolores Hymas**<br>**c/o Michael J. Flannery, Esq.**<br>**8235 Forsyth Blvd., Suite 1100**<br>**Clayton, MO 63105** | - | | **2010**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Dominic Reichmuth**<br>**25590 Prospect Ave Apt 24e**<br>**Loma Linda, CA 92354-3149** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __**74**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **14,143.91**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re **US Fidelis, Inc.** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Don Honea 303 Eagle Ave Levelland, TX 79336-2813 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Don Laquidara 2221 Walnut St Butte, MT 59701-4947 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Don Ponzio 9995 Orangewood Dr Denver, CO 80260-5963 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Donald Bankhead 107 Spring Water Dr Madison, AL 35758-1390 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Donald Bockius P. O Box 206 Dobbin, TX 77333 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __75__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

In re  **US Fidelis, Inc.**
_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Donald Fink 61 N Bradbury St Glenns Ferry, ID 83623-2906 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Donald Fox 1592 Meadow Peak Vw Apt 102 Colorado Springs, CO 80906-7829 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Donald Simmons Jr. 183 Rigby Dr Flomaton, AL 36441-4539 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Donald Van Norman 20 Doreen Rd Trenton, NJ 08690-2008 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Donna Pense 618 Henryetta St Springdale, AR 72762-5041 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __76__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re __**US Fidelis, Inc.**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Donnie Phillips** 112 Beth Ln Horse Cave, KY 42749-1441 | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Donnielle Carter** 10108 Goldfinch Ct Clinton, MD 20735-5852 | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Dorene Robertson** 8560 Celtic Ct San Diego, CA 92129-4209 | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Dorothy Collier** 12165 Highway 121 S Lexa, AR 72355-8022 | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Dorothy Crisco** PO Box 553 Beebe, AR 72012-0553 | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __**77**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

In re __US Fidelis, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Dorothy Faulkner P.O. Box 403 Riverside, PA 17868 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Dorothy Martin 505 Teakwood Dr Barberton, OH 44203 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Dorothy Meredith 2035 Long Cove Dr Oxnard, CA 93036-6315 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Dorothy Sauls 10282 Sherman Ln Navasota, TX 77868-5120 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Dorthy Shutt 302 Grove St Apt 3 Waltham, MA 02453 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __78__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Doug Kilby** **148 Nunnelley Rd** **Cynthiana, KY 41031-5836** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Douglas Jackson** **3012 W Countryside Dr** **Springfield, MO 65807-3936** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Drew Rasicot** **1 Rawson Ave** **Smithfield, RI 02917-3335** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Durell Leister** **1045 N West End Blvd Lot 19** **Quakertown, PA 18951-4112** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Durrell Mixon** **3405 N Fairfax Dr** **San Bernardino, CA 92404-2637** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __79__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **US Fidelis, Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Dwany Vadillo 8826 Casa Lake Dr Charlotte, NC 28215-9617 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Dwight Ellis 6820 Edison Ave Saint Louis, MO 63121-5308 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Earl Seay 2505 Lynn Lake Cir S Apt B St Petersburg, FL 33712-6164 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Ebony Brewer 3330 E Dakota Ave Apt 121 Fresno, CA 93726-5053 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Ebony Marcelle 131 Bonvue St Pittsburgh, PA 15214-1906 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __80__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re __US Fidelis, Inc.__ , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ebony Mitchell 116 E St Lake Wales, FL 33853-3502 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ebony Taylor 352 William St Apt 44 East Orange, NJ 07017-3500 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Eckenrode-Maupin 8000 Maryland, Suite 1300 Saint Louis, MO 63105 | - | | | | | | | 33,195.99 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ed Shefield 607 Fern St Greenfield, IN 46140-7526 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Eddie Exford 6617 W Charleston Way Mc Cordsville, IN 46055-9676 | - | | | | | | X | Unknown |

Sheet no. __81__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    33,195.99

In re  **US Fidelis, Inc.**                                              , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Eddie Rivera 14712 17th Ave Whitestone, NY 11357 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Eddy Gray 5332 Wellesley Ave Fort Worth, TX 76107-6039 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Edgar Sharver 4014 W Whitendale Ave Visalia, CA 93277-5875 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Edgar Torres 5545 Laredo Way Denver, CO 80239-7019 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Eduardo Diaz 3016 SW 52nd St Fort Lauderdale, FL 33312-6918 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __82__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                          0.00

In re **US Fidelis, Inc.**                                                                 ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Edward Giroux PO Box 103 Wolfeboro Falls, NH 03896-0103 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Edward Hardemon 4923 Wycliff Dr San Antonio, TX 78220-4831 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Edward Kaukeano 241 Oswald St Elkins Park, PA 19027-1820 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Edward Rodriguez 123 Norwich Way Dover, DE 19901-1621 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Edward Smith 567 Black Partridge Rd Metamora, IL 61548-8776 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __83__ of __289__ sheets attached to Schedule of          Subtotal          | 0.00 |
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)

In re **US Fidelis, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Trade debt | | | | |
| Edwards, Angell, Palmer & Dodge One Giralda Farms Madison, NJ 07940 | - | | | | | | |
| | | | | | | | 265.69 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Edwin & Madeline Pena 302 W Magnolia St Apt 201 Lakeland, FL 33815-1520 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Edwin Rosales 64 E Medill Ave Northlake, IL 60164-1751 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Edy Joseph 116 Prospect St Apt 202 East Orange, NJ 07017-2422 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Efrain Meneses Jr. 126 Marbly Ave Daly City, CA 94015-2725 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __84__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

265.69

In re **US Fidelis, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Eileen & Terry Hazelton 1820 4th Ave Egg Harbor City, NJ 08215-4301 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Eileen Dorsett 3510 Sw 32nd Ave West Park, FL 33023-6306 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Elaine Cron 3828 Surfside Cir Aurora, OH 44202-9059 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Elbert Pitts 26241 Lake Shore Blvd Apt 1855 Euclid, OH 44132-1147 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Gregg, Eldrige 7857 Russling Leaf Dr Las Vegas, NV 89131-8292 | - | | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __85__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          0.00

In re   **US Fidelis, Inc.**           ,       Case No. _____

                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Litigation Claim | | | | |
| **Elford Clarke** **410 Cardwell** **Campbello, SC 29322** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Elizabeth Barnes** **18249 Kelley Ranch Rd** **Sonora, CA 95370-8653** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Elizabeth Cator** **114 S Pegasus Ave** **Clearwater, FL 33765-3434** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Elizabeth Obadina** **3127 Thornfield Rd** **Baltimore, MD 21207-5621** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| **Ella Cole** **3011 Park Row Ave Apt 194** **Dallas, TX 75215-1747** | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __86__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                            **0.00**
(Total of this page)

In re __US Fidelis, Inc.__ , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ellis Ware 77 Stonefield Dr Glendale Heights, IL 60139-1861 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Elsworth Branch 268 Thacher St Attleboro, MA 02703-3717 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Elton Fflemmons Jr. 6910 Stone Ridge Dr Apt 157 Memphis, TN 38115-7310 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Emerson Agresta 210 McCloud Dr Fort Lee, NJ 07024-5304 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Emilio Gonzales 5670 Timber Rail San Antonio, TX 78250-4161 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __87__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.** _____, Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Emily Smith** **1589 Longview Rd** **MT Pleasant, SC 29464-9766** | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Emma Vertongen** **PO Box 60654** **Palm Bay, FL 32906-0654** | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Trade debt | | | | |
| **Employeescreen IQ** **4853 Galaxy Parkway, Building K** **Cleveland, OH 44128** | - | | | | | | |
| | | | | | | | 127.50 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Ennis Woods** **9944 Virgil** **Redford, MI 48239-1418** | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Eric  Florian** **Po Box 1014** **Columbus, TX 78934** | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __88__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127.50

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.**                          ,          Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Eric Johnson 1944 W 163rd St Markham, IL 60428-5647 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Eric Whitt 6322 Christina Groves Cir E Lakeland, FL 33813-4421 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Legal Claim** | | | | |
| Soto, Erick 320 Chavez Lane Los Lunas, NM 87031 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Erika Johnson 511 Preston Dr Apt 307 Bolingbrook, IL 60440-2207 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Ernest Herron 206 Chowan Dr Apt B Portsmouth, VA 23701-2477 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __89__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.**                                              , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ernest Molnar**<br>**8532 Kendor Dr**<br>**Buena Park, CA 90620-4019** | - | | **2009**<br>**Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No.<br><br>**Gaskins, Ernest**<br>**2000 Jasper St**<br>**Georgetown, SC 29440-6906** | - | | **2009**<br>**Potential Legal Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No.<br><br>**Ernestine Taylor**<br>**1013 E Lake Ave**<br>**Tampa, FL 33605-1047** | - | | **2009**<br>**Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No.<br><br>**Ernesto Quinones**<br>**1224 Bradshaw Ave**<br>**Columbia, MO 65203-0808** | - | | **2009**<br>**Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No.<br><br>**ESPN Deportes- ESPN, INC**<br>**Advertising Sal**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | - | | **Notice only in connection with debt due to DRMI** | | | | |
| | | | | | | | **0.00** |

Sheet no. __90__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re   **US Fidelis, Inc.**                    ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**ESPN, INC Advertising Sales**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**ESPNEWS**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**ESPNU**<br>**13039 Collections Center Drive**<br>**Chicago, IL 60693** | - | | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**Ethel Bowman**<br>**4909 Fairbrook Avenue**<br>**Memphis, TN 38118** | - | | | **2009**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Eugene Kupke**<br>**PO Box 866**<br>**Lusk, WY 82225-0866** | - | | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

| | | |
|---|---|---|
| Sheet no. _**91**_ of _**289**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

In re **US Fidelis, Inc.**           Case No. _____
                                       ,
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Eugene Long 8410 Fairfax Ave Rowlett, TX 75089 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Eugene Winters PO Box 115 Wanblee, SD 57577-0115 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Eva Robinson 1515 Harmon St Apt 3 Berkeley, CA 94703-2663 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Evans Elkins 640 Sycamore Ln Owings, MD 20736-9339 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Evelyn Hiatt 8144 N 33rd Ave Apt 163 Phoenix, AZ 85051-6184 | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __92__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                Subtotal            **0.00**
             (Total of this page)

In re **US Fidelis, Inc.**  ,  Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | |
| Evelyn Penn 1302 Emerson St Apt 1 Rochester, NY 14606-3034 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Fabrienne Bowman 10143 Climbing Lily St Las Vegas, NV 89183-7307 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Fatih Emiroglu 509 Fortress Cir SE Leesburg, VA 20175-8928 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Faye 14116 Rippling Brook Dr Silver Spring, MD 20906-2303 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Felicia Lawrence 6538 Marsden St Philadelphia, PA 19135-2709 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __93__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re   **US Fidelis, Inc.**                            ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Legal Claim** | | | | |
| **Hammock, Felicia** **108 Sandye Ave** **Portland, TN 37148-1344** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Fermin Cazares** **1201 N Colombo Apt #3108** **Sierra Vista, AZ 85635** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Notice only in connection with debt due to DRMI** | | | | |
| **FINE Living** **P.O. Box 602033** **Charlotte, NC 28260-2033** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | **2009** **Trade debt** | | | | |
| **First Capital Courier** **508 A Droste Square** **Saint Charles, MO 63301** | - | | | | | | |
| | | | | | | | **30.75** |
| Account No. | | | **2009** **Trade debt** | | | | |
| **Fish Window Cleaning, LLC** **P.O. Box 1033** **O Fallon, MO 63366** | - | | | | | | |
| | | | | | | | **496.00** |

Sheet no. __94__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

        Subtotal
(Total of this page)      **526.75**

In re __US Fidelis, Inc.__ _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **FITTV** **P.O. Box 79037** **Baltimore, MD 21279-0037** | - | | | | | | | **0.00** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Fleecy Williams** **9188 Appoline St** **Detroit, MI 48228-2659** | - | | | | | | X | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Florene Fields** **2510 Cameron Woods Ln** **Fayetteville, NC 28306-7782** | - | | | | | | X | **Unknown** |
| Account No. | | | | **2009** **Trade debt** | | | | |
| **Foremost Crystal** **119 South 68th Street** **Broken Arrow, OK 74014** | - | | | | | | | **82.89** |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| **Fox  Reality Channel** **File # 55652** **Los Angeles, CA 90074-5652** | - | | | | | | | **0.00** |

Sheet no. __95__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **82.89**

In re __US Fidelis, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| **FOX Business Network Advertising C/O Ba 15094 Collection Center Drive Chicago, IL 60693** | - | | | | | | 0.00 |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| **FOX News Network Advertising C/O Bank of 5715 Collections Center Drive Chicago, IL 60693** | - | | | | | | 0.00 |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| **Fox Sports En Espanol File # 56189 Los Angeles, CA 90074-6189** | - | | | | | | 0.00 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Frank Avelino 398 York St Canton, MA 02021-2453** | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Frank Dilarenzo 26438 Turkey Ridge Rd Bush, LA 70431-2345** | - | | | | | X | Unknown |

Sheet no. __96__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re __US Fidelis, Inc._____,  Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Frank Ecker 5022 Sheppard St Bay St Louis, MS 39520-7245 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Frank Hardy 13013 NW County Road 231 Gainesville, FL 32609-5010 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Frank Jacobs 207 Gaitner Pl Abingdon, MD 21009-2824 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Frank Limone 17 Roughan St Apt C Revere, MA 02151-3700 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Frank Schweickert 600 The Embarcadero San Francisco, CA 94107-2116 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __97__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 0.00

In re **US Fidelis, Inc.**                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Frank Stakely** <br> **610 White Street** <br> **Tuskegee, AL 36083** | | - | | **2008** <br> **Litigation Claim** | | | X | Unknown |
| Account No. <br><br> **Frank Valenzuela** <br> **6197 Riflecrest Ave** <br> **Las Vegas, NV 89156-4777** | | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Frankie Bower** <br> **368 Mishler Rd** <br> **Mogadore, OH 44260-8708** | | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Frankie Smith** <br> **PO Box 244** <br> **Duenweg, MO 64841-0244** | | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Frantzy Merisier** <br> **12 Bonney Ln Apt 23** <br> **Mansfield, MA 02048-3091** | | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |

Sheet no. __98__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          **0.00**

In re __**US Fidelis, Inc.**_____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| Franzine McGowan<br>PO Box 512<br>Laramie, WY 82073-0512 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| Fred & Shirley Wilburn<br>106 N 1st St<br>Danville, IL 61832-8304 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| Fred Berko<br>6908 Lamont Dr<br>Lanham, MD 20706-4607 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| Fred Weston<br>12078 County Road 4003<br>Tebbetts, MO 65080-1208 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009**<br>**Potential Refund Claim** | | | | |
| Freddy Webber<br>4228 Vann Ave<br>Memphis, TN 38111-8032 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __**99**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re __**US Fidelis, Inc.**_____,     Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Frederick Holt PO Box 1411 Lebanon, VA 24266-1411 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| FSN South 3900 Collection Center Drive Chicago, IL 60693 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| FX Network File # 55115 Los Angeles, CA 90074-5115 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| G Moore Po Box 78264 Los Angeles, CA 90016-0264 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| G. Coleman 1040 Stanton Ter Pittsburgh, PA 15201-1618 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __**100**__ of __**289**__ sheets attached to Schedule of          Subtotal          | 0.00 |
Creditors Holding Unsecured Nonpriority Claims               (Total of this page)

In re   **US Fidelis, Inc.**        ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Notice only in connection with debt due to DRMI | | | | |
| **G4 Media, INC File 50460 Los Angeles, CA 90074-0460** | | | | | | | | 0.00 |
| Account No. | | - | | 2009 Potential Refund Claim | | | X | |
| **Gabrial Cassidy 16005 N 32nd St Lot 123f Phoenix, AZ 85032-3839** | | | | | | | | Unknown |
| Account No. | | - | | Notice only in connection with debt due to DRMI | | | | |
| **GAC PO Box 602023 Charlotte, NC 28260-2023** | | | | | | | | 0.00 |
| Account No. | | - | | 2009 Potential Refund Claim | | | X | |
| **Gail Jordan 1522 Little Piney Dr Indianapolis, IN 46227-8674** | | | | | | | | Unknown |
| Account No. | | - | | Notice only in connection with debt due to DRMI | | | | |
| **Galavision Network PO Box Teaneck, NJ 07666** | | | | | | | | 0.00 |

Sheet no. __101__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re __US Fidelis, Inc.__ _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Gale Keys 3117 Thomas St Apt 303 Saint Louis, MO 63106 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Garland Fort 1720 Highway 550 NW Brookhaven, MS 39601-8541 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Garland Or Elsie Sieben 123 S Leyden St Brockton, MA 02302-4234 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Garland Spangler 2855 Usina Road Ext Saint Augustine, FL 32084-0558 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Gary Davis 1803 Foxboro Rd Lagrange, KY 40031-9246 | | - | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __102__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re __US Fidelis, Inc.__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gary Harris RR 2 Box 168c Smoot, WV 24977-9542 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gary Olson 2177 220th Ave Mora, MN 55051-6806 | | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gary Watson 251 Linda Ln Livingston, TX 77351-6213 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gary Whitaker 1029 N Jackson St Apt 1310 Milwaukee, WI 53202-7147 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gaurav Panta 6418 Port Isabel Dr Rowlett, TX 75089-4181 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __103__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Gaynel Phillips**<br>**1618 Wildflower Cir**<br>**Yuba City, CA 95993-8000** | - | | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Genelle Cockerham**<br>**401 Reg Smith Cir Unit 302**<br>**Louisville, KY 40208-2760** | - | | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**George  Anjorin**<br>**14 Cloverwood Ct Apt 104**<br>**Essex, MD 21221-7387** | - | | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**George Honeycutt & Mae Frances Dexter**<br>**1200 W Cheyenne Ave Apt 1076**<br>**North Las Vegas, NV 89030-7873** | - | | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**George Kern**<br>**5429 Hardt Rd**<br>**Gibsonia, PA 15044-9139** | - | | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __104__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

In re **US Fidelis, Inc.**                                                                                     Case No. _____
                                                                                  ,
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | |
| George Nash 6350 Dodge Rd SW Canton, OH 44706-3115 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009** | | | | |
| Gerald Jafar 32 E Carleton Rd Apt 811 Hillsdale, MI 49242-1647 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009** | | | | |
| Gerald Ruane 1106 Burke Dr Gallup, NM 87301-5420 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009** | | | | |
| Ruane, Gerald 1106 Burke Dr Gallup, NM 87301-5420 | - | | **Potential Legal Claim** | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009** | | | | |
| Coleman, Geraldine 8839 Northcrest Ln St. Louis, MO 63147-1437 | - | | **Potential Legal Claim** | | | X | |
| | | | | | | | Unknown |

Sheet no. __105__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** ,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Trade debt | | | | |
| Gibbes Burton, LLC Attn: Frank Gibbes 308 E. John Street Spartanburg, SC 29302 | - | | | | | | 17,107.29 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gigi Austin 3038 Marion Ave Margate, FL 33063-8002 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Glen Winfrey 1530 E Farrall Shawnee, OK 74801-8110 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Glenda Chappell 11524 Saint Paul Ave Baton Rouge, LA 70811-1367 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Glendy Munson 124 Glenwood Dr Metairie, LA 70005-3912 | - | | | | | X | Unknown |

Sheet no. __106__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  17,107.29

In re __US Fidelis, Inc.__ _____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W | J C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Glenn & Sallie Russ 16477 Governor Harrison Pkwy Lawrenceville, VA 23868-3125 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Glenn Hayes 119 Canaan Back Rd Barrington, NH 03825-4331 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Glenn Miller 9618 Wydella St Riverview, FL 33569 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Gloria Buchan 6151 W Fremont Dr Littleton, CO 80128-4611 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Gloria Hudson 5520 Matina Dr Elk Grove, CA 95757-1656 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __107__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____, Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gloria Jaenicke 4408 Mayapan Dr LA Mesa, CA 91941-7144 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gomer Sevillano 255 N Union Ave Apt 11 Los Angeles, CA 90026-5428 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Trade debt | | | | |
| Graybar P.O. Box 504490 Saint Louis, MO 63150 | - | | | | | | |
| | | | | | | | 419.46 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gregory Burridge 1816 Saffron Plc Winston-salem, NC 27127 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Gregory Merkle PO Box 212574 Anchorage, AK 99521-2574 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. **108** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **419.46**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc.__ _____,    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Gregory Spain 141 W 92nd St Los Angeles, CA 90003-4027 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| GSN, LLC 12013 Collections Center Drive Chicago, IL 60693 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Gwendolyn Laws 2203 Prentiss Dr Apt 210 Downers Grove, IL 60516-2226 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Gwendolyn Morris 164 Wiseman Ln Ripley, TN 38063-7700 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| HALMRK 1325 Ave of the Americas New York, NY 10019 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __109__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

In re **US Fidelis, Inc.**  ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Hari Nair 6 Heronwood Dr Shrewsbury, MA 01545-4462 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Harold Baker 702 Avalon St Trenton, MO 64683 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| HaroldCossette 117 Gem Hill Rd Wallace, IA 83873-9603 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Harry Martin 3829 Leprechaun Ct Decatur, GA 30034 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Harry Martinez 3523 Dockery Ave Selma, CA 93662-4511 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __110__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **US Fidelis, Inc.**                           ,     Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Harvey Harris 507 E Cross St Dewitt, AR 72042-2211 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Hattie Leary 764 Virginia Rd # A Edenton, NC 27932-9585 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Hawthorne Direct P.O. Box 1366 Fairfield, IA 52556 | | - | | | | | | |
| | | | | | | | | 1,570.86 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Hazel Morey 41 Everett Ave Apt 31b Belchertown, MA 01007-9583 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| HCE | | - | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __111__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                            (Total of this page)     **1,570.86**

In re __US Fidelis, Inc._____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Headline News P.O Box 532448 Charlotte, NC 28290-2448 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Heather Hening 1405 N 11th St Sheboygan, WI 53081-3335 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Hector Norona 7201 Rampart Ridge Cir E Jacksonville, FL 32244-8569 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Helen Dean 117 C St Williamston, SC 29697-2115 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Helen Howell PO Box 1286 Murphysboro, IL 62966-1286 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __112__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re __**US Fidelis, Inc.**_____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Helen Valenzuela-Goodwin<br>1428 San Sebastian Way<br>Madera, CA 93638 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No. <br><br>Helen Viloria<br>1621 Elsie St<br>Green Cove Springs, FL 32043-3625 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No. <br><br>Henry Cunningham<br>2305 Main St<br>Bastrop, TX 78602-1521 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No. <br><br>Henry Norfolk<br>623 Walker Pkwy<br>Atoka, TN 38004-7707 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No. <br><br>Thomas, Henry<br>PO Box 507<br>Kiamesha Lake, NY 12751-0507 | | - | 2009<br>Potential Legal Claim | | | X | Unknown |

Sheet no. __113_ of __289_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __US Fidelis, Inc.__ _____ ,   Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Herb Hunter**<br>**935 S Park Ter**<br>**Chicago, IL 60605-2017** | - | | **2009**<br>**Potential Refund Claim** | | | X | <br><br>**Unknown** |
| Account No.<br><br>**Hillary Eaton**<br>**7 Glenridge**<br>**Portland, ME 04102-1839** | - | | **2009**<br>**Potential Refund Claim** | | | X | <br><br>**Unknown** |
| Account No.<br><br>**History Channel - en espanol**<br>**P.O. Box 18546**<br>**Newark, NJ 07191-8546** | - | | **Notice only in connection with debt due to DRMI** | | | | <br><br>**0.00** |
| Account No.<br><br>**History International**<br>**235 East 45th Street**<br>**New York, NY 10017** | - | | **Notice only in connection with debt due to DRMI** | | | | <br><br>**0.00** |
| Account No.<br><br>**Homer & Janet Ontman**<br>**17311 E Us 40 Hwy Trailer A18**<br>**Independence, MO 64055** | - | | **2009**<br>**Potential Refund Claim** | | | X | <br><br>**Unknown** |

Sheet no. __114__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **US Fidelis, Inc.**                              ,      Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Howard Bernstein** **64 Brower Ave** **Woodmere, NY 11598-1746** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Howard Suggs** **2100 Houston Cv** **Germantown, TN 38139-6950** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Icylin Malcolm** **PO Box 1492** **Avon Park, FL 33826-1492** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **Notice only in connection with debt due to DRMI** | | | | |
| **INSP** **P.O. Box 75363** **Charlotte, NC 28275-0363** | - | | | | | | | |
| | | | | | | | | **0.00** |
| Account No. | | | | **Notice only in connection with debt due to DRMI** | | | | |
| **Investigation Discovery** **P.O. Box 79963** **Baltimore, MD 21279-0963** | - | | | | | | | |
| | | | | | | | | **0.00** |

Sheet no. __115__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal            **0.00**
                              (Total of this page)

In re **US Fidelis, Inc.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| ION Media Nestorks PO Box 930467 Atlanta, GA 31193-0467 | | - | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2009 Trade debt | | | | |
| iProspect.com, Inc. The Arsenal on the Charles 311 Arsenal Street Watertown, MA 02472-2602 | | - | | | | | | | |
| | | | | | | | | | 63,000.00 |
| Account No. | | | | | 2010 Litigation Claim | | | | |
| iProspect.com, Inc. 200 Claredon Street, 23rd Floor Boston, MA 02116 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Trade debt | | | | |
| Ipswitch, Inc. PO Box 3726 New York, NY 10008-3726 | | - | | | | | | | |
| | | | | | | | | | 3,895.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Irene Joyner 1870 Brownsdale Loop Rd Jay, FL 32565-9663 | | - | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __116__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         66,895.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **US Fidelis, Inc.** ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Irene Rodriguez** <br> **1428 Beach St Spc 47** <br> **Montebello, CA 90640-5590** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Irina Parenkina** <br> **1825 S Ocean Dr Apt 412** <br> **Hallandale Beach, FL 33009-4978** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Irina Silajeva** <br> **10955 SW 15th St Apt 212** <br> **Pembroke Pines, FL 33025-5554** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Irma Reid** <br> **19009 S Laurel Park Rd Spc 225** <br> **Compton, CA 90220-6088** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Isaac Aboagye** <br> **504 Florida Ave** <br> **Herndon, VA 20170-4904** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |

Sheet no. __117__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**US Fidelis, Inc.**_____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Isaac Phillips 3110 Crest Ridge Dr Dallas, TX 75228-3435 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Isabelle Pierce 12540 Morningside Ave Clovis, CA 93619-9433 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Trade debt | | | | |
| Island Oasis Frozen Beverage Co., Inc. P.O. Box 847881 Boston, MA 02284 | | - | | | | | | | |
| | | | | | | | | | 303.55 |
| Account No. | | | | | 2009 Litigation Claim | | | | |
| Israel Vieux P.O. Box 505183 Chelsea, MA 02150 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Ivy White 2226 Dawnshire Dr Columbus, IN 47203-4027 | | - | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __**118**__ of __**289**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

303.55

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

In re __US Fidelis, Inc._____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>J W Lynch<br>1405 W McCarty St<br>Jefferson City, MO 65109-1367 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Jack Dickerson<br>5509 Midvale Dr Apt 1<br>Rockford, IL 61108-2917 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Jack Foster<br>213 N Flaxseed Ln<br>Fort Worth, TX 76108-4138 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Jackie Baburrell<br>2612 Riverview Ave Apt 5<br>Muskegon, MI 49445-3333 | | - | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Thomas, Jacque<br>4115 Douglas Ave Apt 105<br>Dallas, TX 75219-2978 | | - | 2009<br>Potential Legal Claim | | | X | Unknown |

Sheet no. __119__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       0.00

In re __US Fidelis, Inc.__ _____ ,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jacquelyn Fields 286 County Road 255 E Cameron, TX 76520-4892 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jamal Ruston 9816 Black Eagle Way Upper Marlboro, MD 20772-4368 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jamar Hendricks 4602 S Run Ct Richmond, VA 23234-6035 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| James Archuletta 3216 21st Ave SE Rio Rancho, NM 87124-1675 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| James Auld 314 W Concord St Middleton, ID 83644-5521 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __120__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re   **US Fidelis, Inc.**                                         ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| James Bigrope Jr.<br>PO Box 195<br>Mescalero, NM 88340-0195 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| James Cantrell<br>2351 West Oakland<br>Hemet, CA 92545 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| James Darges<br>5112 Milner Dr<br>Raleigh, NC 27606-9586 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| James Falvo<br>5005 Blackelm Dr<br>Mckinney, TX 75071-6272 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| James Harmon<br>59 Curtis Rd<br>Portland, ME 04103-2923 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __121__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal                               **0.00**

                                (Total of this page)

In re **US Fidelis, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| James Hopkins 8722 N State Road 25 Apt 4 Wingate, IN 47994-8221 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| James Hughes 4307 Parmele Rd Lot 1616 Castle Hayne, NC 28429-5780 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| James Jennings Jr. 2918 Furman Ln Apt 104 Alexandria, VA 22306-1011 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| James Lemons 802 Monroe Nunley Rd Toney, AL 35773-8865 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Litigation Claim | | | | |
| James McCarthy P.O. Box 5 Bergenfield, NJ 07621 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. **122** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.**               Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**James Morgan**<br>**609 Bays Cove Trl**<br>**Kingsport, TN 37660-1004** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**James Powers**<br>**646 Schouweiler Ln**<br>**Paris, AR 72855-2624** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**James Smith Jr.**<br>**3544 Stoer Rd**<br>**Shaker Heights, OH 44122-5155** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**James Wells**<br>**6840 N 60th St Apt 201**<br>**Milwaukee, WI 53223-5288** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Lang, James**<br>**114 King St**<br>**Kenton, TN 38233-1326** | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |

Sheet no. __123__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      **0.00**
(Total of this page)

In re __US Fidelis, Inc.__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jamie / Billy Rowles 158 County Road 815 Buna, TX 77612-6028 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jamie Jellesed PO Box 510 Sidney, MT 59270-0510 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jamie Shiver PO Box 848 Graceville, FL 32440-0848 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jane Lockwood 34 Sycamore Ave North Middletown, NJ 07748-6001 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Okelly, Jane 3561 Ebenezer Rd Marietta, GA 30066-4421 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __124__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** , Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Janet Hart 13438 N 33rd Ave Phoenix, AZ 85029-1211 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Faulkner, Janet 240 Schuyler St Apt 10 Jamestown, NY 14701-7560 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Janice Bittler 3198 Pike Rd Alexander, NY 14005-9725 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jarett Sundack 18 Shoreham Dr W Huntington Station, NY 11746-6579 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jason Cadet 1543 Asbury Ave Asbury Park, NJ 07712-5703 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __125__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re __US Fidelis, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Jason Gibson <br> 10708 Cedarville Rd <br> Brandywine, MD 20613-7950 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Jason King <br> 7962 Bayou Fountain Ave 3 <br> Baton Rouge, LA 70820-8654 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Jason Samaritano <br> 505 Delaware Ave <br> Point Pleasant Beach, NJ 08742-4068 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Lee, Jason <br> 4763 E Lowe Ave <br> Fresno, CA 93702-3935 | - | | 2009 <br> Potential Legal Claim | | | X | Unknown |
| Account No. <br><br> Javiar Sanchez <br> 763 Quince Ave <br> Lemoore, CA 93245-5297 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |

Sheet no. __126__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jay Myers 9432 Coast Laurel Ave. Concord, NC 28027 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jayme Casseus 164 van Nostrand Ave Jersey City, NJ 07305-3020 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jean Destrada 30 Mirror Lake Rd Spring Valley, NY 10977-4319 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jeana Harper 3214 Purcell St Grand Prairie, TX 75050-4540 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jeannette Hardison PO Box 1566 Johnstown, PA 15907-1566 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __127__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__ _____ ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jeff Faber**<br>**30 31st St SE**<br>**Paris, TX 75460-6412** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Jeff Price**<br>**1051 Hwy 385**<br>**Brownsfield, TX 79316** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Kelley, Jeff**<br>**460 Shickshinny Valley Rd # A**<br>**Shickshinny, PA 18655-2117** | - | | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>**Jeffrey Williams**<br>**2347 Julie Ave # 9**<br>**Sparta, WI 54656-8828** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Jennifer  Muller**<br>**4274 Diamond Meadows Way**<br>**Diamond Springs, CA 95619** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __128__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __**US Fidelis, Inc.**_____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Jennifer Hutchinson 10105 Pebble Valley Ln Dallas, TX 75217-7665 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Jennifer Melvin 29958 Sd Highway 1806 Fort Pierre, SD 57532-7506 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Jennifer Wolff 4375 SW 140th Ave Ocala, FL 34481-4131 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| Belcher, Jennifer 3782 Hollow Oak Ln Lithonia, GA 30038-3670 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Jenny & Tom Smith 219 Mountain Rd Clinton, TN 37716-6842 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __**129**__ of __**289**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,    Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jenny Roach 5439 Forest Hills Ln Milton, FL 32570-9554 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jeremiah Estes 39200 6th Ave Zephyrhills, FL 33542-4564 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jerin Thenayan 2426 Limestone Ln Garland, TX 75040-3735 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jeroma Jones 1207 Dale Ct NE Grand Rapids, MI 49505-5445 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jerome Cabell 1121 S Liddesdale St Detroit, MI 48217-1211 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __130__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  0.00

In re **US Fidelis, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jerry Bakash 60 Devils Kitchen Dr Apt H Sedona, AZ 86351-7720 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jerry Gartin 580 Mesa Blvd Mesquite, NV 89027 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jerry Hadley 3894 Brand Hollow Rd Columbus, IN 47201-9489 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jerry Kroll 38w173 Hopps Rd Elgin, IL 60124-8523 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jerry Tompkins 1001 Bellgrade Dr Loogootee, IN 47553-4600 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __131__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)　　　0.00

In re   **US Fidelis, Inc.**                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jess Swiggart 114 Whispering Oak Dr Shelbyville, TN 37160-3795 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jesse Minor 4715 Carter St.louis, MO 63115 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jesse Salmon 9th Comm Sutg Data Mcb 555351 Camp Pendleton, CA 92055 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jessica Ortiz 8615 NW 8th St Apt 405 Miami, FL 33126-5930 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Jesus Muniz 4843 Rutgers Ave NW Apt 88 Roanoke, VA 24012-7335 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __132__ of __289__ sheets attached to Schedule of                        Subtotal                        
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)        **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,  Case No. _____

(Debtor)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Del Valle, Jesus 1303 Candlewyck Dr Orlando, FL 32807-2959 | - | | 2009 Potential Legal Claim | | | X | Unknown |
| Account No. Jim Hunick 3019 Tawny Oak Dr San Antonio, TX 78230-5043 | - | | 2009 Potential Refund Claim | | | X | Unknown |
| Account No. Jim Massingill 6906 Manor Cir Amarillo, TX 79109-6815 | - | | 2009 Potential Refund Claim | | | X | Unknown |
| Account No. Jimmie Jones Jr. 5256 West 4th Apt # D3 Hattiesburg, MS 39402 | - | | 2009 Potential Refund Claim | | | X | Unknown |
| Account No. Joan Bruce 11119 Ballard Peak San Antonio, TX 78254-5494 | - | | 2009 Potential Refund Claim | | | X | Unknown |

Sheet no. __133__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.** _____, Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Joan Dickerson<br>121 Mark Dr<br>Mount Clemens, MI 48043-1414 | - | | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Wright, Joanna<br>15671 Pond Village Dr<br>Taylor, MI 48180-7802 | - | | | 2009<br>Potential Legal Claim | | | X | Unknown |
| Account No.<br><br>Joanne Ajayi'scott<br>14503 Lazy Willow Ln<br>Missouri City, TX 77489-1873 | - | | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Joanne Hahn<br>84 Berry Ln<br>Bourbonnais, IL 60914-9593 | - | | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Martin, Jocelyn<br>532 College Dr. Apt.316<br>Henderson, NV 89015 | - | | | 2009<br>Potential Legal Claim | | | X | Unknown |

Sheet no. **134** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc.__                    ,     Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Jodean Freese Sr. PO Box 383 Saint Johns, AZ 85936-0383 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Joe Almaraz 1434 E 20th St Los Angeles, CA 90011-1302 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Joe Bilanzich 5012 N 3300 E Liberty, UT 84310-9706 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Joe Ranish 343 Maddies Way Cheyenne, WY 82007 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Joe Tully PO Box 348 Tahoka, TX 79373-0348 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __135__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal            **0.00**
            (Total of this page)

In re **US Fidelis, Inc.**                       Case No. _____
,
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Joel Simmons 3216 Summit Dr Birmingham, AL 35243-5318 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Bell 302 Garden St Apt C Mount Holly, NJ 08060-1846 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Blixt 96 Old Colony Ave Apt 152 East Taunton, MA 02718-1134 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Bodine 2535 E Gemini St Gilbert, AZ 85234-1113 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Bryer 5 High St Wiscasset, ME 04578-4119 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __136__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re **US Fidelis, Inc.** _____,   Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Clark PO Box 170638 Irving, TX 75017-0638 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Cole 502 Findley St Toronto, OH 43964-1214 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Horton 200 Horton Gameburg Ln Nicholls, GA 31554 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Hughes 14 E Lawton St Saint Clair, PA 17970-1217 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Johnson RR 2 Box 306 Parsons, WV 26287-9306 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __137__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re __US Fidelis, Inc.__ , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Johnson 1544 Bethlehem Rd Gloster, LA 71030-3100 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John McGinn 1991 NE 35th St Lighthouse Point, FL 33064 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Moynihan 1575 Fall River Rd Estes Park, CO 80517-9104 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John North 3925 S 200 E Lagrange, IN 46761-9765 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| John Nott 2461 SW Racquet Club Dr Palm City, FL 34990-2610 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __138__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **John Sample** <br> **Po Box 517** <br> **Bayard, NE 69334-0517** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **John Smith** <br> **421 Sylvan Dr** <br> **Manning, SC 29102-2227** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **John Thiele** <br> **21623 N Tangle Creek Ln** <br> **Spring, TX 77388-4048** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **John Weiss III** <br> **518 Main St** <br> **Bromley, KY 41016-1233** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **John Welford** <br> **47 Weare Rd Apt 3-12** <br> **Seabrook, NH 03874-4159** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |

Sheet no. __139__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __**US Fidelis, Inc.**_____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| John Wesley 16 Pondview Dr Willow Street, PA 17584-9747 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Gross, John 2101 Glencourse Ln Reston, VA 20191-1316 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Haynes, John 1533 Mill Dam Rd Virginia Beach, VA 23454 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Johnny Johnson 1710 Switzer Green Pond Rd Woodruff, SC 29388-8381 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Jon Von Fumtti 13402 Isabelle Way Broomfield, CO 80020-8120 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __140__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal                    **0.00**
(Total of this page)

In re **US Fidelis, Inc.** _____ , Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| Jonathan Little 5680 Connie Ln Shingle Springs, CA 95682-8661 | - | | | | | X | Unknown |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| Jose Alers 28 Congress Street Lawrence, MA 01841 | - | | | | | X | Unknown |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| Jose Huerta 4141 Polaris Dr Apt 1041 Irving, TX 75038-1607 | - | | | | | X | Unknown |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| Jose Mendoza 504 S Sterling ST Streator, IL 61364-2353 | - | | | | | X | Unknown |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| Jose Rivera 88 Hilarity St Providence, RI 02909-5711 | - | | | | | X | Unknown |

Sheet no. __141__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ramos,Jose<br>2336 Hamlet Dr<br>Tobyhanna, PA 18466-4082 | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>Joseph Bahbah<br>1160 Hamner Ave Ste B<br>Norco, CA 92860-3152 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>Joseph Gagne<br>53 Fairfield St<br>Manchester, CT 06040-5755 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>Joseph Jones<br>3314 Abbey Rd<br>Mansfield, TX 76063-5496 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>Joseph Leonard<br>415 E Church St Apt 6<br>Lock Haven, PA 17745-2130 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __142__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re   **US Fidelis, Inc.**                          ,       Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Joseph Maraday 392 Grand St Newburgh, NY 12550-3612 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Joseph McDermott 150 Rumford #120 Mansfield, MA 02048 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Joseph Moore 300 N Busti St Apt 505 Philadelphia, PA 19104-2113 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Joseph Newlan 422 Minter Dr Eastman, GA 31023-7102 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Litigation Claim** | | | | |
| Joseph Nofel 3860 E. Redfield Court Gilbert, AZ 86234 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __143__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re __US Fidelis, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Joseph Simon**<br>**1411 Helmsdale Dr**<br>**Cary, NC 27511-5210** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Joseph Smolco**<br>**303 E South Mountain Ave Lot 117**<br>**Phoenix, AZ 85042-7530** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Trisciani, Joseph**<br>**145 Candia Rd**<br>**Manchester, NH 03109-4208** | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>**Josh Wang**<br>**828 Star View Way**<br>**Bridgewater, NJ 08807-1825** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Joshua Evans**<br>**13082 Acres Green Dr**<br>**Littleton, CO 80124-2902** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __144__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Joshua Moreland 18 Habersham Cir Griffin, GA 30224-7843 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Joy Whittaker 6802 Broadhale Dr Louisville, KY 40291-2409 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Joyce Dunlap PO Box 212 Rio Vista, TX 76093-0212 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Joyce Howell 3011 NW 73rd Ter Hollywood, FL 33024-2743 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Juan Balderas 13655 Luis Dr Apt B Desert Hot Springs, CA 92240-4423 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __145__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __US Fidelis, Inc.__ _____,   Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Juan Hernandez 930 W Camile St Santa Ana, CA 92703-3902 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Juan McCauley 2213 Nixson Dr Longview, TX 75602-3647 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Juan Silva 10830 Sabre Hill Dr Unit 208 San Diego, CA 92128-4176 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Judee & Melissa Bass 9920 Cabanas Ave Tujunga, CA 91042-2929 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Judith A. Reeder 2832 Ricky Drive Foristell, MO 63348 | - | | Litigation Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __146__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **US Fidelis, Inc.**  ,  Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Judith Hudson 102 NE 206th Ter Miami, FL 33179-1719 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Judith Rhodes 603 N Main St Fairmount, IN 46928-1336 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Judy Chapman 711 Camellia Ln West Blocton, AL 35184-2415 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Judy Haile PO Box 830 Roanoke, TX 76262-0830 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Judy Mendez 444 Little Satilla Dr Screven, GA 31560-9140 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __147__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     0.00

In re **US Fidelis, Inc.** _____, Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Julia Carmichael 187 Brandonwood Dr. Johnson City, TN 37604 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Julie Nawrocki 1111 Oregon Dr Merced, CA 95340-2520 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| June Rowe 731 Mystery Ct De Pere, WI 54115-9075 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2008 Litigation Claim | | | | |
| Justin Manley c/o David T. Butsch, Esq. 231 S. Bemiston, Suite 260 Clayton, MO 63105 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Justin White 8622 W Windrose Dr Peoria, AZ 85381-8156 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __148__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **US Fidelis, Inc.**                                 ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kadian Mitchell & JihanBbaker 3337 Wilton Crest Ct Alexandria, VA 22310-2355 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kagen Hardy 231 S 1025 W Cedar City, UT 84720 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kaiulana Henderson 9099 Primrose Ln Hickory Hills, IL 60457-1035 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Litigation Claim | | | | |
| Kaleigh M. Loy c/o Maggie McFadden, Supervisory Investi 1222 Spruce Street, Room 8.100 St. Louis, MO 63103 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Karem Shakir 5890 Mitsy Drive Rex, GA 30273 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __149__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
                (Total of this page)      **0.00**

In re **US Fidelis, Inc.**                                 ,      Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Karen Curtis**<br>**7919 Larchridge Dr**<br>**Dallas, TX 75232-4729** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Karen Elidrissi**<br>**916 Barn View Ln**<br>**Breinigsville, PA 18031-1350** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Karen Quale**<br>**122 E Jefferson School Rd**<br>**Glendive, MT 59330-3204** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Karen Schlund**<br>**1674 Clover Ct**<br>**Barnhart, MO 63012-1485** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Karen Slaton**<br>**1840 Carriage House Cir Apt 2103**<br>**Arlington, TX 76011-4435** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __150__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal          
(Total of this page)     **0.00**

In re __US Fidelis, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Karina Castano<br>1628 Harmon St Apt 103<br>Norfolk, VA 23518-4117 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>Karl Smith<br>1811 SW 29th Ter<br>Ocala, FL 34474-2992 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>Kate Dosser<br>8200 Glade Ave<br>Oklahoma City, OK 73132-4273 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>Cox, Katharine<br>1690 Gatehouse Cir N Apt 202<br>Colorado Springs, CO 80904-4933 | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>Katherine Piazza<br>3 Skyline Dr<br>Wheat Ridge, CO 80215-6620 | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __151__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re __**US Fidelis, Inc.**_____,  Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Shumway, Katherine 1760 Lansing Drive Apt 227 Salem, VA 24153 | - | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kathleen Irwin 3418 E Bijou St Colorado Springs, CO 80909-6509 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kathleen Odell 3114 Marne Ave Norfolk, VA 23509-2550 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Florio, Kathleen 66 Valente Dr Cranston, RI 02920-2413 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kathlene Diaz RR 1 Box 1474 Henryville, PA 18332-9101 | - | | | | | | X | Unknown |

Sheet no. __152__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  0.00

In re   **US Fidelis, Inc.**                                    ,                 Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Kathryn Flores** **295 State Line Rd** **Oak Grove, KY 42262** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Kawon Jenkins** **4141 Rosemeade Pkwy Apt 1305** **Dallas, TX 75287-2615** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Notice only in connection with debt due to DRMI** | | | | |
| **KBSI** **806 Enterprise St** **Cape Girardeau, MO 63701** | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Keisha Grant** **7200 Bogley Rd Apt 301** **Windsor Mill, MD 21244-8154** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Keith Cunnius** **132 Water St** **Boyertown, PA 19512-7709** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __153__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

In re **US Fidelis, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Keith Flanagan** <br> **5219 Ginseng Dr** <br> **Baytown, TX 77521-8252** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Keith Gunn** <br> **6034 Circle Dr** <br> **House Springs, MO 63051-1433** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Ball, Keith** <br> **6481 Gannett Hill Park Rd** <br> **Naples, NY 14512-9162** | - | | **2009** <br> **Potential Legal Claim** | | | X | Unknown |
| Account No. <br><br> **Ken Reed** <br> **300 Oneil Blvd** <br> **Attleboro, MA 02703-5124** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Kendra Steinbach** <br> **1209 Woodside Meadows Dr** <br> **Redding, CA 96002-0358** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |

Sheet no. __154__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Keneshia Moore 4138 Sautee Trl Conley, GA 30288-1343 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kenneth Harper 3721 College Ave Apt 4 Davenport, IA 52807-1860 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kenneth Houston 762 W Lincoln Ave Rahway, NJ 07065-3632 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kenneth Monk 407 E 47th St Odessa, TX 79762 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Kenneth Vialpando 7 Bellflower Ct Pueblo, CO 81001-1101 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __155__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **US Fidelis, Inc.**                         Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Harper, Kenneth <br> 3721 College Ave Apt 4 <br> Davenport, IA 52807-1860 | - | | 2009 <br> Potential Legal Claim | | | X | Unknown |
| Account No. <br><br> Dixon, Kennitha <br> 2557 Adams St <br> Gary, IN 46407-4015 | - | | 2009 <br> Potential Legal Claim | | | X | Unknown |
| Account No. <br><br> Kenny Rodgers <br> 113 Hillcrest Ln <br> Willingboro, NJ 08046-1206 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Kent Harrison <br> 616 Royal Pecan Way <br> Collierville, TN 38017-1734 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> McDaniel, Keokuk <br> 6116 Singleton Dr <br> Marrero, LA 70072-3520 | - | | 2009 <br> Potential Legal Claim | | | X | Unknown |

Sheet no. __156__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal <br> (Total of this page)      0.00

In re __US Fidelis, Inc.__ _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kerry Estes 205 E Ohio St Fortville, IN 46040-1321 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kevin & Lanay Blakemore 870 E Route 130 Apt A9 Burlington City, NJ 08016-2866 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kevin Guillot 126 Magnolia Point Dr Huffman, TX 77336-2923 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kevin Hartman 980 Wright St Lot 6 Union, MO 63084-1496 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kevin Marsh RR 1 Box 7489 Antlers, OK 74523-9774 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __157__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

In re **US Fidelis, Inc.** _____ , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kevin McGrath 204 County Road 519 Newton, NJ 07860-7040 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kevin Munley 4822 8th Rd S Arlington, VA 22204-1436 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kevin Pairrier 44523 Highway 42 Prairieville, LA 70769-6414 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kevin Ramsey 5901 Wellborn Trl Lithonia, GA 30058-8305 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kevin Robillaid 510 Butler Ave Apt Cat5 Martinsburg, WV 25405-9990 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __158__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

In re **US Fidelis, Inc.** _____,  Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Swann, Kevin 5667 Waterman Blvd St. Louis, MO 63112 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Tolbert, Kevin 59 Prests Mill Rd Old Bridge, NJ 08857-2737 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Khachatur Magdessian 22984 E Dorado Dr Aurora, CO 80015-6573 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kieara Jackson 3623 N Sterling Ave Apt A4 Peoria, IL 61604-1157 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kim Smith 250 Alcoma Blvd Apt 307 Penn Hills, PA 15235-2112 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __159__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __US Fidelis, Inc._____, Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Simms, Kim 3514 6th St SE Apt 9 Washington, DC 20032-3840 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kimberly Batte 111 Ward St Montgomery, NY 12549 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kimberly Davis 35916 Road 112 Visalia, CA 93291-9518 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kimberly Fowler 119 Castlestone Dr Elkton, MD 21921-6048 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Kimberly Hopwood 130 McKenzie Ln S North Liberty, IA 52317-9172 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __160__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__ _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kimberly Kelsey 2831 51st St SW Naples, FL 34116-7633 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| Bouchey, Kimberly 244 Valley View Rd Apt 1 Richardsville, KY 42101-8285 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kirsty Mondt P.O. Box 825 El Cajon, CA 92022 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kizzi Fontenot 1301 Meadow Dr Lake Charles, LA 70607-4717 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Kobina Charles 1437 Lardner St Philadelphia, PA 19149-3224 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __161__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re  **US Fidelis, Inc.**                                          ,          Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Konica Minolta Busimess Solutions U,S.A., Inc<br>4388 Collections Center Drive<br>Chicago, IL 60693** | - | | **2009**<br>**Trade debt** | | | | 7,137.92 |
| Account No.<br><br>**Kristin & Chris Berbessi Hicks<br>745 Academy Woods Dr<br>Jefferson, GA 30549-7520** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Kusum Byrd<br>7706 Midfield Ave<br>Los Angeles, CA 90045-3236** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Kwami Attiple<br>2938 Wetherburn Ct<br>Woodbridge, VA 22191-4632** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**La Donna Parrish<br>847 Sky Blue Dr<br>Knoxville, TN 37923-2338** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __162__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          7,137.92

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re __US Fidelis, Inc._____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Burns, Lafayette** <br> **1136 Washington Ave Unit 505** <br> **St. Louis, MO 63101-1172** | - | | **2009** <br> **Potential Legal Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Neal, Lagretta** <br> **714 E Warren Ave** <br> **Eden, NC 27288-2538** | - | | **2009** <br> **Potential Legal Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Lana Lee** <br> **1903 Deborah Dr** <br> **Loveland, CO 80537-7024** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Larry Cottam** <br> **214 Highway 70 W** <br> **Mason, TN 38049-7849** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Larry Ehlers** <br> **406 Friendly Dr** <br> **Red Bud, IL 62278-1742** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |

Sheet no. __163__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re __US Fidelis, Inc.__ _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Klein, Larry 104 Old Carriage Dr Englewood, OH 45322-1168 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Latasha Roberts 2536 Fox Hill Ln Jacksonville, FL 32221-3838 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lathel Cunningham 278 Christian Rd Mc Cormick, SC 29835-7114 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Kimbrough, LaTisha 230 30th Ave Columbus, GA 31903-1501 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Laura Gustafson 13056 Sawpit Rd Jacksonville, FL 32226-1616 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __164__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           0.00

In re __US Fidelis, Inc.__ _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Gonzalez, Laura**<br>**4461 Continental Way**<br>**Stockton, CA 95207-7756** | | - | **2009**<br>**Potential Legal Claim** | | | X | <br><br>**Unknown** |
| Account No. <br><br> **Laurence Vanterhulst**<br>**2801 Rfd**<br>**Long Grove, IL 60047-8359** | | - | **2009**<br>**Potential Refund Claim** | | | X | <br><br>**Unknown** |
| Account No. <br><br> **Laurie Ivanhoe**<br>**41873 Inspration Terace**<br>**Aldie, VA 20105** | | - | **2009**<br>**Potential Refund Claim** | | | X | <br><br>**Unknown** |
| Account No. <br><br> **Thomas, Lawrence**<br>**4101 Sam Peck Rd**<br>**Little Rock, AR 72223-2150** | | - | **2009**<br>**Potential Legal Claim** | | | X | <br><br>**Unknown** |
| Account No. <br><br> **Legon Ponce & Fodiman, P.A.**<br>**1111 Brickell Ave., Suite 2150**<br>**Miami, FL 33131** | | - | **2009**<br>**Trade debt** | | | | <br><br>**137.50** |

Sheet no. __165__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **137.50**

In re __US Fidelis, Inc.__ _____, Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lekiasha Jones 128 Terrace Dr Apt 19 Haines City, FL 33844-5140 | - | | | | | | X | Unknown |
| Account No. | | | | 2008 Litigation Claim | | | | |
| Leon & Susan Hank Crampton Way Holt, MI 48842 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Alleged violation of TCPA with no suit filed | | | | |
| Leon and Susan Hank c/o Jeffrey A. Hank, Esq. Consumer Law Center PLLC P.O. Box 1110 Jackson, MI 49204 | - | | | | | | X | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Leon Howell Sr. 4001 S Thornton Ave Tucson, AZ 85735-1260 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Leon White 5065 N Main St Milan, TN 38358-1820 | - | | | | | | X | Unknown |

Sheet no. __166__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____ ,     Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Lopez, Leon 3118 Ellis St Ames, IA 50014 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Banes, Leonard 3019 N Olsen Ave # 2 Tucson, AZ 85719-2846 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Thornton, Leonard 517 Maus Ave Ypsilanti, MI 48198 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Leonel Arteaga 1517 Dehart Dr # 20a New Iberia, LA 70560-6981 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Leslie Suehisa-Mueller 95-088 Kaulua St Mililani, HI 96789-1510 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. **167** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal       **0.00**
(Total of this page)

In re __US Fidelis, Inc._____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lester Norvell Sr.**<br>**324 Edward St**<br>**Michigan City, IN 46360-4918** | | - | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Levi Rivers**<br>**18815 Desert Marigold Dr**<br>**Houston, TX 77073-4366** | | - | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Phillips, Lewis**<br>**18630 Chestnut Ave**<br>**Country Club Hills, IL 60478-5519** | | - | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>**Lifetime Television**<br>**PO Box 7247-8295**<br>**Philadelphia, PA 19170-8295** | | - | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No.<br><br>**Linda Allen**<br>**311 Buckeye St W**<br>**Belle Center, OH 43310-9704** | | - | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __168__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                        0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **US Fidelis, Inc.**                                    ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linda Cortez 6802 Appleton St Houston, TX 77022-4953 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linda Derienzo 6 Eliot Ct O Fallon, MO 63366-7432 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linda Dillard 190 Kent St Beckley, WV 25801-9308 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linda Jackson 67 Laverne Ln Akron, OH 44312-4045 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linda Petrocelli 50 Edwards Rd Mastic Beach, NY 11951-2601 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __169__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re __US Fidelis, Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Linda Roberson<br>116 Back Haven Rd<br>Hortense, GA 31543-2100 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Linda Spurlin<br>PO Box 514<br>Lacoochee, FL 33537-0514 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Linda Turner<br>54 W Cummings Ave<br>Hampton, VA 23663-2202 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Linda Walton<br>3603 Nichols Meadow Cir<br>Louisville, KY 40215-1498 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Linda Webb<br>3496 Highway 178 W<br>Fulton, MS 38843-7239 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |

Sheet no. __170__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __US Fidelis, Inc.__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lindsay Watts 3530 Devonshire Dr Moss Point, MS 39563-4008 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linette Byrd PO Box 718 Van Vleck, TX 77482-0718 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Linval Lindsay 18145 Orange Grove Blvd Loxahatchee, FL 33470-1860 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lisa Eddens 2434 Oakwood Ave Lupton, MI 48635-9797 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lisa Guvman 316 W Highland Dr Grand Junction, CO 81503-2142 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __171__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 0.00

In re __US Fidelis, Inc._____ ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | 2009 Potential Refund Claim | | | X | |
| Lisa Readance 12316 Woodside Ct Strongsville, OH 44136-4259 | | | | | | | | Unknown |
| Account No. | | - | | 2009 Potential Refund Claim | | | X | |
| Lisa Rich 390 E 13 Mile Rd Apt 101 Madison Heights, MI 48071-2150 | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| LOGO, MTV Networks AD Sales PO Box 13683 Newark, NJ 07188-0683 | | | | | | | | 0.00 |
| Account No. | | - | | 2009 Potential Refund Claim | | | X | |
| Lonnie South 3309 E Jerome Ave Mesa, AZ 85204-7331 | | | | | | | | Unknown |
| Account No. | | - | | 2009 Potential Refund Claim | | | X | |
| Lonny Robbins 2338 Beech Ln Pampa, TX 79065-3025 | | | | | | | | Unknown |

Sheet no. __172__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                       0.00

In re __US Fidelis, Inc._____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Loraine Henzel**<br>**7828 N Platte Purchase Dr**<br>**Kansas City, MO 64118-1047** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Lorena Rodriguez**<br>**4600 Lonesome Dove Ct**<br>**Shingle Springs, CA 95682-8493** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Loretta Johnson**<br>**4794 Mays Store Rd**<br>**LA Grange, NC 28551-7229** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Lorna Chin**<br>**14314 SW 120th Ct**<br>**Miami, FL 33186-6068** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Lorraine Garcia**<br>**5636 MacDougall Dr**<br>**Haltom City, TX 76148-3730** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __173__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__                            ,     Case No. _____

                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Lorraine Severino**<br>**2007 Joanna Ave**<br>**Zion, IL 60099-1529** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Louella Mollet**<br>**PO Box 596**<br>**Lovely, KY 41231-0596** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Louis Almanza**<br>**7915 Split Oak Dr**<br>**Houston, TX 77040-2718** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Louis Piche**<br>**1107 Cabana Dr**<br>**Nashville, TN 37214-3939** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No. <br><br>**Louise Titus**<br>**2432 Crossing Way**<br>**Wayne, NJ 07470-4735** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __174__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                          **0.00**
(Total of this page)

In re __US Fidelis, Inc.__ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Luella Hunter 1960 Twin Lakes Rd Cades, SC 29518-3444 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lynn Mason PO Box 162291 Sacramento, CA 95816-2291 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Lynne Soule PO Box 416 Hillsboro, NH 03244-0416 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mabalean Hall 2608 Bonnie View Dr NW Huntsville, AL 35810-3602 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mabel Stringfellow 415 S Alexandria Ave Apt 4 Los Angeles, CA 90020-2741 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __175__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Mack Jackson**<br>**4490 NW 33rd Ave**<br>**Miami, FL 33142-4315** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Mack Liporada**<br>**3939 Monroe Ave Apt 107**<br>**Fremont, CA 94536-6937** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Maggie Oborne**<br>**150 Nash Ln**<br>**Pinson, TN 38366-1817** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**MagicDust Television**<br>**9633 South 48th Street, Suite 185**<br>**Phoenix, AZ 85044** | - | | **2009**<br>**Trade debt** | | | | 17,000.00 |
| Account No. <br><br>**Malik Williams**<br>**1213 Ashford Dr**<br>**Saint Louis, MO 63137-1910** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __176__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          17,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.**                  Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Malika Givehand** **9139 Ramona St Unit 13** **Bellflower, CA 90706-7400** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Manuel Carlos** **8880 Newton St** **Westminster, CO 80031** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Manuel Espindola** **1650 Kanunu St Apt 1315** **Honolulu, HI 96814-2739** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Manuel Gonzales** **31100 Nys Route 37** **Evans Mills, NY 13637-3120** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Manuel Martinez** **9237 Curacao Dr** **Fort Worth, TX 76123-7355** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __177__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal              **0.00**
                          (Total of this page)

In re **US Fidelis, Inc.** _____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Manuel Sanchez**<br>**543 Redwood Rd**<br>**Bolingbrook, IL 60440-2579** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Mar Graphics**<br>**523 South Meyer Avenue**<br>**Valmeyer, IL 62295** | - | | **2009**<br>**Trade debt** | | | | 3,814.75 |
| Account No.<br><br>**MARATHON**<br>**2900 W. Olympic**<br>**Suite 201**<br>**Santa Monica, CA 90404** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No.<br><br>**Marc Besir**<br>**1031 Jfk Blvd Apt 3**<br>**Endicott, NY 13760-1832** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Marc Reina**<br>**1324 NE 13th Ave**<br>**Fort Lauderdale, FL 33304-1829** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __178__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,814.75

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **US Fidelis, Inc.**                                        ,      Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Gapa, Marcel**<br>**3801 23rd Ave**<br>**Astoria, NY 11105-1922** | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No. <br><br>**Marco Olvera**<br>**40729 156th St E**<br>**Lancaster, CA 93535** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Margaret McGuire**<br>**Po Box 25**<br>**Pecan Gap, TX 75469-0025** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Margaret Nugent**<br>**145 N 2nd St Floor 1st**<br>**Sunbury, PA 17801-2125** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Marguerite Jirau**<br>**9381 Lake Lotta Cir**<br>**Gotha, FL 34734-5046** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. **179** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal           **0.00**
(Total of this page)

In re **US Fidelis, Inc.**                           ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marie McKinney** <br> **2717 S 78th St** <br> **Philadelphia, PA 19153-1725** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Marieann Cristobal** <br> **33 Ardsley Ct** <br> **Newtown, PA 18940-2300** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Marilyn Moaga** <br> **6698 Charlene Ave.** <br> **San Diego, CA 92114** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Mario Beronilla** <br> **1813 Grosse Pointe Cir** <br> **Hanover Park, IL 60133-6723** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Mark Chaudion** <br> **9145 Brittany Woods W** <br> **Cedar Hill, MO 63016-1311** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |

Sheet no. __180__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                         Subtotal                      0.00
                        (Total of this page)

In re __US Fidelis, Inc.__ _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Litigation Claim | | | X | |
| Mark Reid 79 Norton Street New Haven, CT 06511 | | - | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Mark Roy 28 Frederick Pl Parlin, NJ 08859-1812 | | - | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Mark Weinstein 29 Loller Rd Hatboro, PA 19040-3923 | | - | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Mark Woods 3529 Rodgers Ave Fort Wayne, IN 46803-3889 | | - | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Mark Young 12606 Henderson Chapel Ln Bowie, MD 20720-3355 | | - | | | | | | Unknown |

Sheet no. __181__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __US Fidelis, Inc._____,    Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Fox, Mark 122 Martins Ln Hingham, MA 02043-1034 | - | | | 2009 Potential Legal Claim | | | | Unknown |
| Account No. Frankobich,Mark 1551 Kuhlview Dr Pittsburgh, PA 15237-6621 | - | | | 2009 Potential Legal Claim | | | X | Unknown |
| Account No. Markus Fair 1804 N 36th St Milwaukee, WI 53208-1944 | - | | | 2009 Potential Refund Claim | | | X | Unknown |
| Account No. Marlan Trinkle 14484 Linden Tree Rd Grasston, MN 55030-2125 | - | | | 2009 Potential Refund Claim | | | X | Unknown |
| Account No. Marlon Gordon 6 White Oak Trl Hampton, VA 23669-2088 | - | | | 2009 Potential Refund Claim | | | X | Unknown |

Sheet no. __182_ of __289_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Marquice Bowman 8 Alexandria Dr Oxon Hill, MA 20745-1001 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Marquiece Robney 12 Deville Cir Apt 3 Wilmington, DE 19808-4530 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Marshall, Dennehey, Warner, et al. Acct. Department 1845 Walnut Street Philadelphia, PA 19103 | | | | | | | | |
| | | | | | | | | 3,087.62 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Martha Gainer 109 Adams Dr Bainbridge, GA 39819-6513 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Martin Sherman 43155 Sierra Hwy, Space 25 Lancaster, CA 93534-6035 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __183__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,087.62

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re **US Fidelis, Inc.** _____, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Garo, Martin 4495 E Campbell Ct Higley, AZ 85236-3643 | - | | | | | | | Unknown |
| Account No. | | | | 2009 Litigation Claim | | | | |
| Marvin Foster 321 VZ Count Road 3710 Edgewood, TX 75117 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mary Bowen 8911 NW 125th St Chiefland, FL 32626-7884 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mary Braxton 4070 Gigem Dr Memphis, TN 38109-4238 | - | | | | | | X | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mary Clark 6407 Rivers End Dr Louisville, KY 40258-5478 | - | | | | | | X | Unknown |

Sheet no. __184__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

In re __US Fidelis, Inc.__ _____,  Case No. _____

        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mary Krause 224 Oak Dr E Hurst, TX 76053-5741 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mary Lang 24871 Monte Verde Dr Laguna Niguel, CA 92677-1527 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Banks, Mary 302 Greenhill Drive Starksville, MS 39759 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Matt Shannon 917 Morton Ave Aurora, IL 60506-2120 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Maurice Harb 16127 Lytham Dr Odessa, FL 33556-5408 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __185__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **US Fidelis, Inc.**           Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Maurice Tucker 216 Summit Townes Way Columbia, SC 29229-7720 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Mauriness Hinkley 411 Old Fox Squirrel Ridge Rd Pickens, SC 29671-9352 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Maury West PO Box 130715 Tampa, FL 33681-0715 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Maxine James 152 Hendrix St Brooklyn, NY 11207-2612 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Meaghan Scheuermann 4 Warwick Pl Florida, NY 10921-1911 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __186__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re __US Fidelis, Inc.__ , Case No. _____
 
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Megan Beck** **370 Spear Dr** **Fort Bragg, NC 28307-2254** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Melchor Rodgers** **14835 Porterfield Dr Apt 6** **Orange, VA 22960-1265** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Melissa McOwen** **1921 Star Point Rd** **Carrollton, GA 30116-9503** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Melvin Barker Jr.** **18131 Eden Church Rd** **Cobbtown, GA 30420-6837** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Melvin Wilhelm** **641 Whitney Rd** **Sherman, TX 75090-3271** | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __187__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

In re __US Fidelis, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Mercedes Cruiz 731 S New Hampshire Ave Apt 8 Los Angeles, CA 90005-1757 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Mercy Bruce 132 Kintyre Dr Oxford, MI 48371-6022 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Meredith Furel 4124 High Country Dr Douglasville, GA 30135-4269 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Micah Crumbley 401 Warren St Bessemer, AL 35022-4555 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Michael  Prosperi 6500 Madison St Floor 2 West New York, NJ 07093-1636 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __188__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re   **US Fidelis, Inc.**                             ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Michael & Anna Arriola**<br>**15323 Alburtis Avenue**<br>**Norwalk, CA 90650** | - | | **2009**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Michael Barone**<br>**42 Robert Best Road**<br>**Egg Harbor Township, NJ 08234** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Michael Carlson**<br>**3006 Fig Orchard Road**<br>**Highlands, TX 77562** | - | | **2009**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Michael Drew**<br>**121 Milton Rd**<br>**Pensacola, FL 32507-2331** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Michael Lanza**<br>**320 Pleasant St**<br>**Troy, NY 12182-1312** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __**189**__ of __**289**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **0.00**

In re __US Fidelis, Inc._____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Michael Lilly 6070 Fm 974 Bryan, TX 77808-6554 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Michael Peek 1908 Jericho Rd Unit C2 LA Grange, KY 40031-9185 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Michael Silva 55 Briarwood Ln Apt 55d Branford, CT 06405-4337 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Michael Smith 619 Central Ave Apt 302 Cincinnati, OH 45202-2330 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Michael Stamp 9032 W Cannel Island St Boise, ID 83709-8220 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __190_ of __289_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

In re __US Fidelis, Inc.__ _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Michael Sturgeon<br>7040 Little Tar Spring Rd<br>Hawesville, KY 42348-5072 | - | | **2009**<br>**Potential Refund Claim** | | | X | |
| | | | | | | | Unknown |
| Account No.<br><br>Michael Tumalad<br>19403 Youngtree Cir<br>Houston, TX 77084-4642 | - | | **2009**<br>**Potential Refund Claim** | | | X | |
| | | | | | | | Unknown |
| Account No.<br><br>Michael Wedding<br>4630 W 72nd Ave<br>Merrillville, IN 46410-4290 | - | | **2009**<br>**Potential Refund Claim** | | | X | |
| | | | | | | | Unknown |
| Account No.<br><br>Clark, Michael<br>5332 Beam Lake Dr<br>Charlotte, NC 28216-2767 | - | | **2009**<br>**Potential Legal Claim** | | | X | |
| | | | | | | | Unknown |
| Account No.<br><br>Grinstead, Michael<br>7377 W Grant Ranch Blvd Apt 2023<br>Littleton, CO 80123-2665 | - | | **2009**<br>**Potential Legal Claim** | | | X | |
| | | | | | | | Unknown |

Sheet no. __191__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Luther, Michael PO Box 349 Ark, VA 23003-0349 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Melanson, Michael 5757 Lake Murray Blvd Apt 47 LA Mesa, CA 91942-2212 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Micheal Lewis 5584 Tiki Ln Jackson, MS 39212-3657 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Micheal McMillan 220 June Way Braddock, PA 15104-1332 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Michelle Rodabaugh 9735 Loblolly Ln Roswell, GA 30075-4315 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __192__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Michelle Strickland 4195 Bemiss Rd Lot 69 Valdosta, GA 31605-6680 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | X | |
| Ford, Michelle 5320 N Marvine St Philadelphia, PA 19141-2926 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Miguel Castro 4335 McMahon Cir # B El Paso, TX 79904-4312 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Mike Evans 1743 Wild Mustang Canyon Ln Katy, TX 77493-8061 | | - | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | X | |
| Mike Eyman 915 S Field St Lakewood, CO 80226-4112 | | - | | | | | | |
| | | | | | | | | Unknown |

Sheet no. __193__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Mike Rokus PO Box 1286 Weatherford, TX 76086-1286 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Mike Wallace 3812 Rose Bay Ln Loganville, GA 30052-6658 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| Owens, Mike | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Miles Pride 5216 Irving St Philadelphia, PA 19139-4017 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| Military Channel PO Box 79963 Baltimore, MD 21279-0963 | - | | | | | | | | |
| | | | | | | | | | 0.00 |

| Sheet no. __194__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 0.00 |
|---|---|---|

In re __US Fidelis, Inc.__ _____, Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Milton Braga 636 Everett St Apt 3 Negaunee, MI 49866-1554 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Milton Zotos 40 Prospect Ave Apt D Danielson, CT 06239-2759 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Miriam Velez 3252 Joyce St Philadelphia, PA 19134-3221 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Litigation Claim | | | | |
| Mississippi Public Service Commission 501 N. West Street Jackson, MS 39201 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Mohammad Safi 116 Early Parkway Dr SE Smyrna, GA 30082-3120 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __195__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** ,     Case No. _____

                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Molly Davisson**<br>**926 Jackson Way**<br>**Fort Pierce, FL 34949-8519** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Momo Wiles**<br>**2029 W Grove Ln**<br>**Grand Prairie, TX 75052-8859** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Monohan Wilson**<br>**3901 Kentucky Hwy. 467**<br>**Bemosville, KY 40133** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Monty Veasey & Company**<br>**P.O. Box 1572**<br>**Tifton, GA 31793** | - | | **2009**<br>**Trade debt** | | | | 30,000.00 |
| Account No.<br><br>**Morris Tyson**<br>**1940 County Road 27**<br>**Tuskegee, AL 36083-3623** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __196__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **30,000.00**

In re **US Fidelis, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | **2009** **Potential Refund Claim** | | | | |
| **Mozell Ray** **1207 Satillo Ln** **Richmond, TX 77469-6126** | - | | | | | | | X | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | **Notice only in connection with debt due to DRMI** | | | | |
| **MSNBC C/O NBC Universal CFS Bank of Amer** **NBC Universal Lock Box #402971** **Atlanta, GA 30384-2971** | - | | | | | | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | **Notice only in connection with debt due to DRMI** | | | | |
| **MTV Networks** **AD Sales PO Box 13683** **Newark, NJ 07188-0683** | - | | | | | | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | **Notice only in connection with debt due to DRMI** | | | | |
| **MTV2** **AD Sales P.O. Box 13683** **Newark, NJ 07188-0683** | - | | | | | | | | |
| | | | | | | | | | **0.00** |
| Account No. | | | | | **Notice only in connection with debt due to DRMI** | | | | |
| **MTVJAMS** **AD Sales P.O. Box 13683** **Newark, NJ 07188-0683** | - | | | | | | | | |
| | | | | | | | | | **0.00** |

Sheet no. __**197**__ of __**289**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re **US Fidelis, Inc.** _____ , Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Nancy Basi 1121 NW 127th Ct Miami, FL 33182-2032 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Nancy Carpenter 9621 Bush Hill Ter Gaithersburg, MD 20882-3908 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Noyes, Nancy 402 Carolina Ave Apt C Siler City, NC 27344-3056 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Naomi Everett 685 E Laredo St Chandler, AZ 85225-3913 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Buyon, Nathaniel 2142 Canyon Blvd Apt 205 Boulder, CO 80302-4517 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __198__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                     0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dotson, Nathaniel**<br>**2816 Woodmark Dr Apt 302**<br>**Woodbridge, VA 22191-4709** | - | | **2009**<br>**Potential Legal Claim** | | | X | **Unknown** |
| Account No.<br><br>**National Depo**<br>**P.O. Box 404743**<br>**Atlanta, GA 30384** | - | | **2009**<br>**Trade debt** | | | | **1,069.95** |
| Account No.<br><br>**National Geographic Channel**<br>**File # 56291**<br>**Los Angeles, CA 90074-6291** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**National Safe Drivers**<br>**800 Yamato Road, #100**<br>**Boca Raton, FL 33431** | - | | **2009**<br>**Trade debt** | | | | **10.00** |
| Account No.<br><br>**NBA Digital Holdings, LLC**<br>**PO Box 533139**<br>**Charlotte, NC 28290-3139** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |

Sheet no. __199__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,079.95**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

In re **US Fidelis, Inc.** _____,  Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| NBC Universal Television 13053 Collections Chicago, IL 60693 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Neil Kaplan 14 Mountain Lake Ct Germantown, MD 20874-3997 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Nellie Bowen 554 McKibben Rd Buchanan, GA 30113-2210 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Nelson Boyrie 145 Livingston Ave Apt 1a Yonkers, NY 10705-2215 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Nelson Dubose PO Box 861334 Plano, TX 75086-1334 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __200__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __US Fidelis, Inc.__ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Neville Plummer**<br>**1114 Riverwood Dr**<br>**Algonquin, IL 60102-3817** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**New England Sports Network**<br>**480 Arsenal Street**<br>**BLD 1**<br>**Watertown, MA 02472** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No.<br><br>**New York Catholic Health Plan**<br>**95-25 Queens Boulevard**<br>**Rego Park, NY 11374** | - | | **2009**<br>**Litigation Claim** | | | X | **Unknown** |
| Account No.<br><br>**Nicholas Handoko**<br>**211 Liberty Ave Apt 536**<br>**Lafayette, LA 70508-6867** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Nicol Sanders-Hunter**<br>**3068 Audrey Cv**<br>**Memphis, TN 38127-7321** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __201__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __US Fidelis, Inc.__ ,     Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Nicolas Martin 1019 Allisa St Stafford, TX 77477-4625 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Nizar Jawhari 175 Gallery Way Tustin, CA 92782-1111 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Noel Querrie 4828 Stafford Pl NW Albuquerque, NM 87120-3231 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Stuckenschneider, Norbert 2635 Dalton Ave St. Louis, MO 63139-1625 | - | | Potential Legal Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| OCE, Inc. 5450 North Cumberland Avenue Chicago, IL 60656 | - | | Trade debt | | | | |
| | | | | | | | 22,731.70 |

Sheet no. __202__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       22,731.70

In re **US Fidelis, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Omar Sibron 14340 Sanford Ave Flushing, NY 11355-2044 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Orlando Pino 504 Longwood Loop NE Rio Rancho, NM 87124-4927 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| Outdoor Channel PO Box 809280 Chicago, IL 60680-9280 | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Paige Reese 1986 Eden Church Rd Louisville, GA 30434-6315 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Pam Sebjam 392 Lithia Valley Rd Factoryville, PA 18419-2820 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __203__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Gomes, Pam 7429 Patricks Ln Apt 52 Citrus Heights, CA 95610-2954 | - | | Potential Legal Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Pamela Colding 1707 Lake Josephine Dr Sebring, FL 33875-6460 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Pamela Jackson 704 Kikanai Loop Honolulu, HI 96818-4434 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Pamela Jackson 345 Larchmont Dr NW Atlanta, GA 30318-7167 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Pamela Napier PO Box 163 Price, UT 84501-0163 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __204__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.**  
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Pamela Thomas 6608 Sprucewood Ln Apt 1207 Arlington, TX 76017-0938 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Pamela Tucker 10555 Tralee Ter Damascus, MD 20872 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Litigation Claim | | | | |
| Parrish Lee 67 Macombs Place #4A New York, NY 10039 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Patricia Rogers 1460 St. Stevens Rd Mobile, AL 36603 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Patrick Williams 1050 Highland Ridge Way Apt 204 Castle Rock, CO 80109-7772 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __205__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  
0.00

In re __US Fidelis, Inc.__ _____, Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Doty, Patrick 1414 National Rd Apt 710 Wheeling, WV 26003-5650 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Paul & Dorothy Harris Wimberly 3601 Santa Monica Dr Abilene, TX 79605-6636 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Paul Bosnick 2502 Braddock Rd Mount Airy, MD 21771-8916 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Paul Cook 4329 West Park Rd Lot 20 Corsicana, TX 75110 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Paul Ferguson 1302 Denman Ct Wesley Chapel, FL 33543-3938 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __206__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Paul Hansen**<br>**5811 Libbey Ln**<br>**Houston, TX 77092-5021** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Paul Mercado**<br>**404 Laverne Ave**<br>**Alexandria, VA 22305-2722** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Paul Tippens**<br>**851 Richmond Rd**<br>**Susanville, CA 96130-4822** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Simms, Paula**<br>**2818 28th St SE Apt 1**<br>**Washington, DC 20020-2619** | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>**Pauline Muscaritillo**<br>**3 Memory Ln**<br>**Milford, MA 01757-2319** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __207__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Paultina Hines 4124 E 11th Pl Gary, IN 46403-3546 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Davis, Pearl 604 Goldwire St SW Birmingham, AL 35211-2959 | - | | | | | | | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Peggy Diaz 3107 W Arch St Tampa, FL 33607-5103 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Peggy Nuckles 6600 Raylewood Dr Greensboro, NC 27406-8882 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Peter Villanueva 221 At The Fls Bushkill, PA 18324-9514 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __208__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.** _____,   Case No. _____

_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Petre Vanau**<br>**4509 Skillman Ave**<br>**Sunnyside, NY 11104-2116** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Phil Almeida**<br>**1489 Menton St**<br>**Danville, CA 94506-2007** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Phyllis Forsythe**<br>**2168 Leisure World**<br>**Mesa, AZ 85206-5373** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Pierre Evans & Jenayia Lowell**<br>**2255 W Germann Rd Apt 1100**<br>**Chandler, AZ 85286-7283** | - | | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Pierre Wilner**<br>**2264 Winkler Avenue, #203**<br>**Ft. Myers, FL 33901** | - | | | **2010**<br>**Litigation Claim** | | | X | Unknown |

Sheet no. __209__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 Best Case Bankruptcy

In re **US Fidelis, Inc.** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Planet Green, Discovery Channel**<br>**One Discovery Place**<br>**Silver Spring, MD 20910** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. <br><br>**Prashant Menon**<br>**200 Weeping Willow Dr**<br>**Lynchburg, VA 24501-3949** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Prestige Administration, Inc.**<br>**15002 North 25th Dive, Suite 1**<br>**Phoenix, AZ 85023** | - | | **2009**<br>**Litigation Claim** | | | X | Unknown |
| Account No. <br><br>**Preston Routh**<br>**12206 Yancy Glen Dr**<br>**Mobile, AL 36695-4710** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Smith, Prince**<br>**295 Avant Dr**<br>**Hazelwood, MO 63042** | - | | **2009**<br>**Potential Legal Claim** | | | X | Unknown |

Sheet no. _210_ of _289_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.**                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Quincy Watson**<br>**1799 Fm 528 Rd Apt 8002**<br>**Webster, TX 77598-4718** | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Quinton Clark**<br>**9525 Wallace Ave**<br>**Kansas City, MO 64134-1857** | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Quiteel Andrews**<br>**930 M St NW Apt 719**<br>**Washington, DC 20001-4391** | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Rachel Hoskins**<br>**9520 Stoney Glen Dr Apt E**<br>**Mint Hill, NC 28227-0475** | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | **2009**<br>**Potential Refund Claim** | | | | |
| **Rafid Bahou**<br>**34615 Tyler Dr**<br>**Sterling Heights, MI 48310-5664** | | - | | | | X | |
| | | | | | | | Unknown |

Sheet no. __211__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

In re **US Fidelis, Inc.**                                    Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Ralph Lohr 10330 N Lynn Cir Apt N Bldg 64 Mira Loma, CA 91752-1318 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Ramon Bagasan 67/30 Dartmouth St. Forest Hills, NY 11375 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Ramon Galvan 2012 Wylie Dr Apt 17 Modesto, CA 95355-3848 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Ramon Mejias 3756 Metro Pkwy Apt 716 Fort Myers, FL 33916-7498 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Randell Jones 1283 Simpson Highway 149 Mendenhall, MS 39114-5443 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __212__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal                         **0.00**
(Total of this page)

In re **US Fidelis, Inc.**
_____,
Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Randy Celestine**<br>**2120 Summer Ray Dr Nw**<br>**Albuquerque, NM 87120-6120** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Randy DeFriez**<br>**9250 S US Highway 89 Spc 15**<br>**Jackson Hole, WY 83001-8865** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Raul Ramirez**<br>**10110 31st Ave Fl 1**<br>**East Elmhurst, NY 11369-2008** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Ray Pruitt**<br>**PO Box 151**<br>**Danbury, TX 77534-0151** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Ray/Brian Davis**<br>**806 Lucky World Dr**<br>**Davenport, FL 33897-8404** | | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __213__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Raymond Bryan** **18 Hendricks Ct** **Sayreville, NJ 08872-2704** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Raymond Clark** **PO Box 4555** **Hartford, CT 06147-4555** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Raymond Switzer** **403 NW 1601st Rd** **Kingsville, MO 64061-9138** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Raymond Wright** **436 S Lansdowne Ave Apt E302** **Yeadon, PA 19050-2490** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Rebecca West** **428 S Gates St** **Oakland, IA 51560-4161** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __214__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc._____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Regency Office Products, LLC**<br>**5505 Creedmoor Road, Suite 220**<br>**Raleigh, NC 27612** | - | | **2009**<br>**Trade debt** | | | | **4,446.59** |
| Account No.<br><br>**Renoldo Bustos**<br>**109 S 37th St**<br>**Billings, MT 59101-3610** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Rhoderick Beery**<br>**6820 Shadow Ridge Road**<br>**Lincoln, NE 68512** | - | | **2008**<br>**Judgment creditor** | | | | **2,000,000.00** |
| Account No.<br><br>**Rhonda Crosson**<br>**5817 Germantown Ave**<br>**Philadelphia, PA 19144-2138** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Rhonda Tatum**<br>**PO Box 2276**<br>**Decatur, GA 30031-2276** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __215__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **2,004,446.59**

In re   **US Fidelis, Inc.**                        ,      Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Ricardo Casteanda 3765 N Millbrook Ave Apt B Fresno, CA 93726-5876 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Ricardo Johnson & Regina Hedgepeth 3221 Snowberry Dr Raleigh, NC 27610-5937 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Castaneda, Ricardo 3765 N Millbrook Ave Apt B Fresno, CA 93726-5876 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Richard & Beverly Blondell 1204 Reid Rd Grand Blanc, MI 48439 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Richard Banks 9 Liberty Pl Jackson, NJ 08527-2241 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __216__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re __US Fidelis, Inc.__ _____, Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Richard Carroll 115 Lb Hunt Rd Mansfield, LA 71052 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Richard Janssen PO Box 1343 Tybee Island, GA 31328-1343 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Richard Ierma PO Box 6956 Salinas, CA 93912-6956 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Richard Parrish 9963 Summit View Dr Sandy, UT 84092-4287 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rickie W. Fluharty & Sarh Peck 130 Springdale St Sistersville, WV 26175-1630 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __217__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.**, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ricky Rogers PO Box 3681 Alamogordo, NM 88311-3681 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ripley Knickerbocker 30 Frances Dr Hampden, ME 04444-1700 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rita Gonzalez 4311 NW 196th St Miami Gardens, FL 33055-1814 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rita Green 1360 Doolittle Dr Baton Rouge, LA 70810-2334 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Robert  Summers II 1582 John Wesley Way NW Apt 31 Huntsville, AL 35816-2040 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __218__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Robert & Bertha Kelly**<br>**6201 Sandlin Ave**<br>**Texarkana, TX 75503-1547** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Robert Archibeque**<br>**2847 Hunters Ct SW**<br>**Albuquerque, NM 87105-5633** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Robert Biggerstaff**<br>**P.O. Box 614**<br>**Mt. Pleasant, SC 29465** | - | | **2009**<br>**Litigation Claim** | | | X | Unknown |
| Account No.<br><br>**Robert Cadena**<br>**Po Box 460331**<br>**San Antonio, TX 78246** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Robert D. Johnston**<br>**29287 Belmont Lake Road**<br>**Perrysburg, OH 43551** | - | | **2009**<br>**Litigation Claim** | | | X | Unknown |

Sheet no. __219__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **0.00**

In re **US Fidelis, Inc.** _____ , Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Foster 10 N Main St Apt B Port Deposit, MD 21904-1210 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Grauberger 905 13th St Wheatland, WY 82201-2501 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Grimm 1777 Wellstead St Mt Pleasant, SC 29466-8374 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Guardado 8541 Tampa Ave Northridge, CA 91324-4259 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Harriott 669 Pepper Dr Apt C Hanford, CA 93230-7094 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __220__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.**                              Case No. _____
                                          ,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Robert Henry 13943 Creekview Dr Somerville, OH 45064-9640 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Robert Petty 1235 Magnolia Pl Birmingham, AL 35215-6816 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Robert Pyle 3132 Parkview Dr Granite City, IL 62040-6229 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Robert Reynolds 5813 Black Diamond Cibolo, TX 78108-2011 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Robert Runge PO Box 914 Conyers, GA 30012-0914 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __221__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   0.00

In re **US Fidelis, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Robert Settembro** <br> **36 Southworth St** <br> **West Springfield, MA 01089-2723** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Robert Southard** <br> **1219 Walters St** <br> **Orland, CA 95963-1927** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Robert Tomlinson** <br> **2344 Grayson Valley Cir** <br> **Birmingham, AL 35235-3505** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Robert Torres** <br> **9 Mills Path** <br> **Ronkonkoma, NY 11779-2627** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Robert Weers** <br> **4314 Majesty Ct** <br> **Rockford, IL 61109-2507** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |

Sheet no. __222__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Wells 7014 Grinder Dr Austell, GA 30168-5871 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robert Williams 2813 Gailwood Dr Memphis, TN 38134-4368 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| MacKenzie, Robert | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Legal Claim | | | | |
| Maez, Robert 3101 Barcelona Rd SW Albuquerque, NM 87105-5545 | | - | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Robin & John Miller 1701 Melbourne Rd Dundalk, MD 21222-4822 | | - | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __223__ of __289__ sheets attached to Schedule of          Subtotal          0.00
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

In re __US Fidelis, Inc._____ ,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | |
| Robin Boyer 2734 Barbary Ln Apt B Indianapolis, IN 46205-2369 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Robin Harren 4112 E 7th St Apt B Long Beach, CA 90804-5374 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Robin Stockman 305 Crescent Watervliet, MI 49098-9376 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Robyn Laforge 3321 Neely Ave Apt D2 Midland, TX 79707-5825 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** | | | | |
| Rod Young 11740 Edenberry Dr Richmond, VA 23236-3204 | - | | **Potential Refund Claim** | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __224__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re __US Fidelis, Inc.__ , Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Downie, Rod 1221 5th St Manhattan Beach, CA 90266-6002 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Roderick Watts 1025 Matthews Commons Dr Apt 25 Matthews, NC 28105-6138 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rodney Barnes 8626 Artesia Blvd Apt 42 Bellflower, CA 90706-6130 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rodney Dibbie PO Box 872 Clarkston, MI 48347-0872 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rodney Jackson 2863 Texas Ave Saint Louis, MO 63118-1525 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __225__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__ ,  Case No. _____
  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rodney Weaver 5 Falcon Ct Apt 6 Little Rock, AR 72210-4425 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Roger Horne PO Box 706 Youngsville, NC 27596-0706 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rollen Lipscomb 8032 E State Highway 21 Bryan, TX 77808-8668 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Montoya, Roman 941 Highway 4 San Ysidro, NM 87053-6094 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Romy Michel 217 Amelia Garden Way Lawrenceville, GA 30045-6839 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __226__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **0.00**

In re **US Fidelis, Inc.** _____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| Ron Orazco 500 King Dr Apt 412 Daly City, CA 94015-2932 | | | | | | | | **Unknown** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| Ronald Holloway 8330 Cindy Dr Zephyrhills, FL 33540-7736 | | | | | | | | **Unknown** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| Ronald Keezer 11007 Merrywood Dr Jacksonville, FL 32256-1525 | | | | | | | | **Unknown** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| Ronald Leblanc 4403 Skylane Rd Beach City, TX 77523 | | | | | | | | **Unknown** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| Ronald Statlin 9457 Las Vegas Blvd S Unit 384 Las Vegas, NV 89123-3341 | | | | | | | | **Unknown** |

Sheet no. __227__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

In re __US Fidelis, Inc.__ _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ronald Taylor 4129 S Liverpool Way Aurora, CO 80013-7460 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ronda Folden 1909 Berkley Ave Cincinnati, OH 45237-6117 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ronnie Brown 521 Saint Charles Ave SW Birmingham, AL 35211-1144 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ronnie Harrington 813 Briarwood Cir Leesville, LA 71446-9095 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Ramirez, Ronnie 1020 W Dickens St Slaton, TX 79364-3124 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __228__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.**          Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rosalinda Avina 1056 Carob Way Apt A Montebello, CA 90640-6263 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rose Chroney 36 Dana Ave Hyde Park, MA 02136-2726 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rose Easier 14901 Milverton Rd Cleveland, OH 44120-4231 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Rosemarie Leonard 6 Gyle Ct Columbia, SC 29223-7844 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Valdez, Rosemary 305 Jalapa St Weslaco, TX 78596-4407 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __229__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal               **0.00**
                            (Total of this page)

In re **US Fidelis, Inc.**                             ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Roy Cagle 2611 SW 2nd Pl Cape Coral, FL 33914-4472 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Trade debt | | | | |
| Royal Papers, Inc. 2701 Hereford Street P.O. Box 39922 Saint Louis, MO 63139 | | - | | | | | |
| | | | | | | | 2,446.46 |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| RTV PO Box 11549 Chattanooga, TN 37401 | | - | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Brown, Rupert 20 Faith Ct Douglasville, GA 30134-4435 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Russ Warren 2633 Greenwinch St Streetsboro, OH 44241 | | - | | | | X | |
| | | | | | | | Unknown |

Sheet no. __230__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      2,446.46

In re   **US Fidelis, Inc.**                       ,     Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Russell Storms**<br>**26101 Mount Diablo Rd**<br>**Laguna Hills, CA 92653-6318** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Russell Wilson & Shelley Maddock**<br>**PO Box 7493**<br>**Nikiski, AK 99635-7493** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Rust Fondren**<br>**3751 Appian Way Apt 119**<br>**Lexington, KY 40517-5907** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br>**Rusty Wallace Racing**<br>**149 Knob Hill Road**<br>**Mooresville, NC 28117** | - | | **2009**<br>**Trade debt** | | | | 535,439.18 |
| Account No. <br><br>**Ruth Robinson**<br>**92 Parum Rd Apt 1**<br>**Colchester, CT 06415-1923** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __231__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal<br>                     (Total of this page)    **535,439.18**

In re **US Fidelis, Inc.**                         ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ruthie Richardson 122 Kite Ln Brookeland, TX 75931-7243 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ryan Fogarty 41w089 Bridle Creek Dr Saint Charles, IL 60175-7677 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ryan Ramgoolie 401 S Bender Ave Apt 1716 Humble, TX 77338-7740 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ryan Schaff 16660 Eastonville Rd Elbert, CO 80106-8918 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sabrina Banks 9612 Falcons Fire Dr Mckinney, TX 75070-8898 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __232__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      0.00

In re   **US Fidelis, Inc.**                       ,     Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Sacha Buitron** **351 Potter Rd** **West Palm Beach, FL 33405-3621** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Trade debt** | | | | |
| **Sage Innovations** **18330 Edison Avenue** **Chesterfield, MO 63005** | - | | | | | | | |
| | | | | | | | | **271.70** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Sally Maps** **1604 N Elm St** **Jerome, ID 83338-5153** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Samantha Sartin** **8885 Research Blvd Apt 1166** **Austin, TX 78758-8505** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Samuel Bond** **23 Plantation Dr** **Scarborough, ME 04074-9819** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __233__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

        Subtotal                 **271.70**
    (Total of this page)

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Samuel Lee** **PO Box 525** **Victorville, CA 92393-0525** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Samuel Mitton** **1602 E 2nd Ave Apt 61** **Indianola, IA 50125-2889** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Samuel Moultrie** **1539 Fort Dupont St SE** **Washington, DC 20020-6029** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Sarah Constine** **323 Pineville Rd** **Buena Vista, GA 31803-2213** | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Sarah Jandro** **404 Schuller Court** **Dundas, MN 55019** | - | | | | | | X | |
| | | | | | | | | **Unknown** |

Sheet no. __234__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **US Fidelis, Inc.**                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Sarah Wall** **131 Westfield Rd** **Shelby, NC 28150-4856** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Scripps Networks** **PO Box 51850** **Knoxville, TN 37950** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |
| Account No. **Sean & Rhonda Williams** **179 Linden Blvd Apt 3n** **New York, NY 11226** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Severson Woolford** **922 Homestead St** **Baltimore, MD 21218-3606** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **Shabliss Penn** **25462 Lincoln Terrace Dr Apt 101** **Oak Park, MI 48237-1272** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __235__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re __US Fidelis, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shadreeka Jones** <br> **5530 Morning Creek Cir** <br> **College Park, GA 30349-3538** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **Shandora Davis** <br> **8 Eakin St** <br> **Salem, NJ 08079-1704** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **Shane Phillips** <br> **1845 Northcrest Dr. Nw Apt 224** <br> **Cullman, AL 35058** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **Harrell, Shanea** <br> **1015 Nansemond Pkwy Apt-901j** <br> **Suffolk, VA 23434-2254** | - | | **2009** <br> **Potential Legal Claim** | | | X | <br><br> **Unknown** |
| Account No. <br><br> **Shannon Motley** <br> **2712 Florence Drive** <br> **Hopkinsville, KY 42240** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br> **Unknown** |

Sheet no. __236__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __US Fidelis, Inc._____,  Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Shanon Patrick 71 No Ka Oi Kapaa, HI 96746 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sharifah Aun 5517 Argyle St Dearborn, MI 48126-3183 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sharon Piper 7110 Kings Dr Baytown, TX 77521-1106 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2010 Litigation Claim | | | | |
| Sharon Szymanski c/o Randall L. Rhodes, Esq. 903 East 104th Street, Suite 510 Kansas City, MO 64131 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| Shaughnessy Kniep Hawe, Inc. P.O. Box 790051 Saint Louis, MO 63179 | | - | | | | | | |
| | | | | | | | | 1,378.04 |

Sheet no. __237__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,378.04

In re **US Fidelis, Inc.** _____,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Shaun Belland 10536 Crest Haven Ct South Jordan, UT 84095-7150 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Legal Claim** | | | | |
| Hamlin, Shauna 205 Golightly Spring Rd Toney, AL 35773-8850 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Sheena & Margie Neely 130 Neelytown Road China Grove, NC 28023 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Sheena Nelson 4401 W 20th Ave Gary, IN 46404-2536 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Sheila Maldonado Po Box 254 Alderson, OK 74522 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __238__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc.__ _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sheila Nathan 15627 N 30th Ave Phoenix, AZ 85053-4006 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sheila Slay 1307 W Francisquito Ave Apt 69 West Covina, CA 91790-4639 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Shemese Grant 4504 Nannie Helen Burroughs Ave NE Washington, DC 20019-3645 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sheri Marks 4108 Mainsail Ln Chesapeake, VA 23321-3253 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Sheronda Harris 5739 Winneste Ave Cincinnati, OH 45232-1307 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __239__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Sherrie Brodie 8313 Wednesbury Ln Houston, TX 77074-2919 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Sherrill Sampson 4226 Viewpoint Ln Ellenwood, GA 30294-6303 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Sherry Branch 3703 Bonmark Dr Richmond, VA 23234-2434 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Sheryl Irby 305 Grigsby Ave Easley, SC 29640-3619 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Shibu Varghese 53 N Park Ter Congers, NY 10920-2143 | - | | Potential Refund Claim | | | X | Unknown |

Sheet no. __240__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Shiela Pogue 3700 US Highway 17 92 N Davenport, FL 33837-9584 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Shirley Hanes 1130 N Edison St Stockton, CA 95203-2319 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Shirley Holstrom 921 Anohea Way Wailuku, HI 96793-9663 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Shirley Jones 5955 Ceylon Ct Apt 1 West Palm Beach, FL 33415-7054 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Shirley Skinner 18100 Nassau Bay Dr Apt 33 Houston, TX 77058-3318 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __241_ of __289_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re __US Fidelis, Inc._____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Shirley Smith 7400 Hogan Rd Apt 219 Jacksonville, FL 32216-1608 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Shirley Steverson 715 E Hall St Carterville, MO 64835-1368 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Sholina Baca 146 West Rd Canterbury, NH 03224-2121 | | - | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Trade debt | | | | |
| Shred-It, Inc. 4801 Park 370 Boulevard Hazelwood, MO 63042 | | - | | | | | |
| | | | | | | | 725.00 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Shuwanda Clay & Jonathan Moata 8 Hidden Hollow Ln Sicklerville, NJ 08081-3909 | | - | | | | X | |
| | | | | | | | Unknown |

Sheet no. __242__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

725.00

In re    **US Fidelis, Inc.**                                 ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Silvino Rosales**<br>**838 Greens Rd Apt 264**<br>**Houston, TX 77060-1413** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Simon Birten**<br>**23912 Oswego St**<br>**Lake Forest, CA 92630-2948** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**SLEUTH C/O NBC Universal CFS Bank of Ame**<br>**NBC Universal Lock Box #402971**<br>**Atlanta, GA 30384-2971** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No.<br><br>**Soman Dhar**<br>**2308 Sedgwick Ct**<br>**Naperville, IL 60564-4385** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Sonia Boys**<br>**6206 S Russell Rd La Mhp Sp # 45**<br>**Globe, AZ 85501** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __243__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    
(Total of this page)    **0.00**

In re **US Fidelis, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| SONY, MSM North America Inc 550 Madison Avenue 12th Floor Room 1259 New York, NY 10022 | - | | | | | | | | 0.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | X | |
| Sonya Feagin 2301 Wagner St Mobile, AL 36617-2541 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | X | |
| Sonya Shelton 312 W van Buren St Port Washington, WI 53074 | - | | | | | | | | Unknown |
| Account No. | | | | | 2009 Trade debt | | | | |
| Southwest Inspections 4211 E Sheens Dr. Phoenix, AZ 85032 | - | | | | | | | | 190.00 |
| Account No. | | | | | Notice only in connection with debt due to DRMI | | | | |
| SPEED Channel File # 56933 Los Angeles, CA 90074-6933 | - | | | | | | | | 0.00 |

Sheet no. __244__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

190.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| SPIKE, MTV Networks AD Sales PO Box 13683 Newark, NJ 07188-0683 | | - | | | | | 0.00 |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| SPORTSMAN Channel 2855 S. James Dr. Ste 101 New Berlin, WI 53151 | | - | | | | | 0.00 |
| Account No. | | | 2009 Trade debt | | | | |
| St. Charles Glass & Glazing 166 Enterprise Drive Wentzville, MO 63385 | | - | | | | | 310.00 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Stacey Cline 11245 West Rd Apt 121a Houston, TX 77065-4829 | | - | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Stacey Guy 1242 E 98th St Chicago, IL 60628-1665 | | - | | | | X | Unknown |

Sheet no. __245__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

310.00

In re __**US Fidelis, Inc.**_____,   Case No. _____
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stacy Mitchell**<br>**91-2204 Kanela St**<br>**Ewa Beach, HI 96706-5963** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Stan Gwinn**<br>**78 Hutchings St Apt 1**<br>**Dorchester, MA 02121-2207** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Doaks, Stanley**<br>**4204 Fellows St**<br>**South Bend, IN 46614-2640** | - | | **2009**<br>**Potential Legal Claim** | | | | Unknown |
| Account No.<br><br>**State of Missouri**<br>**Missouri Attorney General**<br>**207 W. High Street**<br>**Jefferson City, MO 65102** | - | | **2008**<br>**Litigation Claim** | | | X | Unknown |
| Account No.<br><br>**State of North Dakota, ex ral.**<br>**Office of the Attorney General**<br>**600 E. Boulevard Avenue, Dept. 125**<br>**Bismark, ND 58505** | - | | **2008**<br>**Litigation Claim** | | | X | Unknown |

Sheet no. __246__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)           **0.00**

In re **US Fidelis, Inc.**                        ,     Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Stepan Abadzhyan 5824 Whitsett Ave Apt 8 North Hollywood, CA 91607-1141 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Stephanie White 32600 Concord Dr Apt 409 Madison Heights, MI 48071-1105 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Stephanie White 18575 Hull St Detroit, MI 48203-2127 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Stephen Birbach 50 Ottawa Rd S Marlboro, NJ 07746-1223 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Stephen Davis 203 Lost Canyon Ct Richardson, TX 75080-2667 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __247__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal      (Total of this page)      **0.00**

In re __US Fidelis, Inc.__ _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stephen Davis**<br>**295 John Williams Rd**<br>**Jackson, TN 38301-6778** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Stephen Goodin**<br>**P.O. Box 206**<br>**Noxapater, MS 39346** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Steve Andrews**<br>**PO Box 148**<br>**Franklin, IN 46131-0148** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Steve Flores**<br>**3514 Kingbard St**<br>**San Antonio, TX 78230-3908** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Steve Garner**<br>**PO Box 101**<br>**Sandia, TX 78383-0101** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __248__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        0.00

In re **US Fidelis, Inc.** _____, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Steve Lane<br>PO Box 5540<br>Knoxville, TN 37928-0540 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Steve Reeve<br>151 Andrew Ave Apt 217<br>Naugatuck, CT 06770-4344 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Steve Sturm<br>PO Box 283<br>Bradford, IL 61421-0283 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Longinette, Steve<br>4524 Holman Ln<br>St. Louis, MO 63134-3810 | - | | Potential Legal Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Watkins, Steve<br>7175 Bristol Meadow Ln<br>Memphis, TN 38125-4289 | - | | Potential Legal Claim | | | X | |
| | | | | | | | Unknown |

Sheet no. __249__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 0.00

In re **US Fidelis, Inc.**                      ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Steven Ivy<br>725 W 54th St<br>Chicago, IL 60609-6152** | | - | **2009<br>Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Steven Jernigan<br>235 Main St Apt 2b3<br>East Hartford, CT 06118-3618** | | - | **2009<br>Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Steven Sievers<br>445 Monument Rd Apt 520<br>Jacksonville, FL 32225-6452** | | - | **2009<br>Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**Jackson, Steven<br>47734 Hickory St Apt 23303<br>Wixom, MI 48393-2716** | | - | **2009<br>Potential Legal Claim** | | | X | Unknown |
| Account No.<br><br>**Stuart Keller<br>3655 Philadelphia Rd<br>Van Buren, AR 72956-7303** | | - | **2009<br>Potential Refund Claim** | | | X | Unknown |

Sheet no. __250__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)     **0.00**

In re **US Fidelis, Inc.** _____ , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Sue Short 169 Esplanade Ave Mobile, AL 36606-5034** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Susan Becker 25635 Center Ridge Rd Apt 104b Westlake, OH 44145-4004** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Susan Birkinbine 210 Meetinghouse Rd Upper Chichester, PA 19014-3355** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Susan Buchholz 320 1st Ave NE Le Mars, IA 51031-3204** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Trade debt | | | | |
| **Swift Print Communications P.O. Box 28252 Saint Louis, MO 63132** | - | | | | | | |
| | | | | | | | **1,112.78** |

Sheet no. __251__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,112.78**

In re  **US Fidelis, Inc.**
                                                    Case No. _____
                              Debtor
                                                                              ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | 2009 Potential Refund Claim | | | | |
| **Sydney** 7200 Radice Ct Apt 707 Lauderhill, FL 33319-4260 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | Notice only in connection with debt due to DRMI | | | | |
| **SyFy Channel** Bank of America Lock Box PO 402971 Atlanta, GA 30384-2971 | - | | | | | | | |
| | | | | | | | | **0.00** |
| **Account No.** | | | | 2009 Potential Refund Claim | | | | |
| **Sylvia Moore** PO Box 366 Ray City, GA 31645-0366 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | 2009 Potential Refund Claim | | | | |
| **Synthia Ward** PO Box 136 Bolivia, NC 28422-0136 | - | | | | | | X | |
| | | | | | | | | **Unknown** |
| **Account No.** | | | | 2009 Trade debt | | | | |
| **Sysco** Attn: Brenda Nuemann 3850 Mueller Road Saint Charles, MO 63301 | - | | | | | | | |
| | | | | | | | | **268.19** |

Sheet no. __252__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

268.19

In re __US Fidelis, Inc.__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Tamara Mueller 116 Noelle Ln Weatherford, TX 76087-8913 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Siefken, Tamara PO Box 39 Troy Mills, IA 52344-0039 | - | | Potential Legal Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Tamishia Clayborn 9804 Fair Oaks Blvd Apt 101 Fair Oaks, CA 95628-7044 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Tammy Cox 4425 Hunting Meadows Cir Colorado Springs, CO 80916-2463 | - | | Potential Refund Claim | | | X | Unknown |
| Account No. | | | 2009 | | | | |
| Tammy Koota 9804 Willow Way Tampa, FL 33635 | - | | Potential Refund Claim | | | X | Unknown |

Sheet no. __253__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc._____,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tana Coleman 2363 Arbor Hill Rd Canton, GA 30115-7097 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Taneka Irvin 1162 Coretta Way Orlando, FL 32805-4334 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tara Norman 239 Grand St Apt 10 Paterson, NJ 07501-2730 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tasha  & Melony Wells 139 China Grove Ln Vicksburg, MS 39180-7286 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| TBS PO Box 532448 Charlotte, NC 28290-2448 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __254_ of __289__ sheets attached to Schedule of     Subtotal        0.00
Creditors Holding Unsecured Nonpriority Claims           (Total of this page)

In re **US Fidelis, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ted Daniels 2136 32nd Pl SE Washington, DC 20020-3328 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ted Kucharski 166 Wood Pond Rd South Windsor, CT 06074-1562 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Ted Smith 322 N Edinberg Dr SW Grand Rapids, MI 49548-6756 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Teennick AD Sales PO Box 13683 Newark, NJ 07188-0683 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Teresa Barnett PO Box 564 Winterport, ME 04496-0564 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __255__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

In re __US Fidelis, Inc.__ _____,  Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Teriann Lewis 5210 Lynns Retreat Dr Bowie, MD 20720 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Terrence Lakey 24470 Pilgrim Redford, MI 48239-3523 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Terrence Scott 311 Lexington Ave Clifton, NJ 07011-2341 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Moten, Terrie 7590 Dexter Hills Dr Cordova, TN 38016 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Terry Bowers 6509 Greentree Rd Bethesda, MD 20817-3325 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __256__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

In re __US Fidelis, Inc._____, Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Terry Jones & Erika Barber 5340 Blackwelder St Apt 2 Los Angeles, CA 90016-3740 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Bell, Terry 2155 Hickory Trce Mabank, TX 75156-7021 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Trade debt | | | | |
| The Ashcroft Law Firm 100 Main Street Suite 2600 Kansas City, MO 64105 | - | | | | | | | |
| | | | | | | | | 668,599.01 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| The CW Plus File # 50636 Los Angeles, CA 90074-0636 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| The History Channel P.O. Box 18546 Newark, NJ 07191-8546 | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __257__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

668,599.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc.__ _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| The Science Channel PO Box 79963 Baltimore, MD 21279-0963 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| The Weather Channel PO Box 101535 Atlanta, GA 30392-1535 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Theresa Saldana 5007 White Oak Ave Bsmt East Chicago, IN 46312-6474 | | - | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| This TV Network PO Box 511407 Los Angeles, CA 90051-7962 | | - | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Thomas Fitzgerald 15925 Central Park Ave Markham, IL 60428-4022 | | - | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __258__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.** _____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Thomas Hill** 1406 Stanley Ter Hillside, NJ 07205-1829 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Thomas McLallen** 1418 E 9th St Pueblo, CO 81001-3105 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Thomas Powell** 41 Park Ln E New Milford, CT 06776-2529 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Thomas Robertson** 6266 Jim Pickett Rd Snow Camp, NC 27349-9517 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| **Thomas Ziesmer** 29950 Kingsbridge Dr Apt 127 Rockwood, MI 48173 | - | | | | | X | |
| | | | | | | | **Unknown** |

Sheet no. __259__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re **US Fidelis, Inc.**,      Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Thomasina Washington 1508 Crescent Hill Dr Tallahassee, FL 32303-1194 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Thresia Rose 7972 Rhanbuoy Rd Spring Hill, FL 34606-1951 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tiffany Brown 6819 Krause Dr Missouri City, TX 77489-3436 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Legal Claim | | | | |
| Romero, Tilsa 4326 Melody Ln Apt 203 Madison, WI 53704-2871 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Timothy Adamovage PO Box 692 Jacksonville, NC 28541-0692 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. \_\_**260**\_\_ of \_\_**289**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    0.00
(Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

In re **US Fidelis, Inc.**                                    ,      Case No. _____
_____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Timothy Brewington** <br> **1304 N Duke St** <br> **Durham, NC 27701-1652** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Timothy Goodman** <br> **1560 Airport Rd** <br> **Ozark, AR 72949-4154** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Timothy Hagans** <br> **2103 Azalea Dr** <br> **Killeen, TX 76541-5600** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Timothy Pearce** <br> **395 Coleman Dr** <br> **Winter Haven, FL 33884-2555** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |
| Account No. <br><br> **Tina Perdue** <br> **108 Laurel Hill Dr** <br> **Prattville, AL 36066-6728** | - | | **2009** <br> **Potential Refund Claim** | | | X | Unknown |

Sheet no. __261__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                 
(Total of this page)         **0.00**

In re **US Fidelis, Inc.**                                                  , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| **Tina Tyler** **312 Greenfield Ave** **Pittsburgh, PA 15207-1072** | | | | | | | | **Unknown** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| **TJ Larson** **211 3rd St** **Maurice, IA 51036-5018** | | | | | | | | **Unknown** |
| Account No. | | - | | **Notice only in connection with debt due to DRMI** | | | | |
| **TNT, Turner Broadcasting** **One Time Warner Center** **19th Floor** **New York, NY 10019-8016** | | | | | | | | **0.00** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| **Toby Thibodeauax** **1024 Rupert Lake Rd** **Eunice, LA 70535** | | | | | | | | **Unknown** |
| Account No. | | - | | **2009** **Potential Refund Claim** | | | X | |
| **Todd Ducheny** **340 Freude Ln** **Box Elder, SD 57719-7003** | | | | | | | | **Unknown** |

Sheet no. __262__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __**US Fidelis, Inc.**_____,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Todd Duke** **3678 E Simpson Ct** **Gilbert, AZ 85297-8281** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Todd Kaye** **4896 Bocaire Blvd** **Boca Raton, FL 33487-1160** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Tokey McGovern** **2915 Lyndhurst Pl** **Chester, VA 23831-8810** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Tom Deblonk** **3222 Rapace Ln** **Las Vegas, NV 89141-3215** | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| **Tom Harrell** **RR 2 Box 584** **Ewing, VA 24248-9529** | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __263__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Tomeka Collier 509 W Church St Fort Valley, GA 31030-3707 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Robinson, Tommy 4272 Center Grove Rd Meridian, MS 39301-8501 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Tony Milwood 574 Midwood St Apt 1f Brooklyn, NY 11203-1144 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Tony Ward 629 Fayette Dr N Safety Harbor, FL 34695-4305 | - | | | | | X | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Tonya Myers 13323 Spruce St Southgate, MI 48195-1362 | - | | | | | X | Unknown |

Sheet no. __264__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

In re __US Fidelis, Inc.__                        ,      Case No. _____
                                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tonya Parham**<br>**1509 Lorelei Dr**<br>**Zion, IL 60099-8811** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**TPG - The Peter Group, Inc.**<br>**7 N. Columbus Boulevard**<br>**Philadelphia, PA 19106** | - | | **2009**<br>**Trade debt** | | | | **140,746.90** |
| Account No.<br><br>**Tracee Thrash**<br>**2501 Carnaby Dr**<br>**Windsor Mill, MD 21244-1909** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Tracy Black**<br>**110 Ridge Rd**<br>**Greenville, SC 29607-3750** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Tracy Johnson**<br>**723 Trails End Dr**<br>**Graham, NC 27253-4449** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __265__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                      Subtotal<br>(Total of this page)      **140,746.90**

In re  **US Fidelis, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Travel Media Inc PO Box 791027 Baltimore, MD 21279 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Travis Black 318 Eastwood Cir Ardmore, OK 73401-9116 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Travis Davis 11116 Lakeland Cir Fort Myers, FL 33913-6904 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Travis Winton 18200 S Peeples Valley Rd Kirkland, AZ 86332-8700 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Treavor Kerch PO Box 521 Miwuk Village, CA 95346-0521 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __266__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc._____,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Treneice & Barbara Willims 115 N Border St Troy, IL 62294-1136 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Troy Greer 377 County Road 4450 Kempner, TX 76539-5875 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Troy Jones PO Box 193 Newton, NC 28658-0193 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 | | | | |
| Trudy Ann Brown P.O. BOX 270152 Susanville, CA 96127 | - | | Potential Refund Claim | | | X | |
| | | | | | | | Unknown |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| TRUTV PO Box 532448 Charlotte, NC 28290-2448 | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. __267__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Turner Broadcasting One Time Warner Center New York, NY 10019-8016 | | - | | | | | | 0.00 |
| Account No. | | | | 2009 Trade debt | | | | |
| Turnkey Technologies, Inc. 770 Spirit of St. Louis Boulevard Suite 100 Chesterfield, MO 63005 | | - | | | | | | 375.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| TV One LLC 13151 Collections Center Chicago, IL 60693 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| TVGuide Networks, Inc PO Box 3755 New York, NY 1008-3755 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| TVi Media, LLC 708 Third Ave Suite 1800 New York, NY 10017 | | - | | | | | | 0.00 |

Sheet no. __268__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   375.00

In re **US Fidelis, Inc.**                                     , Case No. _____

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| TVLAND, MTV Networks AD Sales PO Box 13683 Newark, NJ 07188-0683 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Twentieth Television, Inc. 14014 Collections Ctr DR Chicago, IL 60693 | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tyler Powell 35514 Desert Rose Way Lake Elsinore, CA 92532-2914 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tyree Barnes 500 Duboce Ave Richmond, CA 94801-1941 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Tyrone & Elizabeth Hubbard 654 Wellington Rd Jackson, MS 39206-4949 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __269__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                                    0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **US Fidelis, Inc.**                                          Case No. _____
_____,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Tyrone Lewis 11401 Lenox Dr Largo, MD 20774-5715 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Tyson Englehardt 744 W Swanzey Rd Apt 107 Swanzey, NH 03446-3354 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Trade debt | | | | |
| U. S. Bancorp 2751 Shepard Road, EP-MN-BB1 St. Paul, MN 55116 | | | | | | | | | |
| | | | | | | | | | 300.00 |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Ujala Luthia 12 Sachem Cir West Lebanon, NH 03784-1037 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| Ullanda Reid 155 Morning Creek Way Jonesboro, GA 30238-6332 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __270__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          300.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re __**US Fidelis, Inc.**_____,     Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Universal**<br>**30 Rockefeller PLZ 5224**<br>**New York, NY 10112-0002** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. <br><br>**Universal Sports**<br>**2900 W. Olympic**<br>**Suite 201**<br>**Santa Monica, CA 90404** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. <br><br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265-0580** | - | | **2009**<br>**Trade debt** | | | | 257.67 |
| Account No. <br><br>**USA Network**<br>**Bank of America Lockbox**<br>**PO Box 402971**<br>**Atlanta, GA 30384-2971** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. <br><br>**UTV44 WJTC**<br>**PO Box 402622**<br>**Atlanta, GA 30384** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |

Sheet no. __271__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal<br>(Total of this page)      257.67

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re __US Fidelis, Inc.__ , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Valerie Baker 5320 Hogan Ln Winter Haven, FL 33884-3588 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Valerie Eatmon PO Box 74 Grove Hill, AL 36451-0074 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Van Monroe 910 Kahn St Marshall, TX 75670-5542 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Vance Barskile 6102 Cambridge Dr W Suffolk, VA 23435-3142 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** **Potential Refund Claim** | | | | |
| Vandy Moore 114 Lockhart Ave Waterbury, CT 06705-1925 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __272__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.**                             ,     Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vanessa Alexander**<br>**9555 E Shiloh St Apt 6201**<br>**Tucson, AZ 85748-3247** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Vehix, Inc.**<br>**1165 Wilmington Avenue, Suite 200**<br>**Salt Lake City, UT 84106** | - | | **2009**<br>**Trade debt** | | | | **4,625.28** |
| Account No.<br><br>**Veronica Espinda**<br>**1841 E 18th St**<br>**National City, CA 91950-5046** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**Veronica King**<br>**215 N Cottage Rd**<br>**Sterling, VA 20164-1335** | - | | **2009**<br>**Potential Refund Claim** | | | X | **Unknown** |
| Account No.<br><br>**VH1, MTV Networks**<br>**AD Sales PO Box 13683**<br>**Newark, NJ 07188-0683** | - | | **Notice only in connection with debt due to DRMI** | | | | **0.00** |

Sheet no. __273__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,625.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re __US Fidelis, Inc.__ _____,  Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Vicki Siegel 337 S Gold Canyon St Ridgecrest, CA 93555-4125 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Victor Caisahuano 4022 67th St Apt A4 Woodside, NY 11377-8504 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Victor Enriquez Jr. 530 W Belleview Ave Porterville, CA 93257-2118 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Victoria Cannon 15705 SW 7th Pl Sunrise, FL 33326-2135 | - | | | | | X | |
| | | | | | | | Unknown |
| Account No. | | | 2009 Potential Legal Claim | | | | |
| Patrick, Victoria PO Box 353 Creighton, NE 68729-0353 | - | | | | | X | |
| | | | | | | | Unknown |

Sheet no. __274__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **US Fidelis, Inc.**                ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Vincent Cox** <br> **8702 Bandera Cir S** <br> **Jacksonville, FL 32244-5973** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Vincent Orr** <br> **3209 W Villa Rita Dr** <br> **Phoenix, AZ 85053-1644** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Vincent Torres** <br> **42 Myrtle Ave Apt 2** <br> **West Haven, CT 06516-3649** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **Virginia Fass** <br> **6891 S Vereda de Las Casitas** <br> **Tucson, AZ 85746-8098** | - | | **2009** <br> **Potential Refund Claim** | | | X | <br><br><br> **Unknown** |
| Account No. <br><br> **WABC-TV** <br> **7 Lincoln Square** <br> **New York, NY 10023** | - | | **Notice only in connection with debt due to DRMI** | | | | <br><br><br> **0.00** |

Sheet no. **275** of **289** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal           **0.00**
(Total of this page)

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Wallace Doran** **144 Middle Rd** **Guilford, CT 06437-1767** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Walter Davis Jr.** **415 Sunset Ave Apt 5** **North Providence, RI 02904-3736** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Walter Downing** **709 N 2nd St # A** **Nashville, TN 37207-5905** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **2009** **Potential Refund Claim** | | | | |
| **Walter Harrison** **7512 Oak Fern Pl** **Baton Rouge, LA 70811-1253** | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | **Notice only in connection with debt due to DRMI** | | | | |
| **WAMY** **1309 N. Memorial Parkway** **Huntsville, AL 35810** | - | | | | | | |
| | | | | | | | **0.00** |

Sheet no. __**276**_ of __**289**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

In re __**US Fidelis, Inc.**_____,    Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **2009** | | | | |
| **Wanda Wallace** **2935 N Stillman St** **Philadelphia, PA 19132-1910** | - | | **Potential Refund Claim** | | | X | **Unknown** |
| Account No. | | | **Notice only in connection with debt due to DRMI** | | | | |
| **Warner Brothers Domestic Television Dist** **PO Box 13717** **Newark, NY 07188** | - | | | | | | **0.00** |
| Account No. | | | **2009** | | | | |
| **Warren Chadwick** **9516 Royston Way** **Elk Grove, CA 95758-1077** | - | | **Potential Refund Claim** | | | X | **Unknown** |
| Account No. | | | **2009** | | | | |
| **Wayne Blomquist** **3107 Gloxinia Dr** **Billings, MT 59102-0414** | - | | **Potential Refund Claim** | | | X | **Unknown** |
| Account No. | | | **2009** | | | | |
| **Wayne Richardson** **242 Lark Ave** **Lumberton, NC 28358-8347** | - | | **Potential Refund Claim** | | | X | **Unknown** |

Sheet no. __**277**__ of __**289**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re __US Fidelis, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Wendy Ellis 7425 Sepulveda Blvd Apt 37 Van Nuys, CA 91405-1668 | - | | | | | X | |
| | | | | | | | **Unknown** |
| Account No. | | | 2009 Trade debt | | | | |
| Westplex Enews 148 Timberidge Dr. St. Peters, MO 63376 | - | | | | | | |
| | | | | | | | **15,000.00** |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| WFLD 205 N. Michigan Avenue Chicago, IL 60601 | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | Notice only in connection with debt due to DRMI | | | | |
| WGN America PO Box 26918 New York, NY 10087-6918 | - | | | | | | |
| | | | | | | | **0.00** |
| Account No. | | | 2009 Trade debt | | | | |
| Whelan Security P.O. Box 841112 Kansas City, MO 64184 | - | | | | | | |
| | | | | | | | **2,075.96** |

Sheet no. __278__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            **17,075.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re **US Fidelis, Inc.** _____, Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Willetta Thompson <br> 6713 Huntsville Rd <br> Chesterfield, VA 23832 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> William Antwine Jr. <br> PO Box 897 <br> Saint Stephen, SC 29479-0897 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> William Baas <br> 924 Box Butte Ave <br> Alliance, NE 69301-2942 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Campbell, William C. <br> 4732 W Erie St <br> Chicago, IL 60644-1716 | - | | 2009 <br> Potential Legal Claim | | | X | Unknown |
| Account No. <br><br> William Connolly <br> 2034 S68th St <br> Philadelphia, PA 19142 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |

Sheet no. __279__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

In re __US Fidelis, Inc._____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**William Doane**<br>**PO Box 272**<br>**Camden, IN 46917-0272** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**William Fegley**<br>**186 Old Route 322**<br>**Spring Mills, PA 16875-9017** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**William Foggle**<br>**3109 Alta Mesa Dr**<br>**Dallas, TX 75241-5808** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**William Gardiner**<br>**16501 N El Mirage Rd Lot 866**<br>**Surprise, AZ 85374-2817** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |
| Account No.<br><br>**William Graves**<br>**70917 Sandstone Dr**<br>**Edwardsburg, MI 49112-8754** | - | | **2009**<br>**Potential Refund Claim** | | | X | Unknown |

Sheet no. __280__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re __**US Fidelis, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| William Harrison 236 E Bayview Blvd Norfolk, VA 23503-5249 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| William Howle PO Box 444 Pahokee, FL 33476-0444 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| William Husko 201 Rodeo Dr Grayslake, IL 60030-9620 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| William McDonald 50 E 11th St Apt 1705 Covington, KY 41011-6305 | - | | | | | | | X | |
| | | | | | | | | | Unknown |
| Account No. | | | | | 2009 Potential Refund Claim | | | | |
| William McFarlane 106 Sea Knight Ln Havelock, NC 28532-9494 | - | | | | | | | X | |
| | | | | | | | | | Unknown |

Sheet no. __281__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **0.00**

In re **US Fidelis, Inc.** _____,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **2009** Potential Refund Claim | | | | |
| **William McGuire** 270 Stabley Ln Windsor, PA 17366 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** Potential Refund Claim | | | | |
| **William Mikels** 432 Mueller Ave Pittsburgh, PA 15205-3236 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** Potential Refund Claim | | | | |
| **William Miller, et al.** 1997 Tiburon Dr Redding, CA 96003 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** Potential Refund Claim | | | | |
| **William Quade** 148 Burningtree Dr Groton, CT 06340-3100 | - | | | | | | X | |
| | | | | | | | | Unknown |
| Account No. | | | | **2009** Potential Refund Claim | | | | |
| **William Thomas Sr.** 105 Lynwood Rd Walterboro, SC 29488-3534 | - | | | | | | X | |
| | | | | | | | | Unknown |

Sheet no. __282__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

In re __US Fidelis, Inc.__ , Case No. _____
　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>William Yelton<br>8793 W Arbor Ave<br>Littleton, CO 80123 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Barnet, William<br>549 Cottage Grove Ave<br>Xenia, OH 45385-5607 | - | | 2009<br>Potential Legal Claim | | | X | Unknown |
| Account No.<br><br>Large, William<br>6030 County Road 19<br>Demopolis, AL 36732-6100 | - | | 2009<br>Potential Legal Claim | | | X | Unknown |
| Account No.<br><br>Willie & Wanda Cleveland<br>6054 Blackthorne Ave<br>Lakewood, CA 90712-1116 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |
| Account No.<br><br>Willie Williams<br>12440 Cookacre Ave Apt 118<br>Lynwood, CA 90262-5358 | - | | 2009<br>Potential Refund Claim | | | X | Unknown |

Sheet no. __283__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) __0.00__

In re __**US Fidelis, Inc.**_____, Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Willy Garret** **5310 1/2 Chapman St** **Houston, TX 77009-1521** | - | | **2009** **Potential Refund Claim** | | | X | **Unknown** |
| Account No. **WLFL** **3012 Highwoods Blvd** **Ste 101** **Raleigh, NC 27604** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. **WNOL- TV** **PO Box 62019** **New Orleans, LA 70162-2019** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. **WNYA** **5670 Wilshire Blvd** **Suite 1300** **Los Angeles, CA 90036** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |
| Account No. **WOLF/New Age Mangagement** **Scranton/ W-B Depository** **1181 Highway 315** **Plains, PA 18702** | - | | **Notice only in connection with debt due to DRMI** | | | | 0.00 |

Sheet no. __284__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re **US Fidelis, Inc.** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Womens Entertainment 11 Penn Plaza 19th Floor New York, NY 10001 | | - | | | | | | 0.00 |
| Account No. | | | | 2009 Potential Refund Claim | | | | |
| Woody Solomon 40 Lincoln Pl Irvington, NJ 07111-2321 | | - | | | | | X | Unknown |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Worldlink Ventures PO Box 511407 Los Angeles, CA 90051-7962 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| Worship/CNI Holdings PO Box 681329 Franklin, TN 37068-1329 | | - | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| WPGX- TV/Fox 28 Lockbox # 1065 PO Box 11407 Birmingham, AL 35246-1065 | | - | | | | | | 0.00 |

Sheet no. __285__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

In re __US Fidelis, Inc.__ ,                    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| WPIX-TV 220 East 42nd Street New York, NY 10017 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| WTLF, KB Prime Media 1205 Baytree Rd Valdosta, GA 31602-2783 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| WTLH 1181 Highway 315 Plains, PA 18702 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| WTNZ 9000 Executive Park Drive Building D Suite 300 Knoxville, TN 37923 | - | | | | | | | 0.00 |
| Account No. | | | | Notice only in connection with debt due to DRMI | | | | |
| WTVJ CFS Lockbox PO Box 402971 Atlanta, GA 30384-2971 | - | | | | | | | 0.00 |

Sheet no. __286__ of __289__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

In re **US Fidelis, Inc.** _____, Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WUPL** <br> **3850 N Causeway Blvd** <br> **Suite 454** <br> **Metairie, LA 70002** | | - | | Notice only in connection with debt due to DRMI | | | | 0.00 |
| Account No. <br><br> **WVBT** <br> **300 Wavy Street** <br> **Portsmouth, VA 23704** | | - | | Notice only in connection with debt due to DRMI | | | | 0.00 |
| Account No. <br><br> **WZDX** <br> **1309 Memorial Pkwy NW** <br> **Huntsville, AL 35801** | | - | | Notice only in connection with debt due to DRMI | | | | 0.00 |
| Account No. <br><br> **Xavier Johnson** <br> **525 Twin Lakes Ct** <br> **Fairburn, GA 30213-4306** | | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> **Yasmine Allen** <br> **91 Clinton Pl** <br> **Newark, NJ 07108-1209** | | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |

Sheet no. __287__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

In re __US Fidelis, Inc.__ _____,    Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Yevette Richmons <br> 16817 Five Points St <br> Redford, MI 48240-2411 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Yolanda Wells <br> 111 Volks Ct Apt C <br> North Aurora, IL 60542-3343 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Yvonne Anderson <br> 1488 Adele Ct <br> Elmont, NY 11003-4505 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Yvonne Patterson <br> 3925 Summercrest Way Apt 1013 <br> Knoxville, TN 37918-6979 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |
| Account No. <br><br> Zakiyyah Owens <br> 2105 Barcelona Ave <br> Fort Pierce, FL 34946-1325 | - | | 2009 <br> Potential Refund Claim | | | X | Unknown |

Sheet no. __288__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal
      (Total of this page)            0.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re **US Fidelis, Inc.**                                      ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Trade debt | | | | |
| Zee Medical 1044 Pershall Road Saint Louis, MO 63137 | - | | | | | | 1,488.98 |
| Account No. | | | 2009 Potential Refund Claim | | | | |
| Zhelma Washington 11307 Flora Springs Dr Riverview, FL 33579-2410 | - | | | | | X | Unknown |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __289__ of __289__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 1,488.98 |
| Total (Report on Summary of Schedules) | | 11,212,247.89 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re     **US Fidelis, Inc.**                                                  ,     Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

In re    **US Fidelis, Inc.**              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Atkinson Construction, Inc.** | **MEPCO** |
| **Atkinson Group of Companies, Inc.** | **MEPCO** |
| **Atkinson II Reinsurance, Ltd.** | **MEPCO** |
| **Atkinson Realty, Inc.** | **MEPCO** |
| **Atkinson Reinsurance, Ltd.** | **MEPCO** |
| **Cory Atkinson**<br>**302 Atkinson Way**<br>**Wentzville, MO 63385** | **MEPCO**<br>**Attn: Rob Shuster**<br>**111 N. Canal Street, Suite 375**<br>**Chicago, IL 60606** |
| **Darain Atkinson**<br>**5 Lake View Court**<br>**Lake Saint Louis, MO 63367** | **MEPCO**<br>**Attn: Rob Shuster**<br>**111 N. Canal Street, Suite 375**<br>**Chicago, IL 60606** |
| **DC Atkinson Realty, LLC** | **MEPCO** |
| **DS Direct, Inc.** | **MEPCO** |

**0**
____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **US Fidelis, Inc.**                                 Case No. _____

                                       Debtor(s)            Chapter     **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Restructing Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **302** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **March 1, 2010**                Signature    **/s/ Scott Eisenberg**

                                                            **Scott Eisenberg**
                                                            **Chief Restructing Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Missouri

In re **US Fidelis, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| $0.00 | 01/01/10 to present: | None |
| $264,490,000.00 | 01/01/09 to 12/31/09: | Extended warranty contract sales |
| $179,787,892.00 | 01/08/08 to 12/31/08: | Extended warranty contract sales |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$97,181.00** | **01/01/09 to 12/31/09: Interest income** |
| **$380,336.00** | **01/01/08 to 12/31/08: Interest income** |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit A to SOFA** | | **$0.00** | **$0.00** |

None
☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit B to SOFA** | | **$0.00** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State of Missouri v. National Auto Warranty Services, Inc. Case No. 0811-CV02002** | **Merchandising Practices Act Violation** | **St. Charles County, MO Circuit Court** | **Pending** |
| **Manley v. US Fidelis Case No. 1:08-CV-03808** | **Fair Credit Reporting Act Violation** | **Cook County, IL Circuit Court** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Rucker v. US Fidelis Case No. 4:09-CV-670** | **Merchandising Practices Act Violation** | **Western District of Missouri** | **Pending** |
| **Mississippi PUblic Service Commission v. National Auto Warranty Services, Inc. Case No. 2009-NC-306** | **Telephone Solicitation Act Violation** | **Mississippi Public Service Commission** | **Settled** |
| **New York Catholic Health Plan v. US Fidelis Case No. 09-CIV-4305** | **Trademark Violation** | **Southern District of New York** | **Settled** |
| **Prestige Administration, Inc. v. US Fidelis, et al. Case No. 2:09-CV-01804-DGC** | **Trademark Violation** | **Arizona District Court Phoenix Division** | **Pending** |
| **BMW of North America v. US Fidelis Case No. 09-3607-KSH** | **Trademark Infringement** | **New Jersey District Court** | **Settled** |
| **Marvin Foster v. U S Fidelis, et al. Case No. CC-09-05413-C** | **Breach of Contract** | **Dallas County TX Circuit Court** | **Pending** |
| **Michael Carlson v. US Fidelis Case No. 935715-001** | **Breach of Contract** | **Harris County TX Circuit Court** | **Default Judgment entered 09/23/09** |
| **Miguel and Anna Arriola v. US Fidelis Case No. 09501082** | **Breach of Contract** | **Los Angeles County CA Superior Court** | **Pending** |
| **Amir Haskic v. US Fidelis Case No. 098902392 SC** | **Breach of Contract** | **Salt Lake City UT County Courts** | **Pending** |
| **Mark Reid v. US Fidelis, et al. Case No. SCC-280902** | **Breach of Contract** | **Connecticut Superior Court** | **Pending** |
| **Atkin v. US Fidelis Case No. S12662** | **Breach of Contract** | **Summit County OH Stow Municipal Court** | **Pending** |
| **Robert Biggerstaff v. US Fidelis Case No. N/A** | **Telephone Consumer Protection Act Violation** | **N/A** | **Pending** |
| **Robert E. Johnston v. Dealer Services Case No. CVF0902001** | **Breach of Contract** | **Perrysburg OH Municipal Court** | **Settled** |
| **James McCarthy v. US Fidelis Case No. SC-4077-09** | **Breach of Contract** | **New Jersey Superior Court** | **Settled** |
| **Jospeh T. Nofel v. US Fidelis Case No. CV-09-4977** | **Breach of Contract** | **Pinal County AZ Justice Courts** | **Pending** |
| **Carolyn Stephens v. US Fidelis Case No. 09-203142** | **Breach of Contract** | **Michigan 36th Judicial District** | **Settled** |
| **Parrish Lee v. US Fidelis Case No. CV-050392-09/NY** | **Breach of Contract** | **City of New York Civil Courts** | **Pending** |
| **Darrrell Gleason v. National Auto Warranty Services Case No. 560-2009-02112** | **EEOC - Discrimination** | **St. Louis District Office** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Judith Reeder v. US Fidelis Case No. E-07/09-36259 and 28E-2009-01501C** | **EEOC - Discrimination** | **Missouri Department of Labor and Industrial Relations Commission on Hujman Rights** | Pending |
| **Kaleigh M. Loy v. US Fidelis Case No. 560-2009-03018** | **EEOC - Discrimination** | **St. Louis District Office** | **Pending** |
| **Carmen Miramontes v. US Fidelis Case No. 560-2009-02342** | **EEOC - Discrimination** | **St. Louis District Office** | **Pending** |
| **Beery v. National Auto Warranty Services Case No. 0811-CV03612** | **Breach of Contract** | **St. Charles County MO Circuit Court** | **Judgment** |
| **Ethel Bowman v. Dealer Services, et al. Case No. 2:08CV2596 JPM/dkv** | **Breach of Warranty and Misrepresentation** | **Western District of Tennessee** | **Settled** |
| **Old Republic National Title Insurance Company v. Title Professionals, et al. Case No. 09SL-CC00225** | **Breach of Agency Agreement** | **St. Louis County MO Circuit Court** | **Pending** |
| **Elford Clarke v. Tier One Warranty, et al. Case No. 2008-CP-426203** | **Breach of Contract** | **County of Spartanburg SC Circuit Court** | **Pending** |
| **Bijou Croston v. National Auto Warranty Services Case No. SC-07-12-12-5244** | **Breach of Contract** | **Philadelpha PA Municipal Court** | **Pending** |
| **Alonzo Hardy v. MEPCO Case No. CV-005298-09/NY** | **Breach of Contract** | **City of New York Civil Courts** | **Pending** |
| **Alfred Harper v. The Ultimate Warranty Corp. d/b/a NAWS Case No. 2008-SCS-2245** | **Breach of Contract** | **County of Columbia GA Magistrate Court** | **Closed** |
| **Carl Jones v. US Fidelis Case No. 2009-16962** | **Breach of Contract** | **Harris County TX District Court** | **Closed** |
| **Aubrey Odom v. National Auto Waranty Services Case No. 08-CP-06192** | **Breach of Contract** | **County of Barnwell SC Circuit Court** | **Pending** |
| **Frank Stakely v. National Auto Warranty Services, et al. Case No. 46-CV-2008-900078** | **Breach of Contract** | **Macon County AL Circuit Court** | **Pending** |
| **State of North Dakota, ex rel., v. National Auto Warranty Services Case No. 08-C-1972** | **Telemarketing and mail solicitation** | **North Dakota Attorney General's Office** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
☐   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **See Exhibit C to SOFA** | | | |

**8. Losses**

None
☐   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **2006 Wildkart Fighter A048-8 $5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart Fighter A053-6 $5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart Warrior A106-1 $5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart Warrior A070-22 $5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart Warrior A059-3 $5,048.15** | **Removed from premises of Debtor** | **Unknown** |

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **2006 Wildkart Warrior A067-4** **$5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart WArrior A062-5** **$5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart WArrior A072-9** **$5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2006 Wildkart Warrior A101-7** **$5,048.15** | **Removed from premises of Debtor** | **Unknown** |
| **2007 Wildkart Warrior II A096** **$5,696.54** | **Removed from premises of Debtor** | **Unknown** |
| **2007 Wildkart Kidkart 4** **$4,595.62** | **Removed from premises of Debtor** | **Unknown** |
| **Two (2) PG Racing Go Carts** **$15,000.00** | **Removed from premises of Debtor** | **Unknown** |
| **Two (2) PG Racing Go Carts** **$14,518.66** | **Removed from premises of Debtor** | **Unknown** |
| **PG Racing Go Carts** **$17,822.00** | **Removed from premises of Debtor** | **Unknown** |
| **Clark Forklift** **$3,785.26** | **Removed from premises of Debtor** | **Unknown** |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lathrop & Gage LLP** **7701 Forsyth, Suite 400** **Clayton, MO 63105** | **10/06/09 - 02/28/10** | **$91,970.58 - pre-petition fees** **$108,029.52 - remaining retainer** |

### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Frontenac Bank**<br>**3330 Rider Trail South Drive**<br>**Earth City, MO 63045** | **Letter of Credit Account No. ****7083** | **$97,533.50**<br>**03/31/09** |
| **Frontenac Bank**<br>**3330 Rider Trail South Drive**<br>**Earth City, MO 63045** | **Money Market Account No. ****2847** | **$49.88**<br>**05/01/09** |
| **Frontenac Bank**<br>**3330 Rider Trail South Drive**<br>**Earth City, MO 63045** | **Medical Claims Account No. ****2863** | **$31,730.85**<br>**03/31/09** |
| **Frontenac Bank**<br>**3330 Rider Trail South Drive**<br>**Earth City, MO 63045** | **Flexible Spending Account No. ****2790** | **$41,493.32**<br>**10/22/09** |
| **Frontenac Bank**<br>**3330 Rider Trail South Drive**<br>**Earth City, MO 63045** | **Reserve Escrow MBPI Account No. ****2890** | **$1,217,627.21**<br>**09/30/09** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **US Fidelis** | **43-1933846** | **100 Mall Parkway Wentzville, MO 63385** | **Sale of extended warranty contracts** | **2001 to present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Ernest Atkinson 611 Burr Ridge Drive Wentzville, MO 63385** | **2003** |
| **Phil Jehle 3 Fort Sumter Saint Charles, MO 63303** | **09/2004 to 10/2007** |
| **Fred Kolb 42 Green Valley Road Eureka, MO 63025** | **04/2006 to 05/2006** |
| **Tammy Graning 1021 Rockman Place Saint Louis, MO 63119** | **08/2006 to present** |
| **Beth Pierce 123 St. Mary Lane Old Monroe, MO 63369** | **05/2005 to present** |
| **Mark Lanier 1211 McPherson Avenue Alton, IL 62002** | **04/2006 to 07/2006** |

None
☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **MPP&W PC** | **1034 S. Brentwood Blvd., Suite 1700 Saint Louis, MO 63117** | **09/2008 to present** |
| **Huber Ring Helm & Co PC** | **P.O. Box 89 Saint Louis, MO 63166** | **04/2009 to present** |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Brown Smith & Wallace** | **1050 N. Lindbergh Blvd.**<br>**Saint Louis, MO 63132** |
| **MPP&W PC** | **1034 S. Brentwood Blvd., Suite 1700**<br>**Saint Louis, MO 63117** |
| **Huber Ring Helm & Co. PC** | **P.O. Box 89**<br>**Saint Louis, MO 63166** |

None   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐      issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Merrill Lynch**<br>**P.O. Box 11269**<br>**Columbia, SC 29211** | |
| **Frontenac Bank**<br>**3330 Rider Trail South Drive**<br>**Earth City, MO 63045** | |
| **Montgomery Bank**<br>**13303 Manchester Road**<br>**Saint Louis, MO 63131** | |
| **First Regional Bank**<br>**28632 Roadside Drive, Suite 155**<br>**Calabasas, CA 91302** | |
| **New England Financial**<br>**16 Campus Blvd.**<br>**Newtown Square, PA 19073** | |
| **MEPCO**<br>**111 North Canal Street, Suite 375**<br>**Chicago, IL 60606** | |
| **AMBI Mergers & Acquisitions**<br>**9401 Indian Creek Parkway, Suite 650**<br>**Overland Park, KS 66210** | **08/18/08** |
| **Ashcroft & Hanaway Law Firm**<br>**110 Main Street, Suite 2710**<br>**Kansas City, MO 64105** | **06/08/09** |
| **Bank of America**<br>**7800 Forsyth**<br>**Saint Louis, MO 63105** | **07/18/08** |
| **Graves Bartle Marcus Garrett**<br>**1100 Main Street, Suite 2700**<br>**Kansas City, MO 64105** | **08/31/09** |
| **Heartland Payment Center**<br>**1015 Brook Mont Drive**<br>**O Fallon, MO 63366** | **06/20/08** |

        **20. Inventories**

None   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■      and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|---------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY

NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                NATURE OF INTEREST                PERCENTAGE OF INTEREST

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **Darain Atkinson**<br>**5 Lake View Court**<br>**Lake Saint Louis, MO 63367** | **President** | **50%** |
| **Cory Atkinson**<br>**302 Atkinson Way**<br>**Wentzville, MO 63385** | | **50%** |

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                        DATE OF WITHDRAWAL

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |
| **Brenda Adams**<br>**7654 Williams Avenue**<br>**Saint Louis, MO 63143** | **Secretary** | **12/31/09** |
| **Fred Kolb**<br>**42 Green Valley Road**<br>**Eureka, MO 63025** | **Treasurer** | **10/09/09** |

### 23 . Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR<br>**See Exhibit B to SOFA** | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 1, 2010**          Signature  **/s/ Scott Eisenberg**

**Scott Eisenberg**
**Chief Restructing Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Eastern District of Missouri

In re __US Fidelis__                              Case No.

                            Debtor(s)        Chapter     __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case will be on an hourly basis at the rate of $325.00 per hour. As of the Petition Date, Attorney has been paid the sum of $91,970.58 for services performed prior to the Petition Date. Attorney is currently holding the sum of $108,029.52 as a retainer.

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: __March 1, 2010__                    __/s/ Robert E. Eggmann__

                                          **Lathrop & Gage LLP**
                                          **7701 Forsyth, Suite 400**
                                          **Clayton, MO 63105**
                                          **314-613-2800  Fax: 314-613-2801**
                                          **reggmann@lathropgage.com**

# United States Bankruptcy Court
## Eastern District of Missouri

In re    **US Fidelis, Inc.**                                ,      Case No. _____

                                        Debtor

Chapter                **11**       

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Cory Atkinson**<br>**302 Atkinson Way**<br>**Wentzville, MO 63385** | | **50%** | |
| **Darain Atkinson**<br>**5 Lake View Court**<br>**Lake Saint Louis, MO 63367** | | **50%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructing Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **March 1, 2010**                 Signature  **/s/ Scott Eisenberg**
                                                      **Scott Eisenberg**
                                                        **Chief Restructing Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Missouri

In re    __US Fidelis, Inc.__ _____     Case No. _____

                                    Debtor(s)    Chapter    __11__ _____

## VERIFICATION OF CREDITOR MATRIX

       The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __107__ page(s) and is true, correct and complete.

 

__/s/ Scott Eisenberg__ _____

__Scott Eisenberg__/__Chief Restructing Officer__

Signer/Title

 

Dated:    __March  1, 2010__ _____

KC Envelope Company, Inc.
8638 NE Underground Drive
Kansas City, MO 64161

A&E Television Networks
The Biography Channel
235 East 45th Street
New York, NY 10017

A&E Television Networks
235 East 45th Street
New York, NY 10017

Aaron Blouin
525 Via Verona Ln Unit 204
Altamonte Springs, FL 32714-3185

Aaron Harrison
432 Harris Creek Rd
Jacksonville, NC 28540-9463

Aaron Jantzi
6067 Number Four Rd
Lowville, NY 13367-3327

Aaron Williams
15419 Ridpath Ave
Cleveland, OH 44110-1711

Abe & Dorothy Lytle
7044 N 65th St
Omaha, NE 68152-2108

Abhay Narayan
563 Giraudo Dr
San Jose, CA 95111-2632

Abraham Mejia
5005 Losee Rd Apt 3043
North Las Vegas, NV 89081-2508

Absolute Comfort Systems, LLC
1084 Cools Springs Industrial Drive
O Fallon, MO 63366

Adam Blevins
974 Eldorado St Apt A
Jacksonville, FL 32227-1105

Adam Donaldson
160 S Irwin Rd
Holland, OH 43528-8963

Adam King
1007 Towne Park Dr
Rincon, GA 31326-5135

Adam Shawver
RR 1 Box 92a
Red House, WV 25168-9719

Adam Wasser
18888 2375 Rd
Cedaredge, CO 81413-8114

Addie Thomas
1100 Calle del Cerro Apt 132
San Clemente, CA 92672-9347

Adela Mata
38538 Lilacview Ave
Palmdale, CA 93550-4349

Adelina Schmitt
9825 Rose St Apt 5
Bellflower, CA 90706-6965

Elder, Ajsha
6655 Kingbird Ct
Charlotte, NC 28215-5031

Al Salaz Sr.
9414 Meadow St
Rancho Cucamonga, CA 91730-5654

Albert Friend
120 W McKee St
Greensburg, IN 47240-1915

Albert Higgins
1915 Washington Blvd
Maywood, IL 60153-1459

Albert Villagos
5919 Trowbridge Dr
El Paso, TX 79905-1918

Britt, Alberta
2010 Rain Dance Loop
Harker Heights, TX 76548-7426

Aldane Clarke
1355 Roanoke Ave Apt 1le
Riverhead, NY 11901-2075

Alejandro Lopez
11212 NW 73rd St
Doral, FL 33178-2867

Alex Johnson
346 Beaver Run Cir W
Headland, AL 36345-9522

Alexia Foster
3726 Wax Myrtle Dr
Memphis, TN 38115-4879

Alexis Borredo
17037 Danielle Court
Oak Forest, IL 60452

Alfonso Bush
100 Took Dr
Antioch, TN 37013-1943

Alfred Harper
6335 Browns Road
Harlem, GA 30814

Alfred Mares
2614 Mountain Home
San Antonio, TX 78251-4917

Ali Mohammedi
9903 Santa Monica Blvd 293
Beverly Hills, CA 90212-1671

Ali Robow
79 Belle St
Springfield, MA 01104-3649

Alice & Robert Denson
10706 Bellefontaine Ave
Kansas City, MO 64137-1739

Alice Cooper
2213 Dewey St
Hollywood, FL 33020-5928

Alice Martinez
1011 N Brazos St.
San Antonio, TX 78207-6202

Allied Waste Services
P.O. Box 9001099
Louisville, KY 40290-1099

Allison Wingfield
912 Dawn Ridge Ct
Clarksville, TN 37042-0872

Gil, Alma
836 W Calle Chico
Nogales, AZ 85621-3963

Alonzo Hardy
159-26 Harlem River Drive, #7G
New York, NY 10039

Alvin Mathis
PO Box 234
Fellows, CA 93224-0234

Alvin Scirling
817 N Oswego St
Allentown, PA 18109-2317

Amanda Vallejo-Cruz & Marco A Cruz-Cstan
2119 Mary Ave
Lansing, MI 48910-6232

Kindley, Amanda
8364b Conner St
Fort Campbell, KY 42223-3866

Ambers  Murph
4726 Poseidon  Pl
Lake Worth, FL 33463

AMC
P.O Box 933
Bethpage, NY 11714

AMCO Ranger Pest Control
4524 Parktowne Dr.
St. Charles, MO 63304

American Service Group
P.O. Box 3400
Conroe, TX 77305

Amir Haskic
376 E. 400 Street, Suite 400
Salt Lake City, UT 84111

Amir Seyedan
2722 S. 186 Dr.
Goodyear, AZ 85338

Amy Robinson
PO Box 14
Rarden, OH 45671-0014

Seals, Amy
205 Pine Ave
DE Soto, IL 62924-3514

Alcala, Ana
1931 Wenonah Ave
Berwyn, IL 60402-1666

Anand Khaire
3131 Homestead Rd Apt 19f
Santa Clara, CA 95051-5455

Andre Brown
326 Shady Glen Dr
Capitol Heights, MD 20743-3444

Andrew Brunetti and Stella Torres
3060 Running Deer Circle
Louisville, KY 40241

Andy Welch
260 Beaver Ridge Trl
Murphy, NC 28906-7821

Anette Major
6692 Highway 67
Slaughter, LA 70777-4035

Angel Lara
662 W Main St Apt D
Tustin, CA 92780-8508

Angela Dollar
467 Indian Oaks
Livingston, TX 77351-6670

Angela Lyles
4166 Middlebelt Rd
Inkster, MI 48141-2860

Angela Yorba
515 Fletcher Ave Apt 7
Lincoln, NE 68521-1368

Angela/Larry Teague
1818 Northwind Dr
Clarksville, TN 37042-5242

Anglea Thompson
1226 Crestmark Blvd
Lithia Springs, GA 30122-4426

Anika Foreman
1336 Overlook Cir
Cedar Hill, TX 75104-4549

Animal Planet
P.O. Box 79967
Baltimore, MD 21279-0967

Anita Merrill
180 Mast Rd
Westbrook, ME 04092-2518

Ann Chapman
33 West 1930 North
Tooele, UT 84074

Ann Rasnick
587 County Rt 22
Durham, NY 12422-5130

Ann Tanksley
145 Kenwood Ave
Rochester, NY 14611-3032

Anna Gonzalez
2105 New Prospect Rd
Jasper, AL 35503-6345

Anna Lopardo
106 Wynoka St
Pittsburgh, PA 15210-3646

Anne Kay Snow
726 S Pennsylvania Ave
Morrisville, PA 19067-1214

Anne Ricker
PO Box 346
Charlestown, NH 03603-0346

Annelise McAuley
9 Deerfield Rd
Old Saybrook, CT 06475-1805

Anthony Kamau
45 Endicott St Apt 2
Worcester, MA 01610-1833

Anthony Perez
540 Manhattan Ave Apt 5g
New York, NY 10027-5227

Anthony Ragland
202 Connecticut St
Highland Park, MI 48203-3557

Anthony Shuler
363 Forest Pkwy # 218
Forest Park, GA 30297-2165

For, Antoan
1440 E Broadway Rd Apt 1175a
Tempe, AZ 85282-2064

Antonia Moreno
4600 Rixie Rd Lot 306
North Little Rock, AR 72117-1738

Antonio A/Marcos Lojo
8075 NW 7th St Apt 220
Miami, FL 33126-4066

Antonio Slaughter
1149 1st Ave
Pleasant Grove, AL 35127-1939

Antonio Smith
42091 Orange Blossom Dr
Temecula, CA 92591-5543

Antonio Torres
27661 SW 152nd Ct
Homestead, FL 33032-7246

Anurag Agrawal
6502 Terrace Ct
Harrisburg, PA 17111-7022

April Ryno
PO Box 16853
Lubbock, TX 79490-6853

Aracelys Santiago
4710 Ramona Ave
Philadelphia, PA 19124-2419

Archie Rodrigue
6122 SW Park Ave
Lawton, OK 73505-7719

Arlester Ellis
4109 Byers St
Capitol Heights, MD 20743-5725

Armando Alvarez
PO Box 621409
Las Vegas, NV 89162-1409

Arron
2300 Albilen Rd
Charlotte Courthouse, VA 23923

Arthur Gillum
1532 Constance St
New Orleans, LA 70130-4722

Arturo Cardona
17563 W Buchanan St
Goodyear, AZ 85338-2575

Ashe, Rafuse & Hill, LLP
1355 PeachtreeStreet N.E.
Suite 500
Atlanta, GA 30309-3232

Asia Johnson
417 John St Apt 1
Plainfield, NJ 07060-2028

Rehman, Atiq
14225 Jib St Apt 32
Laurel, MD 20707-6164

Atkin
10366 White Ash Trail
Twinsburg, OH 44087

Atkinson Reinsurance, Ltd.

Aubrey Odom
4992 Highway 3
Barnwell, SC 29812

Aubrey Siehl
9684 Treyburn Lakes Dr
Indianapolis, IN 46239-7758

Aurelius Pembroke
2714 Cleburne St
Houston, TX 77004-5432

Ava Coleman
1217 Wright St
Jacksonville, AR 72076

Azteca
1139 Grand Central Ave
Glendale, CA 91201

Barbara Downing
PO Box 173
Arlington, AZ 85322-0173

Barbara Firisin
559 Freeman Ave
Stratford, CT 06614-4031

Barbara Osgood
PO Box 49
Huttig, AR 71747-0049

Barbara Yaeger
2410 Larue Ln
Green Bay, WI 54313-5799

Lockard, Barbara
29964 N 123rd Dr
Peoria, AZ 85383-3474

Robinson, Barbara
500 24th St NE
Washington, DC 20002-4818

Barbra Cornetti
150 W 9th Ave 2210
Denver, CO 80204-4032

Barklage, Brett, Wibbenmeyer & Hammil, P
211 North Third St.
St. Charles, MO 63301-2812

Barry Carstetter
160 N Tumbleweed Trl Apt A
Austin, TX 78733-3254

Barry Johnson
5124 Pruitt Dr
The Colony, TX 75056-1207

BBC America
747 Third Avenue
6th Floor
New York, NY 10017

Beatrice Eppinger
PO Box 330888
Houston, TX 77233-0888

Sandridge, Beatrice
4389 Muskerry Cv
Memphis, TN 38125-3116

Beishir Lock & Safe, Inc.
5423 S. Lindbergh
Saint Louis, MO 63123

Belinda Eckenroade
1860 2nd St Apt 1057
Cuyahoga Falls, OH 44221-3953

Ben Whiteside
15365 E Base Rd
Columbus, IN 47203-9160

Benjamin Mantle
c/o Randall L. Rhodes, Esq.
903 East 104th Street, Suite 510
Kansas City, MO 64131

Benjamin Sewell
5428 Beckton Ct
West Valley City, UT 84120-5973

Bennett Dix
PO Box 480
Ava, MO 65608-0480

Hogan, Bernadette
193 Hunters Ridge Dr Apt 204
Hillsboro, MO 63050

Bernardo Martinez & Maria Zoila Robles
3801 Billman Rd
Donna, TX 78537-4534

Bernice Mills
47 Grafton Rd
Hamden, CT 06517-3619

Bert Raja
4010 Mayfield St
Newbury Park, CA 91320-4218

Bertha Gamez
2401 La Vista Ave Apt 46
McAllen, TX 78501-6349

Beth & Johnathan Dales
1120 Sidonia St
Encinitas, CA 92024-2228

Betty Best
1108 W 57th St Apt 305
Sioux Falls, SD 57108-2839

Betty Logan
118 Hide Away Rd
Dahlonega, GA 30533-4260

Betty Tucker
95 Hockanum Blvd, Unit 4805
Vernon, CT 06006

Beverly Howard
814 Vertin Blvd
Shorewood, IL 60404-7235

Beverly Moore
3603 Barren River Rd
Bowling Green, KY 42101-9463

Beverly Smith
20222 Dequindre St
Detroit, MI 48234-1285

Bianca Pereira
89 Wright St
Newark, NJ 07114-1824

BIG 10 Network
600 West Chicago Ave
Chicago, IL 60654-2822

Bijou Croston
1535 N. Bouvier Street
Philadelphia, PA 19121

Bill Rendfeld
101 W River Rd Unit 82
Tucson, AZ 85704-5122

Billie Spears
590 Lakeview Rd.
Vidor, TX 77662

Billy Ruggles
1413 Gabriel St
El Reno, OK 73036-4149

Black Entertainment Television
555 W, 57th Street
New York, NY 10019

Blake Thomas
49494 Lawrence Creek Rd
Franklinton, LA 70438-6812

Blanche Davis
8807 Q St Apt 307b
Omaha, NE 68127-4822

BMW of North America
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677

Bob Jeter
4041 W Cherry Ave
Visalia, CA 93277-5841

Bobby Horton
122 S Harrison St
DE Witt, AR 72042-1712

Bobby Lacy
20 Mason Ln
Stafford, VA 22554-6513

Bobby Mosley
4 Lindsey Ct.
Columbus, GA 31907

Bobby Vangilder
1819 N Fayetteville St Apt 5h
Asheboro, NC 27203-2707

Bonita Shuler
5849 Bethlehem Rd
Preston, MD 21655-2136

Brown, Brady and Margerite
3109 Louisa St
Columbia, SC 29204-1252

Brandon Cobb
12247 S Spencer St Apt 2w
Alsip, IL 60803-2531

Brandon Oneal
1195 Nevada St
Sour Lake, TX 77659-8213

Brandon Williams
1314 Walnut Grove Rd
Burlison, TN 38015-6422

Breana Sheets
2719 S Mulberry St
Muncie, IN 47302-5059

Duncan, Brenda
1203 Marietta St
Charlotte, NC 28214-2336

Brett St. Amour
7716 Palacio Dr
Carlsbad, CA 92009-8522

Jochumsen, Brett
316 Shot Hunt Rd
Vine Grove, KY 40175-6241

Brian Chang
10 Whimble Ct
Wayne, NJ 07470-8463

Brian Hamilton
540 Stratford Rd
Ferndale, MI 48220-2337

Brice Johnson
109 Candy St
Bakersfield, CA 93309-2034

Bryan Atwood
6085 State Route 41
Homer, NY 13077-9362

Bryan Cave., LLP.
161 North Clark Street
Chicago, IL 60601

Bryan Granneman
c/o Randall L. Rhodes, Esq.
903 East 104th Street, Suite 510
Kansas City, MO 64131

Bryant McCullough
8 Brafman Dr
Hamilton, NJ 08610-4209

Burks Williams
331 Buena Vista Rd
Hot Springs, AR 71913-8210

Burton Ury
665 Sheridan Rd
Highland Park, IL 60035-5019

Byron Washington
PO Box 2472
Waterloo, IA 50704-2472

C. Mallette
23000 N Springlake Rd
Hensley, AR 72065-8114

Cable News Network
P.O. Box 532448
Charlotte, NC 28290-2448

Calvin Carter
1912 Streamfield Ct
Antioch, TN 37013-5753

Calvin Watkins
1406 York Rd Floor 2
Lutherville, MD 21093-6048

Taylor, Calvin
4983 Lockard Dr
Owings Mills, MD 21117-6110

Candace Spence
1470 Mayflower Way
Clovis, CA 93612-2447

Capital Assurance RRG Dealer Account
CARRG (In Receivershi)
P.O. Box 340
Dublin, OH 43017

Carl Davis
2528 11th St NW
Washington, DC 20001-3924

Carl Johnson
8005 Old River Rd
Burgaw, NC 28425-8296

Carl Jones
8219 Twin Tree Lane
Houston, TX 77071

Carla Abshire
20019 la Highway 92
Kaplan, LA 70548-6078

Carlene Beasley
619 E Hanson St
Cleveland, TX 77327-4563

Carlos & Miriam Guzman
3643 N Spaulding Ave
Chicago, IL 60618-4424

Carmen Miramontes
c/o Maggie McFadden, Supervisory Investi
1222 Spruce Street, Room 8.100
St. Louis, MO 63103

Carmen thomas
69 Bluebird Dr
Decatur, IL 62526-2201

Carol Hollins
5327 Stormy Breeze
San Antonio, TX 78247-1841

Carol Mays
2438 N Grove St
Wichita, KS 67219-4613

Carolyn Lassiter
1427 Grantland Pl
Greensboro, NC 27410-8213

Carolyn Murray
4355 Cobb Pkwy Ste J
Atlanta, GA 30339-3887

Carolyn Stephen
90 Puritan
Highland Park, MI 48203

Carolyn Watson
3028 Fowler Ave
Omaha, NE 68111-2320

Carraleen Taylor
1610 Rosedale Ave
Kinston, NC 28504-3432

Carrie Hestand
6505 Wildhaven Dr
Rowlett, TX 75089-7455

Carroll McLoud
5779 Sean Haggerty Dr Apt B
El Paso, TX 79924

Carteina Riddick
4585 Browns Mill Drive
Lithonia, GA 30038

Cassandra Mathews
9735 Dale Ave Apt 9
Spring Valley, CA 91977-2415

Catheleen Clark
987 Maryland Ave
Hagerstown, MD 21740-6324

Northam, Catherine
2025 Sharon Way
Reno, NV 89509-3536

CBS College Sports Network
P.O. Box 13728
Newark, NJ 71880-7728

CDW Direct
P.O. Box 75723
Chicago, IL 60675

Ceasar Chavez
1607 Eddy Ct
Redlands, CA 92374-2561

Cecilia Gil
376 Dewolf Pl
Hackensack, NJ 07601-2747

Celeste Maxwell
11121 Saintsbury Pl
Charlotte, NC 28270-1569

CentiMark Corporation
P.O. Box 360093
Pittsburgh, PA 15251

Centric
1540 Broadway
27th Floor
New York, NY 10036

CenturyLink
P.O. Box 4300
Carol Stream, IL 60197

Cesar Sorona
1249 Parkway Pl Apt B
Clarksville, TN 37042-8492

Chad Goodman
5 Okelly Cir
Natchez, MS 39120-9735

Langford, Chani
303 3rd St Unit 326
Cambridge, MA 02142-1126

Charlene King
4031 N Darien St
Philadelphia, PA 19140-2236

Charles & Debra Freeman
PO Box 883
Vail, AZ 85641-0883

Charles and Vanida Munroe
4901 Saratoga Blvd
Corpus Christi, TX 78413-2265

Charles Card
49 Hilltop Trl
Sparta, NJ 07871-2207

Charles Davis
1240 Palomar Pl Apt D
Vista, CA 92084-3553

Charles Douglas
7 Mohawk Dr
Portsmouth, VA 23701-2417

Charles Everly
212 W 7th St
Grand Island, NE 68801-4325

Charles Grayson
1332 4th Way NW
Center Point, AL 35215-6003

Charles McCleary-Smalls
58 Oakley Rd
Asheville, NC 28803-1148

Charles Phillips
1308 Hillary Ln
Arlington, TX 76012-5544

Charles Scarbrough
3636 Brookwood Rd
Birmingham, AL 35223

Charles Smith
PO Box 372
Ider, AL 35981-0372

Charles Tirpik
701 2nd Ave
Bessemer, MI 49911-1634

Beuglet, Charles
470 Vista Trucha
Newport Beach, CA 92660-3521

Charlie Milton
2220 N Forrest St
Valdosta, GA 31602-2004

Wilson, Charlotte
1965 Lafayette Ave Apt 21l
Bronx, NY 10473-2513

Chas Richards
PO Box 233
Garrison, TX 75946-0233

Cheryl Bellmore
1241 Almond Dr
Plainfield, IN 46168-9354

Chester Baldon
4409 Gandy Cir
Tampa, FL 33616-1401

Streeter, Chester
2631 Iowa Ave
St. Louis, MO 63118-1422

Chiller C/O NBC Universal CFS, Bank of A
NBC Universal Lock Box 3402971
Atlanta, GA 30384-2971

Chirstopher Salvini
20 Saddlewood Court
Durham, NC 27713

Chris  Newton
155 Lottie Ct Apt 15
Paducah, KY 42003-1114

Chris Ahles
24822 4th St
Holden, LA 70744-4631

Chris Evans
4709 Town N Country Blvd
Tampa, FL 33615-4524

Chris McCall
816 Crosswood Ct
Saint Charles, MO 63303-6415

Chris Spivey
PO Box 174
Sharpsburg, GA 30277-0174

Pennington, Chris
5450 Lake Margaret Dr Apt 1409
Orlando, FL 32812-6158

Christian Espiet
640 SE 44th Ave
Ocala, FL 34471-3240

Christian Sauer
9609 Dolphin Ct
Louisville, KY 40299-3213

Christina Lukasik
33 Randolph St Apt 7
Abington, MA 02351-1655

Christine Scurles
2227 Perdue Ave
Columbus, OH 43211-2868

Christopher Coen
9052 SW 7th St
Boca Raton, FL 33433-4646

Christopher Cooley
c/o Randall L. Rhodes, Esq.
903 East 104th Street, Suite 510
Kansas City, MO 64131

Christopher Penn
1824 Chelsea Rd
Elkins Park, PA 19027-1056

Christopher Scott
PO Box 3314
Yuma Proving Ground, AZ 85365-0906

Christopher Whilby
92 Sudbury Ln
Hyannis, MA 02601-2463

Seals, Christopher
55 N Ranchwood Blvd Apt 126
Yukon, OK 73099-2202

Chung Koo
1050 Johnson Ave
San Jose, CA 95129-3126

Clare, Cindy
7377 W Grant Ranch Blvd Apt 2023
Littleton, CO 80123-2665

Cintas
3750 Mueller Rd.
St. Charles, MO 63301

Claire Spires
3419 Fountains Dr Apt 1308
Rosenberg, TX 77471-8798

Clara Miller
87 Country Ln
Plant City, FL 33565-9153

Edwards, Clara
2472 Pax Hill Rd Lot 14
Morganton, NC 28655-7757

CLASS

Clay Cales
4 Coronet Dr
Montgomery, AL 36116-2624

Alston, Cleadieais
31 Oakdale St
Kingstree, SC 29556-2067

Clifford Marbrey
1022 Whetstone Way Bldg 11
Louisville, KY 40223-3645

Clint Shows
515 Highway 11 N
Ellisville, MS 39437-2221

Clinton Williams
18773 State Highway 31 E
Tyler, TX 75705-4939

CLTV, Chicagoland Television News
Dept No. 93094
Chicago, IL 60673-3094

CNBC
900 Sylvan Avenue
Englewood-Cliffs, NJ 07632

Cody Schneider
200 Fountains Ln Apt 4303
Conroe, TX 77304-5049

Coleman Consulting
1101 Fifth Street, Suite 345
San Rafael, CA 94901

Colin Chrislett
81 Dunlap Cir
Oxford, MI 48371-5209

Comedy Central, MTV Networks
AD Sales P.O. Box 13683
Newark, NJ 07188-0683

Connie Miller
420 Greenley Rd Apt 9
Sonora, CA 95370-5918

Contact Center Compliance Corporation
350 E. Street, Suite 300A
Santa Rosa, CA 95404

Cordella & Leeford Morris
2 Lexington Hl Unit 3
Harriman, NY 10926-3403

Harris, Corlis
102 Miles St
Sylvester, GA 31791-7541

Cortney Carter
11580 Perkins Rd Apt 155
Baton Rouge, LA 70810-1844

Cory McCall
7705 Old Pineville Rd Apt 205
Charlotte, NC 28217-5934

Country Music Television/MTV Networks
AD Sales P.O. Box 13683
Newark, NJ 07188-0683

Carter, Courtney
11580 Perkins Rd Apt 155
Baton Rouge, LA 70810-1844

Craig Stanard
5023 Pole Green Rd
Mechanicsville, VA 23116-5431

Cutria & Carnealius Francis
127 1/2 Nancy Ln
Lafayette, LA 70501-5165

Cynthia Wilson
2337 McRitchie Way
Modesto, CA 95355-4052

Damon Grant
1604 East 50th Street  Apt 703
Tuxacana, AR 71854

Dana Jone
8833 Old Kings Rd S Apt 1401
Jacksonville, FL 32257-5362

Ellis, Dana
1823 SW 39th Ter
Cape Coral, FL 33914-5510

Daniel Lawless
709 Watts Cir # 709
Nashville, TN 37209

Daniel Pierce
5730 South 50th St
Lincoln, NE 68516

Danielle Crosby
234 E 75TH ST
Shreveport, LA 71106

Danny Barragan
268 Orchard St
Elmwood Park, NJ 07407-2701

Danny Gomez
3343 River Bottom Way Apt 533
West Valley, UT 84119-1891

Danny Shipley
Po Box 333
Coalmont, IN 47845

DeRose, Danny
3985 Linmar Ln
Carlsbad, CA 92008-4125

Darlene Perkins
2015 Bennock Mill Road Loop
Augusta, GA 30906-8710

Darrel Morris
598 Honey Dew Ln
Brooklet, GA 30415-5469

Darrell Gleason
624 Raintree Crossing
O'Fallon, MO 63366

Darrell Hale
PO Box 2683
Page, AZ 86040-2683

Darriel Robinson
708 N Franklin St Apt 10
Wilmington, DE 19805-3252

Darryl Benally
22 Huckleberry Ln
Durango, CO 81301-7129

Darwin Copeland
2834 Bedford Ave
Pittsburgh, PA 15219-4004

Darwin Shaffer
11929 Old Forge Rd
Waynesboro, PA 17268-9365

Daryl Smalls
2236 Aaron Ross Way
Round Rock, TX 78665-4636

Dave Burns
711 Worth Dr
Cheyenne, WY 82001-6348

Dave Curtain
2611 84th St S
Wisconsin Rapids, WI 54494-8726

Daveda Henderson
1926 Angelina Dr
Garland, TX 75040-5445

David & Jessica Kincaid
Hc 37 Box 170m
Lewisburg, WV 24901-9534

David & Sheila Taylor
206 Rio Pinar Dr
Warner Robins, GA 31088-6443

David Bateman Sr.
669 Walters Mill Ln
Stephenson, VA 22656-1865

David Beasinger
PO Box 71
Mc Millan, MI 49853-0071

David Brady
1897 Avacado Ct
Henderson, NV 89014-3808

David Carroll
1396 Arnold Dr
Melbourne, FL 32935-3236

David Erlo
1059 Favinger Rd
Pottstown, PA 19465-8617

David Hebert
PO Box 2671
Waterville, ME 04903-2671

David Hill
2613 Saint Michelle Ln
Mckinney, TX 75070-4254

David Johns
8834 SW 197th Ter
Cutler Bay, FL 33157-8965

David Marmolejo
140 Babcock Rd
San Antonio, TX 78201-3853

David Mason
1615 16th St
North Chicago, IL 60064-2018

David McNeil
13281 Summit Dr
Meadowview, VA 24361-3221

David Mynatt
150 Lincoln Inn Rd
Columbia, SC 29212-1243

David Overby
697 Deer Run Rd
Ferrum, VA 24088-3309

David Prouty
1735 East Road
Bennington, VT 05201

David Riley
6949 Laurel Canyon Blvd Apt 138
North Hollywood, CA 91605-6808

David Shearin
2441 Lawndale Rd
Lakeland, FL 33801-6152

David Sweaza
5584 Odessa Dr
Virginia Beach, VA 23455-3430

David Tierman
PO Box 171
Alma, MO 64001-0171

Botello, David
4816 S Avers Ave
Chicago, IL 60632-3627

Hann, David
800 Scott St
Talladega, AL 35160-1682

Smith, David
5 Thilman Court
Caseyville, IL 62232

Dawn Burrell
6432 Crestview Dr
Holly, MI 48442-8437

Dawn Dibbern
1024 E Wescott Dr
Phoenix, AZ 85024-2331

Dawn Uti
819 W Hillcrest Dr
Dekalb, IL 60115-1669

Dawne Reyes
7450 Grant St
Merrillville, IN 46410-4643

Dayrl Knott
2017 W Pasadena Ave
Flint, MI 48504-2566

Dean Henry
7 First Pl
Old Bridge, NJ 08857-3718

Dean Parker
20767 E Wagon Way
Mayer, AZ 86333-2611

Ochotnicki, Dean
9401 Welsh Ln
Huntley, IL 60142-2447

Deb Marsh
157 E Lee Ave
Florence, AL 35630-2224

Debbie Sirbaugh & Gary Taulton
PO Box 598
Ranson, WV 25438-0598

Debora Gonzalez & Thomas Boyd
18 Jefferson St
Westfield, NY 14787-1011

Deborah Broady
Po Box 302
Cascade, VA 24069-0302

Deborah Cawthon
40803 Bouvier Ct
Murrieta, CA 92562-2095

Deborah Holder
152 Gun Range Rd
Aiken, SC 29801-7559

Deborah Hoxie
5429 10th Ave
Los Angeles, CA 90043-2525

Deborah Mattison
1653 N 7th St
Philadelphia, PA 19122-2914

Deborah Nelson
10921 Coconino Dr
Blythe, CA 92225-1003

Debra Seaman
6745 Millay Dr
Orlando, FL 32809-6536

Deidra Clayton
PO Box 144
Hardesty, OK 73944-0144

Delma Griffith
255 Fisher St
Christiansburg, VA 24073-2505

Delora Dillon
2853 B North 4th Street
Milwaukee, WI 53212

Dillon, Delora
2853 B North 4th Street
Milwaukee, WI 53212

Delsandra Anderson
3868 Madison Ave
Fort Myers, FL 33916-1220

Denise Broussard
7492 Cohenour Rd Trlr 4
Orange, TX 77632-6073

Denise Grant
7559 Mayland St
Philadelphia, PA 19138-1404

Dennis Avelar
603 Ivydale Dr
Hurricane, WV 25526-1351

Dennis Killaney
1043 E Justin Dr
Garner, NC 27529-8178

Dennis Murray
PO Box 220
Baileyville, ME 04694-0220

Dennis Wolf Sr.
PO Box 141
Southington, OH 44470-0141

Derrick Bonaparte
3926 Evergreen St
East Chicago, IN 46312-2408

Derrick Chism
1612 Crown Point Dr
Frisco, TX 75034

Derrick Dudley
8038 Quill Point Dr
Bowie, MD 20720-4302

Derrick McNutt
3630 Rainey Rd Apt 13
Jackson, MS 39212-4616

Desmond Durham
1006 N York Rd
Willow Grove, PA 19090

Dexter Dorotheo
11201 Woodhall Pl
Bakersfield, CA 93311-2934

```
DHD-  HD Theater
P.O. Box 79963
Baltimore, MD 21279-0963

Diana Carmichael
10408 Treaty Ct
Spotsylvania, VA 22553-4105

Diane Beck
966 County Road 2117
Cleveland, TX 77327-0622

Diane Stewart
15357 8th Ave
Phoenix, IL 60426-2512

Beaulieu, Diane
25 Hillmount Dr
Lewiston, ME 04240-4523

Dilean Saraiva
72 S Zander Way
Santa Rosa Beach, FL 32459-8548

Direct Response Media Inc
489 Devon Park Dr., Ste. 306
Wayne, PA 19087

Direct TV
P.O. Box 60036
Los Angeles, CA 90060

DIRECTV
P.O. Box 100533
Pasadena, CA 91189-0533

Discovery Channel
P.O. Box 79961
Baltimore, MD 21279-0961

Discovery Science Channel
DCI World Headquarters
One Discovery Place
Silver Spring, MD 20910

Dish Network LLC
9601 S. Meridian Blvd
Englewood, CO 80112

Disney ABC Television Group
Disney Channels Worldwide
500 South Buena Vista Street
Burbank, CA 91521-6078
```

DNT Fenton
2275 Cassens Court, #112
Fenton, MO 63026

Document  & Network Technologies
P.O. Box 415033
Kansas City, MO 64141

Document & Network Technologies, Inc.
P.O. Box 41602
Philadelphia, PA 19101

Dolores Hymas
c/o Michael J. Flannery, Esq.
8235 Forsyth Blvd., Suite 1100
Clayton, MO 63105

Dominic Reichmuth
25590 Prospect Ave Apt 24e
Loma Linda, CA 92354-3149

Don Honea
303 Eagle Ave
Levelland, TX 79336-2813

Don Laquidara
2221 Walnut St
Butte, MT 59701-4947

Don Ponzio
9995 Orangewood Dr
Denver, CO 80260-5963

Donald Bankhead
107 Spring Water Dr
Madison, AL 35758-1390

Donald Bockius
P. O Box 206
Dobbin, TX 77333

Donald Fink
61 N Bradbury St
Glenns Ferry, ID 83623-2906

Donald Fox
1592 Meadow Peak Vw Apt 102
Colorado Springs, CO 80906-7829

Donald Simmons Jr.
183 Rigby Dr
Flomaton, AL 36441-4539

Donald Van Norman
20 Doreen Rd
Trenton, NJ 08690-2008

Donna Pense
618 Henryetta St
Springdale, AR 72762-5041

Donnie Phillips
112 Beth Ln
Horse Cave, KY 42749-1441

Donnielle Carter
10108 Goldfinch Ct
Clinton, MD 20735-5852

Dorene Robertson
8560 Celtic Ct
San Diego, CA 92129-4209

Dorothy Collier
12165 Highway 121 S
Lexa, AR 72355-8022

Dorothy Crisco
PO Box 553
Beebe, AR 72012-0553

Dorothy Faulkner
P.O. Box 403
Riverside, PA 17868

Dorothy Martin
505 Teakwood Dr
Barberton, OH 44203

Dorothy Meredith
2035 Long Cove Dr
Oxnard, CA 93036-6315

Dorothy Sauls
10282 Sherman Ln
Navasota, TX 77868-5120

Dorthy Shutt
302 Grove St Apt 3
Waltham, MA 02453

Doug Kilby
148 Nunnelley Rd
Cynthiana, KY 41031-5836

Douglas Jackson
3012 W Countryside Dr
Springfield, MO 65807-3936

Drew Rasicot
1 Rawson Ave
Smithfield, RI 02917-3335

Durell Leister
1045 N West End Blvd Lot 19
Quakertown, PA 18951-4112

Durrell Mixon
3405 N Fairfax Dr
San Bernardino, CA 92404-2637

Dwany Vadillo
8826 Casa Lake Dr
Charlotte, NC 28215-9617

Dwight Ellis
6820 Edison Ave
Saint Louis, MO 63121-5308

Earl Seay
2505 Lynn Lake Cir S Apt B
St Petersburg, FL 33712-6164

Ebony Brewer
3330 E Dakota Ave Apt 121
Fresno, CA 93726-5053

Ebony Marcelle
131 Bonvue St
Pittsburgh, PA 15214-1906

Ebony Mitchell
116 E St
Lake Wales, FL 33853-3502

Ebony Taylor
352 William St Apt 44
East Orange, NJ 07017-3500

Eckenrode-Maupin
8000 Maryland, Suite 1300
Saint Louis, MO 63105

Ed Shefield
607 Fern St
Greenfield, IN 46140-7526

Eddie Exford
6617 W Charleston Way
Mc Cordsville, IN 46055-9676

Eddie Rivera
14712 17th Ave
Whitestone, NY 11357

Eddy Gray
5332 Wellesley Ave
Fort Worth, TX 76107-6039

Edgar Sharver
4014 W Whitendale Ave
Visalia, CA 93277-5875

Edgar Torres
5545 Laredo Way
Denver, CO 80239-7019

Eduardo Diaz
3016 SW 52nd St
Fort Lauderdale, FL 33312-6918

Edward Giroux
PO Box 103
Wolfeboro Falls, NH 03896-0103

Edward Hardemon
4923 Wycliff Dr
San Antonio, TX 78220-4831

Edward Kaukeano
241 Oswald St
Elkins Park, PA 19027-1820

Edward Rodriguez
123 Norwich Way
Dover, DE 19901-1621

Edward Smith
567 Black Partridge Rd
Metamora, IL 61548-8776

Edwards, Angell, Palmer & Dodge
One Giralda Farms
Madison, NJ 07940

Edwin & Madeline Pena
302 W Magnolia St Apt 201
Lakeland, FL 33815-1520

Edwin Rosales
64 E Medill Ave
Northlake, IL 60164-1751

Edy Joseph
116 Prospect St Apt 202
East Orange, NJ 07017-2422

Efrain Meneses Jr.
126 Marbly Ave
Daly City, CA 94015-2725

Eileen & Terry Hazelton
1820 4th Ave
Egg Harbor City, NJ 08215-4301

Eileen Dorsett
3510 Sw 32nd Ave
West Park, FL 33023-6306

Elaine Cron
3828 Surfside Cir
Aurora, OH 44202-9059

Elbert Pitts
26241 Lake Shore Blvd Apt 1855
Euclid, OH 44132-1147

Gregg, Eldrige
7857 Russling Leaf Dr
Las Vegas, NV 89131-8292

Elford Clarke
410 Cardwell
Campbello, SC 29322

Elizabeth Barnes
18249 Kelley Ranch Rd
Sonora, CA 95370-8653

Elizabeth Cator
114 S Pegasus Ave
Clearwater, FL 33765-3434

Elizabeth Obadina
3127 Thornfield Rd
Baltimore, MD 21207-5621

Ella Cole
3011 Park Row Ave Apt 194
Dallas, TX 75215-1747

Ellis Ware
77 Stonefield Dr
Glendale Heights, IL 60139-1861

Elsworth Branch
268 Thacher St
Attleboro, MA 02703-3717

Elton Fflemmons Jr.
6910 Stone Ridge Dr Apt 157
Memphis, TN 38115-7310

Emerson Agresta
210 McCloud Dr
Fort Lee, NJ 07024-5304

Emilio Gonzales
5670 Timber Rail
San Antonio, TX 78250-4161

Emily Smith
1589 Longview Rd
MT Pleasant, SC 29464-9766

Emma Vertongen
PO Box 60654
Palm Bay, FL 32906-0654

Employeescreen IQ
4853 Galaxy Parkway, Building K
Cleveland, OH 44128

Ennis Woods
9944 Virgil
Redford, MI 48239-1418

Eric  Florian
Po Box 1014
Columbus, TX 78934

Eric Johnson
1944 W 163rd St
Markham, IL 60428-5647

Eric Whitt
6322 Christina Groves Cir E
Lakeland, FL 33813-4421

Soto, Erick
320 Chavez Lane
Los Lunas, NM 87031

Erika Johnson
511 Preston Dr Apt 307
Bolingbrook, IL 60440-2207

Ernest Herron
206 Chowan Dr Apt B
Portsmouth, VA 23701-2477

Ernest Molnar
8532 Kendor Dr
Buena Park, CA 90620-4019

Gaskins, Ernest
2000 Jasper St
Georgetown, SC 29440-6906

Ernestine Taylor
1013 E Lake Ave
Tampa, FL 33605-1047

Ernesto Quinones
1224 Bradshaw Ave
Columbia, MO 65203-0808

ESPN Deportes- ESPN, INC Advertising Sal
13039 Collections Center Drive
Chicago, IL 60693

ESPN, INC Advertising Sales
13039 Collections Center Drive
Chicago, IL 60693

ESPNEWS
13039 Collections Center Drive
Chicago, IL 60693

ESPNU
13039 Collections Center Drive
Chicago, IL 60693

Ethel Bowman
4909 Fairbrook Avenue
Memphis, TN 38118

Eugene Kupke
PO Box 866
Lusk, WY 82225-0866

Eugene Long
8410 Fairfax Ave
Rowlett, TX 75089

Eugene Winters
PO Box 115
Wanblee, SD 57577-0115

Eva Robinson
1515 Harmon St Apt 3
Berkeley, CA 94703-2663

Evans Elkins
640 Sycamore Ln
Owings, MD 20736-9339

Evelyn Hiatt
8144 N 33rd Ave Apt 163
Phoenix, AZ 85051-6184

Evelyn Penn
1302 Emerson St Apt 1
Rochester, NY 14606-3034

Fabrienne Bowman
10143 Climbing Lily St
Las Vegas, NV 89183-7307

Fatih Emiroglu
509 Fortress Cir SE
Leesburg, VA 20175-8928

Faye
14116 Rippling Brook Dr
Silver Spring, MD 20906-2303

Felicia Lawrence
6538 Marsden St
Philadelphia, PA 19135-2709

Hammock, Felicia
108 Sandye Ave
Portland, TN 37148-1344

Fermin Cazares
1201 N Colombo Apt #3108
Sierra Vista, AZ 85635

FINE Living
P.O. Box 602033
Charlotte, NC 28260-2033

First Capital Courier
508 A Droste Square
Saint Charles, MO 63301

Fish Window Cleaning, LLC
P.O. Box 1033
O Fallon, MO 63366

FITTV
P.O. Box 79037
Baltimore, MD 21279-0037

Fleecy Williams
9188 Appoline St
Detroit, MI 48228-2659

Florene Fields
2510 Cameron Woods Ln
Fayetteville, NC 28306-7782

Foremost Crystal
119 South 68th Street
Broken Arrow, OK 74014

Fox  Reality Channel
File # 55652
Los Angeles, CA 90074-5652

FOX Business Network Advertising  C/O Ba
15094 Collection Center Drive
Chicago, IL 60693

FOX News Network Advertising C/O Bank of
5715 Collections Center Drive
Chicago, IL 60693

Fox Sports En Espanol
File # 56189
Los Angeles, CA 90074-6189

Frank Avelino
398 York St
Canton, MA 02021-2453

Frank Dilarenzo
26438 Turkey Ridge Rd
Bush, LA 70431-2345

Frank Ecker
5022 Sheppard St
Bay St Louis, MS 39520-7245

Frank Hardy
13013 NW County Road 231
Gainesville, FL 32609-5010

Frank Jacobs
207 Gaitner Pl
Abingdon, MD 21009-2824

Frank Limone
17 Roughan St Apt C
Revere, MA 02151-3700

Frank Schweickert
600 The Embarcadero
San Francisco, CA 94107-2116

Frank Stakely
610 White Street
Tuskegee, AL 36083

Frank Valenzuela
6197 Riflecrest Ave
Las Vegas, NV 89156-4777

Frankie Bower
368 Mishler Rd
Mogadore, OH 44260-8708

Frankie Smith
PO Box 244
Duenweg, MO 64841-0244

Frantzy Merisier
12 Bonney Ln Apt 23
Mansfield, MA 02048-3091

Franzine McGowan
PO Box 512
Laramie, WY 82073-0512

Fred & Shirley Wilburn
106 N 1st St
Danville, IL 61832-8304

Fred Berko
6908 Lamont Dr
Lanham, MD 20706-4607

Fred Weston
12078 County Road 4003
Tebbetts, MO 65080-1208

Freddy Webber
4228 Vann Ave
Memphis, TN 38111-8032

Frederick Holt
PO Box 1411
Lebanon, VA 24266-1411

FSN South
3900 Collection Center Drive
Chicago, IL 60693

FX Network
File # 55115
Los Angeles, CA 90074-5115

G Moore
Po Box 78264
Los Angeles, CA 90016-0264

G. Coleman
1040 Stanton Ter
Pittsburgh, PA 15201-1618

G4 Media, INC
File 50460
Los Angeles, CA 90074-0460

Gabrial Cassidy
16005 N 32nd St Lot 123f
Phoenix, AZ 85032-3839

GAC
PO Box 602023
Charlotte, NC 28260-2023

Gail Jordan
1522 Little Piney Dr
Indianapolis, IN 46227-8674

Galavision Network
PO Box
Teaneck, NJ 07666

Gale Keys
3117 Thomas St Apt 303
Saint Louis, MO 63106

Garland Fort
1720 Highway 550 NW
Brookhaven, MS 39601-8541

Garland Or Elsie Sieben
123 S Leyden St
Brockton, MA 02302-4234

Garland Spangler
2855 Usina Road Ext
Saint Augustine, FL 32084-0558

Gary Davis
1803 Foxboro Rd
Lagrange, KY 40031-9246

Gary Harris
RR 2 Box 168c
Smoot, WV 24977-9542

Gary Olson
2177 220th Ave
Mora, MN 55051-6806

Gary Watson
251 Linda Ln
Livingston, TX 77351-6213

Gary Whitaker
1029 N Jackson St Apt 1310
Milwaukee, WI 53202-7147

Gaurav Panta
6418 Port Isabel Dr
Rowlett, TX 75089-4181

Gaynel Phillips
1618 Wildflower Cir
Yuba City, CA 95993-8000

Genelle Cockerham
401 Reg Smith Cir Unit 302
Louisville, KY 40208-2760

George  Anjorin
14 Cloverwood Ct Apt 104
Essex, MD 21221-7387

George Honeycutt & Mae Frances Dexter
1200 W Cheyenne Ave Apt 1076
North Las Vegas, NV 89030-7873

George Kern
5429 Hardt Rd
Gibsonia, PA 15044-9139

George Nash
6350 Dodge Rd SW
Canton, OH 44706-3115

Gerald Jafar
32 E Carleton Rd Apt 811
Hillsdale, MI 49242-1647

Gerald Ruane
1106 Burke Dr
Gallup, NM 87301-5420

Ruane, Gerald
1106 Burke Dr
Gallup, NM 87301-5420

Coleman, Geraldine
8839 Northcrest Ln
St. Louis, MO 63147-1437

Gibbes Burton, LLC
Attn: Frank Gibbes
308 E. John Street
Spartanburg, SC 29302

Gigi Austin
3038 Marion Ave
Margate, FL 33063-8002

Glen Winfrey
1530 E Farrall
Shawnee, OK 74801-8110

Glenda Chappell
11524 Saint Paul Ave
Baton Rouge, LA 70811-1367

Glendy Munson
124 Glenwood Dr
Metairie, LA 70005-3912

Glenn & Sallie Russ
16477 Governor Harrison Pkwy
Lawrenceville, VA 23868-3125

Glenn Hayes
119 Canaan Back Rd
Barrington, NH 03825-4331

Glenn Miller
9618 Wydella St
Riverview, FL 33569

Gloria Buchan
6151 W Fremont Dr
Littleton, CO 80128-4611

Gloria Hudson
5520 Matina Dr
Elk Grove, CA 95757-1656

Gloria Jaenicke
4408 Mayapan Dr
LA Mesa, CA 91941-7144

Gomer Sevillano
255 N Union Ave Apt 11
Los Angeles, CA 90026-5428

Graybar
P.O. Box 504490
Saint Louis, MO 63150

Gregory Burridge
1816 Saffron Plc
Winston-salem, NC 27127

Gregory Merkle
PO Box 212574
Anchorage, AK 99521-2574

Gregory Spain
141 W 92nd St
Los Angeles, CA 90003-4027

GSN, LLC
12013 Collections Center Drive
Chicago, IL 60693

Gwendolyn Laws
2203 Prentiss Dr Apt 210
Downers Grove, IL 60516-2226

Gwendolyn Morris
164 Wiseman Ln
Ripley, TN 38063-7700

HALMRK
1325 Ave of the Americas
New York, NY 10019

Hari Nair
6 Heronwood Dr
Shrewsbury, MA 01545-4462

Harold Baker
702 Avalon St
Trenton, MO 64683

HaroldCossette
117 Gem Hill Rd
Wallace, IA 83873-9603

Harry Martin
3829 Leprechaun Ct
Decatur, GA 30034

Harry Martinez
3523 Dockery Ave
Selma, CA 93662-4511

Harvey Harris
507 E Cross St
Dewitt, AR 72042-2211

Hattie Leary
764 Virginia Rd # A
Edenton, NC 27932-9585

Hawthorne Direct
P.O. Box 1366
Fairfield, IA 52556

Hazel Morey
41 Everett Ave Apt 31b
Belchertown, MA 01007-9583

HCE

Headline News
P.O Box 532448
Charlotte, NC 28290-2448

Heather Hening
1405 N 11th St
Sheboygan, WI 53081-3335

Hector Norona
7201 Rampart Ridge Cir E
Jacksonville, FL 32244-8569

Helen Dean
117 C St
Williamston, SC 29697-2115

Helen Howell
PO Box 1286
Murphysboro, IL 62966-1286

Helen Valenzuela-Goodwin
1428 San Sebastian Way
Madera, CA 93638

Helen Viloria
1621 Elsie St
Green Cove Springs, FL 32043-3625

Henry Cunningham
2305 Main St
Bastrop, TX 78602-1521

Henry Norfolk
623 Walker Pkwy
Atoka, TN 38004-7707

Thomas, Henry
PO Box 507
Kiamesha Lake, NY 12751-0507

Herb Hunter
935 S Park Ter
Chicago, IL 60605-2017

Hillary Eaton
7 Glenridge
Portland, ME 04102-1839

History Channel - en espanol
P.O. Box 18546
Newark, NJ 07191-8546

History International
235 East 45th Street
New York, NY 10017

Homer & Janet Ontman
17311 E Us 40 Hwy Trailer A18
Independence, MO 64055

Howard Bernstein
64 Brower Ave
Woodmere, NY 11598-1746

Howard Suggs
2100 Houston Cv
Germantown, TN 38139-6950

Icylin Malcolm
PO Box 1492
Avon Park, FL 33826-1492

INSP
P.O. Box 75363
Charlotte, NC 28275-0363

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 21126
Philadelphia, PA 19114

Investigation Discovery
P.O. Box 79963
Baltimore, MD 21279-0963

ION Media Nestorks
PO Box 930467
Atlanta, GA 31193-0467

iProspect.com, Inc.
The Arsenal on the Charles
311 Arsenal Street
Watertown, MA 02472-2602

iProspect.com, Inc.
200 Claredon Street, 23rd Floor
Boston, MA 02116

Ipswitch, Inc.
PO Box 3726
New York, NY 10008-3726

Irene Joyner
1870 Brownsdale Loop Rd
Jay, FL 32565-9663

Irene Rodriguez
1428 Beach St Spc 47
Montebello, CA 90640-5590

Irina Parenkina
1825 S Ocean Dr Apt 412
Hallandale Beach, FL 33009-4978

Irina Silajeva
10955 SW 15th St Apt 212
Pembroke Pines, FL 33025-5554

Irma Reid
19009 S Laurel Park Rd Spc 225
Compton, CA 90220-6088

Isaac Aboagye
504 Florida Ave
Herndon, VA 20170-4904

Isaac Phillips
3110 Crest Ridge Dr
Dallas, TX 75228-3435

Isabelle Pierce
12540 Morningside Ave
Clovis, CA 93619-9433

Island Oasis Frozen Beverage Co., Inc.
P.O. Box 847881
Boston, MA 02284

Israel Vieux
P.O. Box 505183
Chelsea, MA 02150

Ivy White
2226 Dawnshire Dr
Columbus, IN 47203-4027

J W Lynch
1405 W McCarty St
Jefferson City, MO 65109-1367

Jack Dickerson
5509 Midvale Dr Apt 1
Rockford, IL 61108-2917

Jack Foster
213 N Flaxseed Ln
Fort Worth, TX 76108-4138

Jackie Baburrell
2612 Riverview Ave Apt 5
Muskegon, MI 49445-3333

Thomas, Jacque
4115 Douglas Ave Apt 105
Dallas, TX 75219-2978

Jacquelyn Fields
286 County Road 255 E
Cameron, TX 76520-4892

Jamal Ruston
9816 Black Eagle Way
Upper Marlboro, MD 20772-4368

Jamar Hendricks
4602 S Run Ct
Richmond, VA 23234-6035

James Archuletta
3216 21st Ave SE
Rio Rancho, NM 87124-1675

James Auld
314 W Concord St
Middleton, ID 83644-5521

James Bigrope Jr.
PO Box 195
Mescalero, NM 88340-0195

James Cantrell
2351 West Oakland
Hemet, CA 92545

James Darges
5112 Milner Dr
Raleigh, NC 27606-9586

James Falvo
5005 Blackelm Dr
Mckinney, TX 75071-6272

James Harmon
59 Curtis Rd
Portland, ME 04103-2923

James Hopkins
8722 N State Road 25 Apt 4
Wingate, IN 47994-8221

James Hughes
4307 Parmele Rd Lot 1616
Castle Hayne, NC 28429-5780

James Jennings Jr.
2918 Furman Ln Apt 104
Alexandria, VA 22306-1011

James Lemons
802 Monroe Nunley Rd
Toney, AL 35773-8865

James McCarthy
P.O. Box 5
Bergenfield, NJ 07621

James Morgan
609 Bays Cove Trl
Kingsport, TN 37660-1004

James Powers
646 Schouweiler Ln
Paris, AR 72855-2624

James Smith Jr.
3544 Stoer Rd
Shaker Heights, OH 44122-5155

James Wells
6840 N 60th St Apt 201
Milwaukee, WI 53223-5288

Lang, James
114 King St
Kenton, TN 38233-1326

Jamie /  Billy Rowles
158 County Road 815
Buna, TX 77612-6028

Jamie Jellesed
PO Box 510
Sidney, MT 59270-0510

Jamie Shiver
PO Box 848
Graceville, FL 32440-0848

Jane Lockwood
34 Sycamore Ave
North Middletown, NJ 07748-6001

Okelly, Jane
3561 Ebenezer Rd
Marietta, GA 30066-4421

Janet Hart
13438 N 33rd Ave
Phoenix, AZ 85029-1211

Faulkner, Janet
240 Schuyler St Apt 10
Jamestown, NY 14701-7560

Janice Bittler
3198 Pike Rd
Alexander, NY 14005-9725

Jarett Sundack
18 Shoreham Dr W
Huntington Station, NY 11746-6579

Jason Cadet
1543 Asbury Ave
Asbury Park, NJ 07712-5703

Jason Gibson
10708 Cedarville Rd
Brandywine, MD 20613-7950

Jason King
7962 Bayou Fountain Ave 3
Baton Rouge, LA 70820-8654

Jason Samaritano
505 Delaware Ave
Point Pleasant Beach, NJ 08742-4068

Lee, Jason
4763 E Lowe Ave
Fresno, CA 93702-3935

Javiar Sanchez
763 Quince Ave
Lemoore, CA 93245-5297

Jay Myers
9432 Coast Laurel Ave.
Concord, NC 28027

Jayme Casseus
164 van Nostrand Ave
Jersey City, NJ 07305-3020

Jean Destrada
30 Mirror Lake Rd
Spring Valley, NY 10977-4319

Jeana Harper
3214 Purcell St
Grand Prairie, TX 75050-4540

Jeannette Hardison
PO Box 1566
Johnstown, PA 15907-1566

Jeff Faber
30 31st St SE
Paris, TX 75460-6412

Jeff Price
1051 Hwy 385
Brownsfield, TX 79316

Kelley, Jeff
460 Shickshinny Valley Rd # A
Shickshinny, PA 18655-2117

Jeffrey Williams
2347 Julie Ave # 9
Sparta, WI 54656-8828

Jennifer  Muller
4274 Diamond Meadows Way
Diamond Springs, CA 95619

Jennifer Hutchinson
10105 Pebble Valley Ln
Dallas, TX 75217-7665

Jennifer Melvin
29958 Sd Highway 1806
Fort Pierre, SD 57532-7506

Jennifer Wolff
4375 SW 140th Ave
Ocala, FL 34481-4131

Belcher, Jennifer
3782 Hollow Oak Ln
Lithonia, GA 30038-3670

Jenny & Tom Smith
219 Mountain Rd
Clinton, TN 37716-6842

Jenny Roach
5439 Forest Hills Ln
Milton, FL 32570-9554

Jeremiah Estes
39200 6th Ave
Zephyrhills, FL 33542-4564

Jerin Thenayan
2426 Limestone Ln
Garland, TX 75040-3735

Jeroma Jones
1207 Dale Ct NE
Grand Rapids, MI 49505-5445

Jerome Cabell
1121 S Liddesdale St
Detroit, MI 48217-1211

Jerry Bakash
60 Devils Kitchen Dr Apt H
Sedona, AZ 86351-7720

Jerry Gartin
580 Mesa Blvd
Mesquite, NV 89027

Jerry Hadley
3894 Brand Hollow Rd
Columbus, IN 47201-9489

Jerry Kroll
38w173 Hopps Rd
Elgin, IL 60124-8523

Jerry Tompkins
1001 Bellgrade Dr
Loogootee, IN 47553-4600

Jess Swiggart
114 Whispering Oak Dr
Shelbyville, TN 37160-3795

Jesse Minor
4715 Carter
St.louis, MO 63115

Jesse Salmon
9th Comm Sutg Data Mcb 555351
Camp Pendleton, CA 92055

Jessica Ortiz
8615 NW 8th St Apt 405
Miami, FL 33126-5930

Jesus Muniz
4843 Rutgers Ave NW Apt 88
Roanoke, VA 24012-7335

Del Valle, Jesus
1303 Candlewyck Dr
Orlando, FL 32807-2959

Jim Hunick
3019 Tawny Oak Dr
San Antonio, TX 78230-5043

Jim Massingill
6906 Manor Cir
Amarillo, TX 79109-6815

Jimmie Jones Jr.
5256 West 4th Apt # D3
Hattiesburg, MS 39402

Joan Bruce
11119 Ballard Peak
San Antonio, TX 78254-5494

Joan Dickerson
121 Mark Dr
Mount Clemens, MI 48043-1414

Wright, Joanna
15671 Pond Village Dr
Taylor, MI 48180-7802

Joanne Ajayi'scott
14503 Lazy Willow Ln
Missouri City, TX 77489-1873

Joanne Hahn
84 Berry Ln
Bourbonnais, IL 60914-9593

Martin, Jocelyn
532 College Dr. Apt.316
Henderson, NV 89015

Jodean Freese Sr.
PO Box 383
Saint Johns, AZ 85936-0383

Joe Almaraz
1434 E 20th St
Los Angeles, CA 90011-1302

Joe Bilanzich
5012 N 3300 E
Liberty, UT 84310-9706

Joe Ranish
343 Maddies Way
Cheyenne, WY 82007

Joe Tully
PO Box 348
Tahoka, TX 79373-0348

Joel Simmons
3216 Summit Dr
Birmingham, AL 35243-5318

John Bell
302 Garden St Apt C
Mount Holly, NJ 08060-1846

John Blixt
96 Old Colony Ave Apt 152
East Taunton, MA 02718-1134

John Bodine
2535 E Gemini St
Gilbert, AZ 85234-1113

John Bryer
5 High St
Wiscasset, ME 04578-4119

John Clark
PO Box 170638
Irving, TX 75017-0638

John Cole
502 Findley St
Toronto, OH 43964-1214

John Horton
200 Horton Gameburg Ln
Nicholls, GA 31554

John Hughes
14 E Lawton St
Saint Clair, PA 17970-1217

John Johnson
RR 2 Box 306
Parsons, WV 26287-9306

John Johnson
1544 Bethlehem Rd
Gloster, LA 71030-3100

John McGinn
1991 NE 35th St
Lighthouse Point, FL 33064

John Moynihan
1575 Fall River Rd
Estes Park, CO 80517-9104

John North
3925 S 200 E
Lagrange, IN 46761-9765

John Nott
2461 SW Racquet Club Dr
Palm City, FL 34990-2610

John Sample
Po Box 517
Bayard, NE 69334-0517

John Smith
421 Sylvan Dr
Manning, SC 29102-2227

John Thiele
21623 N Tangle Creek Ln
Spring, TX 77388-4048

John Weiss III
518 Main St
Bromley, KY 41016-1233

John Welford
47 Weare Rd Apt 3-12
Seabrook, NH 03874-4159

John Wesley
16 Pondview Dr
Willow Street, PA 17584-9747

Gross, John
2101 Glencourse Ln
Reston, VA 20191-1316

Haynes, John
1533 Mill Dam Rd
Virginia Beach, VA 23454

Johnny Johnson
1710 Switzer Green Pond Rd
Woodruff, SC 29388-8381

Jon Von Fumtti
13402 Isabelle Way
Broomfield, CO 80020-8120

Jonathan Little
5680 Connie Ln
Shingle Springs, CA 95682-8661

Jose Alers
28 Congress Street
Lawrence, MA 01841

Jose Huerta
4141 Polaris Dr Apt 1041
Irving, TX 75038-1607

Jose Mendoza
504 S Sterling ST
Streator, IL 61364-2353

Jose Rivera
88 Hilarity St
Providence, RI 02909-5711

Ramos,Jose
2336 Hamlet Dr
Tobyhanna, PA 18466-4082

Joseph Bahbah
1160 Hamner Ave Ste B
Norco, CA 92860-3152

Joseph Gagne
53 Fairfield St
Manchester, CT 06040-5755

Joseph Jones
3314 Abbey Rd
Mansfield, TX 76063-5496

Joseph Leonard
415 E Church St Apt 6
Lock Haven, PA 17745-2130

Joseph Maraday
392 Grand St
Newburgh, NY 12550-3612

Joseph McDermott
150 Rumford #120
Mansfield, MA 02048

Joseph Moore
300 N Busti St Apt 505
Philadelphia, PA 19104-2113

Joseph Newlan
422 Minter Dr
Eastman, GA 31023-7102

Joseph Nofel
3860 E. Redfield Court
Gilbert, AZ 86234

Joseph Simon
1411 Helmsdale Dr
Cary, NC 27511-5210

Joseph Smolco
303 E South Mountain Ave Lot 117
Phoenix, AZ 85042-7530

Trisciani, Joseph
145 Candia Rd
Manchester, NH 03109-4208

Josh Wang
828 Star View Way
Bridgewater, NJ 08807-1825

Joshua Evans
13082 Acres Green Dr
Littleton, CO 80124-2902

Joshua Moreland
18 Habersham Cir
Griffin, GA 30224-7843

Joy Whittaker
6802 Broadhale Dr
Louisville, KY 40291-2409

Joyce Dunlap
PO Box 212
Rio Vista, TX 76093-0212

Joyce Howell
3011 NW 73rd Ter
Hollywood, FL 33024-2743

Juan Balderas
13655 Luis Dr Apt B
Desert Hot Springs, CA 92240-4423

Juan Hernandez
930 W Camile St
Santa Ana, CA 92703-3902

Juan McCauley
2213 Nixson Dr
Longview, TX 75602-3647

Juan Silva
10830 Sabre Hill Dr Unit 208
San Diego, CA 92128-4176

Judee & Melissa Bass
9920 Cabanas Ave
Tujunga, CA 91042-2929

Judith A. Reeder
2832 Ricky Drive
Foristell, MO 63348

Judith Hudson
102 NE 206th Ter
Miami, FL 33179-1719

Judith Rhodes
603 N Main St
Fairmount, IN 46928-1336

Judy Chapman
711 Camellia Ln
West Blocton, AL 35184-2415

Judy Haile
PO Box 830
Roanoke, TX 76262-0830

Judy Mendez
444 Little Satilla Dr
Screven, GA 31560-9140

Julia Carmichael
187 Brandonwood Dr.
Johnson City, TN 37604

Julie Nawrocki
1111 Oregon Dr
Merced, CA 95340-2520

June Rowe
731 Mystery Ct
De Pere, WI 54115-9075

Justin Manley
c/o David T. Butsch, Esq.
231 S. Bemiston, Suite 260
Clayton, MO 63105

Justin White
8622 W Windrose Dr
Peoria, AZ 85381-8156

Kadian Mitchell & JihanBbaker
3337 Wilton Crest Ct
Alexandria, VA 22310-2355

Kagen Hardy
231 S 1025 W
Cedar City, UT 84720

Kaiulana Henderson
9099 Primrose Ln
Hickory Hills, IL 60457-1035

Kaleigh M. Loy
c/o Maggie McFadden, Supervisory Investi
1222 Spruce Street, Room 8.100
St. Louis, MO 63103

Karem Shakir
5890 Mitsy Drive
Rex, GA 30273

Karen Curtis
7919 Larchridge Dr
Dallas, TX 75232-4729

Karen Elidrissi
916 Barn View Ln
Breinigsville, PA 18031-1350

Karen Quale
122 E Jefferson School Rd
Glendive, MT 59330-3204

Karen Schlund
1674 Clover Ct
Barnhart, MO 63012-1485

Karen Slaton
1840 Carriage House Cir Apt 2103
Arlington, TX 76011-4435

Karina Castano
1628 Harmon St Apt 103
Norfolk, VA 23518-4117

Karl Smith
1811 SW 29th Ter
Ocala, FL 34474-2992

Kate Dosser
8200 Glade Ave
Oklahoma City, OK 73132-4273

Cox, Katharine
1690 Gatehouse Cir N Apt 202
Colorado Springs, CO 80904-4933

Katherine Piazza
3 Skyline Dr
Wheat Ridge, CO 80215-6620

Shumway, Katherine
1760 Lansing Drive Apt 227
Salem, VA 24153

Kathleen Irwin
3418 E Bijou St
Colorado Springs, CO 80909-6509

Kathleen Odell
3114 Marne Ave
Norfolk, VA 23509-2550

Florio, Kathleen
66 Valente Dr
Cranston, RI 02920-2413

Kathlene Diaz
RR 1 Box 1474
Henryville, PA 18332-9101

Kathryn Flores
295 State Line Rd
Oak Grove, KY 42262

Kawon Jenkins
4141 Rosemeade Pkwy Apt 1305
Dallas, TX 75287-2615

KBSI
806 Enterprise St
Cape Girardeau, MO 63701

Keisha Grant
7200 Bogley Rd Apt 301
Windsor Mill, MD 21244-8154

Keith Cunnius
132 Water St
Boyertown, PA 19512-7709

Keith Flanagan
5219 Ginseng Dr
Baytown, TX 77521-8252

Keith Gunn
6034 Circle Dr
House Springs, MO 63051-1433

Ball, Keith
6481 Gannett Hill Park Rd
Naples, NY 14512-9162

Ken Reed
300 Oneil Blvd
Attleboro, MA 02703-5124

Kendra Steinbach
1209 Woodside Meadows Dr
Redding, CA 96002-0358

Keneshia Moore
4138 Sautee Trl
Conley, GA 30288-1343

Kenneth Harper
3721 College Ave Apt 4
Davenport, IA 52807-1860

Kenneth Houston
762 W Lincoln Ave
Rahway, NJ 07065-3632

Kenneth Monk
407 E 47th St
Odessa, TX 79762

Kenneth Vialpando
7 Bellflower Ct
Pueblo, CO 81001-1101

Harper, Kenneth
3721 College Ave Apt 4
Davenport, IA 52807-1860

Dixon, Kennitha
2557 Adams St
Gary, IN 46407-4015

Kenny Rodgers
113 Hillcrest Ln
Willingboro, NJ 08046-1206

Kent Harrison
616 Royal Pecan Way
Collierville, TN 38017-1734

McDaniel, Keokuk
6116 Singleton Dr
Marrero, LA 70072-3520

Kerry Estes
205 E Ohio St
Fortville, IN 46040-1321

Kevin & Lanay Blakemore
870 E Route 130 Apt A9
Burlington City, NJ 08016-2866

Kevin Guillot
126 Magnolia Point Dr
Huffman, TX 77336-2923

Kevin Hartman
980 Wright St Lot 6
Union, MO 63084-1496

Kevin Marsh
RR 1 Box 7489
Antlers, OK 74523-9774

Kevin McGrath
204 County Road 519
Newton, NJ 07860-7040

Kevin Munley
4822 8th Rd S
Arlington, VA 22204-1436

Kevin Pairrier
44523 Highway 42
Prairieville, LA 70769-6414

Kevin Ramsey
5901 Wellborn Trl
Lithonia, GA 30058-8305

Kevin Robillaid
510 Butler Ave Apt Cat5
Martinsburg, WV 25405-9990

Swann, Kevin
5667 Waterman Blvd
St. Louis, MO 63112

Tolbert, Kevin
59 Prests Mill Rd
Old Bridge, NJ 08857-2737

Khachatur Magdessian
22984 E Dorado Dr
Aurora, CO 80015-6573

Kieara Jackson
3623 N Sterling Ave Apt A4
Peoria, IL 61604-1157

Kim Smith
250 Alcoma Blvd Apt 307
Penn Hills, PA 15235-2112

Simms, Kim
3514 6th St SE Apt 9
Washington, DC 20032-3840

Kimberly Batte
111 Ward St
Montgomery, NY 12549

Kimberly Davis
35916 Road 112
Visalia, CA 93291-9518

Kimberly Fowler
119 Castlestone Dr
Elkton, MD 21921-6048

Kimberly Hopwood
130 McKenzie Ln S
North Liberty, IA 52317-9172

Kimberly Kelsey
2831 51st St SW
Naples, FL 34116-7633

Bouchey, Kimberly
244 Valley View Rd Apt 1
Richardsville, KY 42101-8285

Kirsty Mondt
P.O. Box 825
El Cajon, CA 92022

Kizzi Fontenot
1301 Meadow Dr
Lake Charles, LA 70607-4717

Kobina Charles
1437 Lardner St
Philadelphia, PA 19149-3224

Konica Minolta Busimess Solutions
U,S.A., Inc
4388 Collections Center Drive
Chicago, IL 60693

Kristin & Chris Berbessi Hicks
745 Academy Woods Dr
Jefferson, GA 30549-7520

Kusum Byrd
7706 Midfield Ave
Los Angeles, CA 90045-3236

Kwami Attiple
2938 Wetherburn Ct
Woodbridge, VA 22191-4632

La Donna Parrish
847 Sky Blue Dr
Knoxville, TN 37923-2338

Burns, Lafayette
1136 Washington Ave Unit 505
St. Louis, MO 63101-1172

Neal, Lagretta
714 E Warren Ave
Eden, NC 27288-2538

Lana Lee
1903 Deborah Dr
Loveland, CO 80537-7024

Larry Cottam
214 Highway 70 W
Mason, TN 38049-7849

Larry Ehlers
406 Friendly Dr
Red Bud, IL 62278-1742

Klein, Larry
104 Old Carriage Dr
Englewood, OH 45322-1168

Latasha Roberts
2536 Fox Hill Ln
Jacksonville, FL 32221-3838

Lathel Cunningham
278 Christian Rd
Mc Cormick, SC 29835-7114

Kimbrough, LaTisha
230 30th Ave
Columbus, GA 31903-1501

Laura Gustafson
13056 Sawpit Rd
Jacksonville, FL 32226-1616

Gonzalez, Laura
4461 Continental Way
Stockton, CA 95207-7756

Laurence Vanterhulst
2801 Rfd
Long Grove, IL 60047-8359

Laurie Ivanhoe
41873 Inspration Terace
Aldie, VA 20105

Thomas, Lawrence
4101 Sam Peck Rd
Little Rock, AR 72223-2150

Legon Ponce & Fodiman, P.A.
1111 Brickell Ave., Suite 2150
Miami, FL 33131

Lekiasha Jones
128 Terrace Dr Apt 19
Haines City, FL 33844-5140

Leon & Susan Hank
Crampton Way
Holt, MI 48842

Leon and Susan Hank
c/o Jeffrey A. Hank, Esq.
Consumer Law Center PLLC
P.O. Box 1110
Jackson, MI 49204

Leon Howell Sr.
4001 S Thornton Ave
Tucson, AZ 85735-1260

Leon White
5065 N Main St
Milan, TN 38358-1820

Lopez, Leon
3118 Ellis St
Ames, IA 50014

Banes, Leonard
3019 N Olsen Ave # 2
Tucson, AZ 85719-2846

Thornton, Leonard
517 Maus Ave
Ypsilanti, MI 48198

Leonel Arteaga
1517 Dehart Dr # 20a
New Iberia, LA 70560-6981

Leslie Suehisa-Mueller
95-088 Kaulua St
Mililani, HI 96789-1510

Lester Norvell Sr.
324 Edward St
Michigan City, IN 46360-4918

Levi Rivers
18815 Desert Marigold Dr
Houston, TX 77073-4366

Phillips, Lewis
18630 Chestnut Ave
Country Club Hills, IL 60478-5519

Lifetime Television
PO Box 7247-8295
Philadelphia, PA 19170-8295

Linda Allen
311 Buckeye St W
Belle Center, OH 43310-9704

Linda Cortez
6802 Appleton St
Houston, TX 77022-4953

Linda Derienzo
6 Eliot Ct
O Fallon, MO 63366-7432

Linda Dillard
190 Kent St
Beckley, WV 25801-9308

Linda Jackson
67 Laverne Ln
Akron, OH 44312-4045

Linda Petrocelli
50 Edwards Rd
Mastic Beach, NY 11951-2601

Linda Roberson
116 Back Haven Rd
Hortense, GA 31543-2100

Linda Spurlin
PO Box 514
Lacoochee, FL 33537-0514

Linda Turner
54 W Cummings Ave
Hampton, VA 23663-2202

Linda Walton
3603 Nichols Meadow Cir
Louisville, KY 40215-1498

Linda Webb
3496 Highway 178 W
Fulton, MS 38843-7239

Lindsay Watts
3530 Devonshire Dr
Moss Point, MS 39563-4008

Linette Byrd
PO Box 718
Van Vleck, TX 77482-0718

Linval Lindsay
18145 Orange Grove Blvd
Loxahatchee, FL 33470-1860

Lisa Eddens
2434 Oakwood Ave
Lupton, MI 48635-9797

Lisa Guvman
316 W Highland Dr
Grand Junction, CO 81503-2142

Lisa Readance
12316 Woodside Ct
Strongsville, OH 44136-4259

Lisa Rich
390 E 13 Mile Rd Apt 101
Madison Heights, MI 48071-2150

LOGO, MTV Networks
AD Sales PO Box 13683
Newark, NJ 07188-0683

Lonnie South
3309 E Jerome Ave
Mesa, AZ 85204-7331

Lonny Robbins
2338 Beech Ln
Pampa, TX 79065-3025

Loraine Henzel
7828 N Platte Purchase Dr
Kansas City, MO 64118-1047

Lorena Rodriguez
4600 Lonesome Dove Ct
Shingle Springs, CA 95682-8493

Loretta Johnson
4794 Mays Store Rd
LA Grange, NC 28551-7229

Lorna Chin
14314 SW 120th Ct
Miami, FL 33186-6068

Lorraine Garcia
5636 MacDougall Dr
Haltom City, TX 76148-3730

Lorraine Severino
2007 Joanna Ave
Zion, IL 60099-1529

Louella Mollet
PO Box 596
Lovely, KY 41231-0596

Louis Almanza
7915 Split Oak Dr
Houston, TX 77040-2718

Louis Piche
1107 Cabana Dr
Nashville, TN 37214-3939

Louise Titus
2432 Crossing Way
Wayne, NJ 07470-4735

Luella Hunter
1960 Twin Lakes Rd
Cades, SC 29518-3444

Lynn Mason
PO Box 162291
Sacramento, CA 95816-2291

Lynne Soule
PO Box 416
Hillsboro, NH 03244-0416

Mabalean Hall
2608 Bonnie View Dr NW
Huntsville, AL 35810-3602

Mabel Stringfellow
415 S Alexandria Ave Apt 4
Los Angeles, CA 90020-2741

Mack Jackson
4490 NW 33rd Ave
Miami, FL 33142-4315

Mack Liporada
3939 Monroe Ave Apt 107
Fremont, CA 94536-6937

Maggie Oborne
150 Nash Ln
Pinson, TN 38366-1817

MagicDust Television
9633 South 48th Street, Suite 185
Phoenix, AZ 85044

Malik Williams
1213 Ashford Dr
Saint Louis, MO 63137-1910

Malika Givehand
9139 Ramona St Unit 13
Bellflower, CA 90706-7400

Manuel Carlos
8880 Newton St
Westminster, CO 80031

Manuel Espindola
1650 Kanunu St Apt 1315
Honolulu, HI 96814-2739

Manuel Gonzales
31100 Nys Route 37
Evans Mills, NY 13637-3120

Manuel Martinez
9237 Curacao Dr
Fort Worth, TX 76123-7355

Manuel Sanchez
543 Redwood Rd
Bolingbrook, IL 60440-2579

Mar Graphics
523 South Meyer Avenue
Valmeyer, IL 62295

MARATHON
2900 W. Olympic
Suite 201
Santa Monica, CA 90404

Marc Besir
1031 Jfk Blvd Apt 3
Endicott, NY 13760-1832

Marc Reina
1324 NE 13th Ave
Fort Lauderdale, FL 33304-1829

Gapa, Marcel
3801 23rd Ave
Astoria, NY 11105-1922

Marco Olvera
40729 156th St E
Lancaster, CA 93535

Margaret McGuire
Po Box 25
Pecan Gap, TX 75469-0025

Margaret Nugent
145 N 2nd St Floor 1st
Sunbury, PA 17801-2125

Marguerite Jirau
9381 Lake Lotta Cir
Gotha, FL 34734-5046

Marie McKinney
2717 S 78th St
Philadelphia, PA 19153-1725

Marieann Cristobal
33 Ardsley Ct
Newtown, PA 18940-2300

Marilyn Moaga
6698 Charlene Ave.
San Diego, CA 92114

Mario Beronilla
1813 Grosse Pointe Cir
Hanover Park, IL 60133-6723

Mark Chaudion
9145 Brittany Woods W
Cedar Hill, MO 63016-1311

Mark Reid
79 Norton Street
New Haven, CT 06511

Mark Roy
28 Frederick Pl
Parlin, NJ 08859-1812

Mark Weinstein
29 Loller Rd
Hatboro, PA 19040-3923

Mark Woods
3529 Rodgers Ave
Fort Wayne, IN 46803-3889

Mark Young
12606 Henderson Chapel Ln
Bowie, MD 20720-3355

Fox, Mark
122 Martins Ln
Hingham, MA 02043-1034

Frankobich,Mark
1551 Kuhlview Dr
Pittsburgh, PA 15237-6621

Markus Fair
1804 N 36th St
Milwaukee, WI 53208-1944

Marlan Trinkle
14484 Linden Tree Rd
Grasston, MN 55030-2125

Marlon Gordon
6 White Oak Trl
Hampton, VA 23669-2088

Marquice Bowman
8 Alexandria Dr
Oxon Hill, MA 20745-1001

Marquiece Robney
12 Deville Cir Apt 3
Wilmington, DE 19808-4530

Marshall, Dennehey, Warner, et al.
Acct. Department
1845 Walnut Street
Philadelphia, PA 19103

Martha Gainer
109 Adams Dr
Bainbridge, GA 39819-6513

Martin Sherman
43155 Sierra Hwy, Space 25
Lancaster, CA 93534-6035

Garo, Martin
4495 E Campbell Ct
Higley, AZ 85236-3643

Marvin Foster
321 VZ Count Road 3710
Edgewood, TX 75117

Mary Bowen
8911 NW 125th St
Chiefland, FL 32626-7884

Mary Braxton
4070 Gigem Dr
Memphis, TN 38109-4238

Mary Clark
6407 Rivers End Dr
Louisville, KY 40258-5478

Mary Krause
224 Oak Dr E
Hurst, TX 76053-5741

Mary Lang
24871 Monte Verde Dr
Laguna Niguel, CA 92677-1527

Banks, Mary
302 Greenhill Drive
Starksville, MS 39759

Matt Shannon
917 Morton Ave
Aurora, IL 60506-2120

Maurice Harb
16127 Lytham Dr
Odessa, FL 33556-5408

Maurice Tucker
216 Summit Townes Way
Columbia, SC 29229-7720

Mauriness Hinkley
411 Old Fox Squirrel Ridge Rd
Pickens, SC 29671-9352

Maury West
PO Box 130715
Tampa, FL 33681-0715

Maxine James
152 Hendrix St
Brooklyn, NY 11207-2612

Meaghan Scheuermann
4 Warwick Pl
Florida, NY 10921-1911

Megan Beck
370 Spear Dr
Fort Bragg, NC 28307-2254

Melchor Rodgers
14835 Porterfield Dr Apt 6
Orange, VA 22960-1265

Melissa McOwen
1921 Star Point Rd
Carrollton, GA 30116-9503

Melvin Barker Jr.
18131 Eden Church Rd
Cobbtown, GA 30420-6837

Melvin Wilhelm
641 Whitney Rd
Sherman, TX 75090-3271

MEPCO
Attn: Rob Shuster
111 N. Canal Street, Suite 375
Chicago, IL 60606

Mercedes Cruiz
731 S New Hampshire Ave Apt 8
Los Angeles, CA 90005-1757

Mercy Bruce
132 Kintyre Dr
Oxford, MI 48371-6022

Meredith Furel
4124 High Country Dr
Douglasville, GA 30135-4269

Micah Crumbley
401 Warren St
Bessemer, AL 35022-4555

Michael  Prosperi
6500 Madison St Floor 2
West New York, NJ 07093-1636

Michael & Anna Arriola
15323 Alburtis Avenue
Norwalk, CA 90650

Michael Barone
42 Robert Best Road
Egg Harbor Township, NJ 08234

Michael Carlson
3006 Fig Orchard Road
Highlands, TX 77562

Michael Drew
121 Milton Rd
Pensacola, FL 32507-2331

Michael Lanza
320 Pleasant St
Troy, NY 12182-1312

Michael Lilly
6070 Fm 974
Bryan, TX 77808-6554

Michael Peek
1908 Jericho Rd Unit C2
LA Grange, KY 40031-9185

Michael Silva
55 Briarwood Ln Apt 55d
Branford, CT 06405-4337

Michael Smith
619 Central Ave Apt 302
Cincinnati, OH 45202-2330

Michael Stamp
9032 W Cannel Island St
Boise, ID 83709-8220

Michael Sturgeon
7040 Little Tar Spring Rd
Hawesville, KY 42348-5072

Michael Tumalad
19403 Youngtree Cir
Houston, TX 77084-4642

Michael Wedding
4630 W 72nd Ave
Merrillville, IN 46410-4290

Clark, Michael
5332 Beam Lake Dr
Charlotte, NC 28216-2767

Grinstead, Michael
7377 W Grant Ranch Blvd Apt 2023
Littleton, CO 80123-2665

Luther, Michael
PO Box 349
Ark, VA 23003-0349

Melanson, Michael
5757 Lake Murray Blvd Apt 47
LA Mesa, CA 91942-2212

Micheal Lewis
5584 Tiki Ln
Jackson, MS 39212-3657

Micheal McMillan
220 June Way
Braddock, PA 15104-1332

Michelle Rodabaugh
9735 Loblolly Ln
Roswell, GA 30075-4315

Michelle Strickland
4195 Bemiss Rd Lot 69
Valdosta, GA 31605-6680

Ford, Michelle
5320 N Marvine St
Philadelphia, PA 19141-2926

Miguel Castro
4335 McMahon Cir # B
El Paso, TX 79904-4312

Mike Evans
1743 Wild Mustang Canyon Ln
Katy, TX 77493-8061

Mike Eyman
915 S Field St
Lakewood, CO 80226-4112

Mike Rokus
PO Box 1286
Weatherford, TX 76086-1286

Mike Wallace
3812 Rose Bay Ln
Loganville, GA 30052-6658

Owens, Mike

Miles Pride
5216 Irving St
Philadelphia, PA 19139-4017

Military Channel
PO Box 79963
Baltimore, MD 21279-0963

Milton Braga
636 Everett St Apt 3
Negaunee, MI 49866-1554

Milton Zotos
40 Prospect Ave Apt D
Danielson, CT 06239-2759

Miriam Velez
3252 Joyce St
Philadelphia, PA 19134-3221

Mississippi Public Service Commission
501 N. West Street
Jackson, MS 39201

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105

Mohammad Safi
116 Early Parkway Dr SE
Smyrna, GA 30082-3120

Molly Davisson
926 Jackson Way
Fort Pierce, FL 34949-8519

Momo Wiles
2029 W Grove Ln
Grand Prairie, TX 75052-8859

Monohan Wilson
3901 Kentucky Hwy. 467
Bemosville, KY 40133

Monty Veasey & Company
P.O. Box 1572
Tifton, GA 31793

Morris Tyson
1940 County Road 27
Tuskegee, AL 36083-3623

Mozell Ray
1207 Satillo Ln
Richmond, TX 77469-6126

MSNBC C/O NBC Universal CFS Bank of Amer
NBC Universal Lock Box #402971
Atlanta, GA 30384-2971

MTV Networks
AD Sales PO Box 13683
Newark, NJ 07188-0683

MTV2
AD Sales P.O. Box 13683
Newark, NJ 07188-0683

MTVJAMS
AD Sales P.O. Box 13683
Newark, NJ 07188-0683

Nancy Basi
1121 NW 127th Ct
Miami, FL 33182-2032

Nancy Carpenter
9621 Bush Hill Ter
Gaithersburg, MD 20882-3908

Noyes, Nancy
402 Carolina Ave Apt C
Siler City, NC 27344-3056

Naomi Everett
685 E Laredo St
Chandler, AZ 85225-3913

Buyon, Nathaniel
2142 Canyon Blvd Apt 205
Boulder, CO 80302-4517

Dotson, Nathaniel
2816 Woodmark Dr Apt 302
Woodbridge, VA 22191-4709

National Depo
P.O. Box 404743
Atlanta, GA 30384

National Geographic Channel
File # 56291
Los Angeles, CA 90074-6291

National Safe Drivers
800 Yamato Road, #100
Boca Raton, FL 33431

NBA Digital Holdings, LLC
PO Box 533139
Charlotte, NC 28290-3139

NBC Universal Television
13053 Collections
Chicago, IL 60693

Neil Kaplan
14 Mountain Lake Ct
Germantown, MD 20874-3997

Nellie Bowen
554 McKibben Rd
Buchanan, GA 30113-2210

Nelson Boyrie
145 Livingston Ave Apt 1a
Yonkers, NY 10705-2215

Nelson Dubose
PO Box 861334
Plano, TX 75086-1334

Neville Plummer
1114 Riverwood Dr
Algonquin, IL 60102-3817

New England Sports Network
480 Arsenal Street
BLD 1
Watertown, MA 02472

New York Catholic Health Plan
95-25 Queens Boulevard
Rego Park, NY 11374

Nicholas Handoko
211 Liberty Ave Apt 536
Lafayette, LA 70508-6867

Nicol Sanders-Hunter
3068 Audrey Cv
Memphis, TN 38127-7321

Nicolas Martin
1019 Allisa St
Stafford, TX 77477-4625

Nizar Jawhari
175 Gallery Way
Tustin, CA 92782-1111

Noel Querrie
4828 Stafford Pl NW
Albuquerque, NM 87120-3231

Stuckenschneider, Norbert
2635 Dalton Ave
St. Louis, MO 63139-1625

OCE, Inc.
5450 North Cumberland Avenue
Chicago, IL 60656

Omar Sibron
14340 Sanford Ave
Flushing, NY 11355-2044

Orlando Pino
504 Longwood Loop NE
Rio Rancho, NM 87124-4927

Outdoor Channel
PO Box 809280
Chicago, IL 60680-9280

Paige Reese
1986 Eden Church Rd
Louisville, GA 30434-6315

Pam Sebjam
392 Lithia Valley Rd
Factoryville, PA 18419-2820

Gomes, Pam
7429 Patricks Ln Apt 52
Citrus Heights, CA 95610-2954

Pamela Colding
1707 Lake Josephine Dr
Sebring, FL 33875-6460

Pamela Jackson
704 Kikanai Loop
Honolulu, HI 96818-4434

Pamela Jackson
345 Larchmont Dr NW
Atlanta, GA 30318-7167

Pamela Napier
PO Box 163
Price, UT 84501-0163

Pamela Thomas
6608 Sprucewood Ln Apt 1207
Arlington, TX 76017-0938

Pamela Tucker
10555 Tralee Ter
Damascus, MD 20872

Parrish Lee
67 Macombs Place #4A
New York, NY 10039

Patricia Rogers
1460 St. Stevens Rd
Mobile, AL 36603

Patrick Williams
1050 Highland Ridge Way Apt 204
Castle Rock, CO 80109-7772

Doty, Patrick
1414 National Rd Apt 710
Wheeling, WV 26003-5650

Paul & Dorothy Harris Wimberly
3601 Santa Monica Dr
Abilene, TX 79605-6636

Paul Bosnick
2502 Braddock Rd
Mount Airy, MD 21771-8916

Paul Cook
4329 West Park Rd Lot 20
Corsicana, TX 75110

Paul Ferguson
1302 Denman Ct
Wesley Chapel, FL 33543-3938

Paul Hansen
5811 Libbey Ln
Houston, TX 77092-5021

Paul Mercado
404 Laverne Ave
Alexandria, VA 22305-2722

Paul Tippens
851 Richmond Rd
Susanville, CA 96130-4822

Simms, Paula
2818 28th St SE Apt 1
Washington, DC 20020-2619

Pauline Muscaritillo
3 Memory Ln
Milford, MA 01757-2319

Paultina Hines
4124 E 11th Pl
Gary, IN 46403-3546

Davis, Pearl
604 Goldwire St SW
Birmingham, AL 35211-2959

Peggy Diaz
3107 W Arch St
Tampa, FL 33607-5103

Peggy Nuckles
6600 Raylewood Dr
Greensboro, NC 27406-8882

Peter Villanueva
221 At The Fls
Bushkill, PA 18324-9514

Petre Vanau
4509 Skillman Ave
Sunnyside, NY 11104-2116

Phil Almeida
1489 Menton St
Danville, CA 94506-2007

Phyllis Forsythe
2168 Leisure World
Mesa, AZ 85206-5373

Pierre Evans & Jenayia Lowell
2255 W Germann Rd Apt 1100
Chandler, AZ 85286-7283

Pierre Wilner
2264 Winkler Avenue, #203
Ft. Myers, FL 33901

Planet Green, Discovery Channel
One Discovery Place
Silver Spring, MD 20910

Prashant Menon
200 Weeping Willow Dr
Lynchburg, VA 24501-3949

Prestige Administration, Inc.
15002 North 25th Dive, Suite 1
Phoenix, AZ 85023

Preston Routh
12206 Yancy Glen Dr
Mobile, AL 36695-4710

Smith, Prince
295 Avant Dr
Hazelwood, MO 63042

Quincy Watson
1799 Fm 528 Rd Apt 8002
Webster, TX 77598-4718

Quinton Clark
9525 Wallace Ave
Kansas City, MO 64134-1857

Quiteel Andrews
930 M St NW Apt 719
Washington, DC 20001-4391

Rachel Hoskins
9520 Stoney Glen Dr Apt E
Mint Hill, NC 28227-0475

Rafid Bahou
34615 Tyler Dr
Sterling Heights, MI 48310-5664

Ralph Lohr
10330 N Lynn Cir Apt N Bldg 64
Mira Loma, CA 91752-1318

Ramon Bagasan
67/30 Dartmouth St.
Forest Hills, NY 11375

Ramon Galvan
2012 Wylie Dr Apt 17
Modesto, CA 95355-3848

Ramon Mejias
3756 Metro Pkwy Apt 716
Fort Myers, FL 33916-7498

Randell Jones
1283 Simpson Highway 149
Mendenhall, MS 39114-5443

Randy Celestine
2120 Summer Ray Dr Nw
Albuquerque, NM 87120-6120

Randy DeFriez
9250 S US Highway 89 Spc 15
Jackson Hole, WY 83001-8865

Raul Ramirez
10110 31st Ave Fl 1
East Elmhurst, NY 11369-2008

Ray Pruitt
PO Box 151
Danbury, TX 77534-0151

Ray/Brian Davis
806 Lucky World Dr
Davenport, FL 33897-8404

Raymond Bryan
18 Hendricks Ct
Sayreville, NJ 08872-2704

Raymond Clark
PO Box 4555
Hartford, CT 06147-4555

Raymond Switzer
403 NW 1601st Rd
Kingsville, MO 64061-9138

Raymond Wright
436 S Lansdowne Ave Apt E302
Yeadon, PA 19050-2490

Rebecca West
428 S Gates St
Oakland, IA 51560-4161

Regency Office Products, LLC
5505 Creedmoor Road, Suite 220
Raleigh, NC 27612

Renoldo Bustos
109 S 37th St
Billings, MT 59101-3610

Rhoderick Beery
6820 Shadow Ridge Road
Lincoln, NE 68512

Rhoderick Beery
c/o Robert F. Chandler, Esq.
1010 Market Street, Suite 950
Saint Louis, MO 63101

Rhonda Crosson
5817 Germantown Ave
Philadelphia, PA 19144-2138

Rhonda Tatum
PO Box 2276
Decatur, GA 30031-2276

Ricardo Casteanda
3765 N Millbrook Ave Apt B
Fresno, CA 93726-5876

Ricardo Johnson & Regina   Hedgepeth
3221 Snowberry Dr
Raleigh, NC 27610-5937

Castaneda, Ricardo
3765 N Millbrook Ave Apt B
Fresno, CA 93726-5876

Richard & Beverly Blondell
1204 Reid Rd
Grand Blanc, MI 48439

Richard Banks
9 Liberty Pl
Jackson, NJ 08527-2241

Richard Carroll
115 Lb Hunt Rd
Mansfield, LA 71052

Richard Janssen
PO Box 1343
Tybee Island, GA 31328-1343

Richard lerma
PO Box 6956
Salinas, CA 93912-6956

Richard Parrish
9963 Summit View Dr
Sandy, UT 84092-4287

Rickie W. Fluharty & Sarh Peck
130 Springdale St
Sistersville, WV 26175-1630

Ricky Rogers
PO Box 3681
Alamogordo, NM 88311-3681

Ripley Knickerbocker
30 Frances Dr
Hampden, ME 04444-1700

Rita Gonzalez
4311 NW 196th St
Miami Gardens, FL 33055-1814

Rita Green
1360 Doolittle Dr
Baton Rouge, LA 70810-2334

Robert  Summers II
1582 John Wesley Way NW Apt 31
Huntsville, AL 35816-2040

Robert & Bertha Kelly
6201 Sandlin Ave
Texarkana, TX 75503-1547

Robert Archibeque
2847 Hunters Ct SW
Albuquerque, NM 87105-5633

Robert Biggerstaff
P.O. Box 614
Mt. Pleasant, SC 29465

Robert Cadena
Po Box 460331
San Antonio, TX 78246

Robert D. Johnston
29287 Belmont Lake Road
Perrysburg, OH 43551

Robert Foster
10 N Main St Apt B
Port Deposit, MD 21904-1210

Robert Grauberger
905 13th St
Wheatland, WY 82201-2501

Robert Grimm
1777 Wellstead St
Mt Pleasant, SC 29466-8374

Robert Guardado
8541 Tampa Ave
Northridge, CA 91324-4259

Robert Harriott
669 Pepper Dr Apt C
Hanford, CA 93230-7094

Robert Henry
13943 Creekview Dr
Somerville, OH 45064-9640

Robert Petty
1235 Magnolia Pl
Birmingham, AL 35215-6816

Robert Pyle
3132 Parkview Dr
Granite City, IL 62040-6229

Robert Reynolds
5813 Black Diamond
Cibolo, TX 78108-2011

Robert Runge
PO Box 914
Conyers, GA 30012-0914

Robert Settembro
36 Southworth St
West Springfield, MA 01089-2723

Robert Southard
1219 Walters St
Orland, CA 95963-1927

Robert Tomlinson
2344 Grayson Valley Cir
Birmingham, AL 35235-3505

Robert Torres
9 Mills Path
Ronkonkoma, NY 11779-2627

Robert Weers
4314 Majesty Ct
Rockford, IL 61109-2507

Robert Wells
7014 Grinder Dr
Austell, GA 30168-5871

Robert Williams
2813 Gailwood Dr
Memphis, TN 38134-4368

MacKenzie, Robert


Maez, Robert
3101 Barcelona Rd SW
Albuquerque, NM 87105-5545

Robin & John Miller
1701 Melbourne Rd
Dundalk, MD 21222-4822

Robin Boyer
2734 Barbary Ln Apt B
Indianapolis, IN 46205-2369

Robin Harren
4112 E 7th St Apt B
Long Beach, CA 90804-5374

Robin Stockman
305 Crescent
Watervliet, MI 49098-9376

Robyn Laforge
3321 Neely Ave Apt D2
Midland, TX 79707-5825

Rod Young
11740 Edenberry Dr
Richmond, VA 23236-3204

Downie, Rod
1221 5th St
Manhattan Beach, CA 90266-6002

Roderick Watts
1025 Matthews Commons Dr Apt 25
Matthews, NC 28105-6138

Rodney Barnes
8626 Artesia Blvd Apt 42
Bellflower, CA 90706-6130

Rodney Dibbie
PO Box 872
Clarkston, MI 48347-0872

Rodney Jackson
2863 Texas Ave
Saint Louis, MO 63118-1525

Rodney Weaver
5 Falcon Ct Apt 6
Little Rock, AR 72210-4425

Roger Horne
PO Box 706
Youngsville, NC 27596-0706

Rollen Lipscomb
8032 E State Highway 21
Bryan, TX 77808-8668

Montoya, Roman
941 Highway 4
San Ysidro, NM 87053-6094

Romy Michel
217 Amelia Garden Way
Lawrenceville, GA 30045-6839

Ron Orazco
500 King Dr Apt 412
Daly City, CA 94015-2932

Ronald Holloway
8330 Cindy Dr
Zephyrhills, FL 33540-7736

Ronald Keezer
11007 Merrywood Dr
Jacksonville, FL 32256-1525

Ronald Leblanc
4403 Skylane Rd
Beach City, TX 77523

Ronald Statlin
9457 Las Vegas Blvd S Unit 384
Las Vegas, NV 89123-3341

Ronald Taylor
4129 S Liverpool Way
Aurora, CO 80013-7460

Ronda Folden
1909 Berkley Ave
Cincinnati, OH 45237-6117

Ronnie Brown
521 Saint Charles Ave SW
Birmingham, AL 35211-1144

Ronnie Harrington
813 Briarwood Cir
Leesville, LA 71446-9095

Ramirez, Ronnie
1020 W Dickens St
Slaton, TX 79364-3124

Rosalinda Avina
1056 Carob Way Apt A
Montebello, CA 90640-6263

Rose Chroney
36 Dana Ave
Hyde Park, MA 02136-2726

Rose Easier
14901 Milverton Rd
Cleveland, OH 44120-4231

Rosemarie Leonard
6 Gyle Ct
Columbia, SC 29223-7844

Valdez, Rosemary
305 Jalapa St
Weslaco, TX 78596-4407

Roy Cagle
2611 SW 2nd Pl
Cape Coral, FL 33914-4472

Royal Papers, Inc.
2701 Hereford Street
P.O. Box 39922
Saint Louis, MO 63139

RTV
PO Box 11549
Chattanooga, TN 37401

Brown, Rupert
20 Faith Ct
Douglasville, GA 30134-4435

Russ Warren
2633 Greenwinch St
Streetsboro, OH 44241

Russell Storms
26101 Mount Diablo Rd
Laguna Hills, CA 92653-6318

Russell Wilson & Shelley Maddock
PO Box 7493
Nikiski, AK 99635-7493

Rust Fondren
3751 Appian Way Apt 119
Lexington, KY 40517-5907

Rusty Wallace Racing
149 Knob Hill Road
Mooresville, NC 28117

Ruth Robinson
92 Parum Rd Apt 1
Colchester, CT 06415-1923

Ruthie Richardson
122 Kite Ln
Brookeland, TX 75931-7243

Ryan Fogarty
41w089 Bridle Creek Dr
Saint Charles, IL 60175-7677

Ryan Ramgoolie
401 S Bender Ave Apt 1716
Humble, TX 77338-7740

Ryan Schaff
16660 Eastonville Rd
Elbert, CO 80106-8918

Sabrina Banks
9612 Falcons Fire Dr
Mckinney, TX 75070-8898

Sacha Buitron
351 Potter Rd
West Palm Beach, FL 33405-3621

Sage Innovations
18330 Edison Avenue
Chesterfield, MO 63005

Sally Maps
1604 N Elm St
Jerome, ID 83338-5153

Samantha Sartin
8885 Research Blvd Apt 1166
Austin, TX 78758-8505

Samuel Bond
23 Plantation Dr
Scarborough, ME 04074-9819

Samuel Lee
PO Box 525
Victorville, CA 92393-0525

Samuel Mitton
1602 E 2nd Ave Apt 61
Indianola, IA 50125-2889

Samuel Moultrie
1539 Fort Dupont St SE
Washington, DC 20020-6029

Sarah Constine
323 Pineville Rd
Buena Vista, GA 31803-2213

Sarah Jandro
404 Schuller Court
Dundas, MN 55019

Sarah Wall
131 Westfield Rd
Shelby, NC 28150-4856

Scripps Networks
PO Box 51850
Knoxville, TN 37950

Sean & Rhonda Williams
179 Linden Blvd Apt 3n
New York, NY 11226

Severson Woolford
922 Homestead St
Baltimore, MD 21218-3606

Shabliss Penn
25462 Lincoln Terrace Dr Apt 101
Oak Park, MI 48237-1272

Shadreeka Jones
5530 Morning Creek Cir
College Park, GA 30349-3538

Shandora Davis
8 Eakin St
Salem, NJ 08079-1704

Shane Phillips
1845 Northcrest Dr. Nw Apt 224
Cullman, AL 35058

Harrell, Shanea
1015 Nansemond Pkwy Apt-901j
Suffolk, VA 23434-2254

Shannon Motley
2712 Florence Drive
Hopkinsville, KY 42240

Shanon Patrick
71 No Ka Oi
Kapaa, HI 96746

Sharifah Aun
5517 Argyle St
Dearborn, MI 48126-3183

Sharon Piper
7110 Kings Dr
Baytown, TX 77521-1106

Sharon Szymanski
c/o Randall L. Rhodes, Esq.
903 East 104th Street, Suite 510
Kansas City, MO 64131

Shaughnessy Kniep Hawe, Inc.
P.O. Box 790051
Saint Louis, MO 63179

Shaun Belland
10536 Crest Haven Ct
South Jordan, UT 84095-7150

Hamlin, Shauna
205 Golightly Spring Rd
Toney, AL 35773-8850

Sheena & Margie Neely
130 Neelytown Road
China Grove, NC 28023

Sheena Nelson
4401 W 20th Ave
Gary, IN 46404-2536

Sheila Maldonado
Po Box 254
Alderson, OK 74522

Sheila Nathan
15627 N 30th Ave
Phoenix, AZ 85053-4006

Sheila Slay
1307 W Francisquito Ave Apt 69
West Covina, CA 91790-4639

Shemese Grant
4504 Nannie Helen Burroughs Ave NE
Washington, DC 20019-3645

Sheri Marks
4108 Mainsail Ln
Chesapeake, VA 23321-3253

Sheronda Harris
5739 Winneste Ave
Cincinnati, OH 45232-1307

Sherrie Brodie
8313 Wednesbury Ln
Houston, TX 77074-2919

Sherrill Sampson
4226 Viewpoint Ln
Ellenwood, GA 30294-6303

Sherry Branch
3703 Bonmark Dr
Richmond, VA 23234-2434

Sheryl Irby
305 Grigsby Ave
Easley, SC 29640-3619

Shibu Varghese
53 N Park Ter
Congers, NY 10920-2143

Shiela Pogue
3700 US Highway 17 92 N
Davenport, FL 33837-9584

Shirley Hanes
1130 N Edison St
Stockton, CA 95203-2319

Shirley Holstrom
921 Anohea Way
Wailuku, HI 96793-9663

Shirley Jones
5955 Ceylon Ct Apt 1
West Palm Beach, FL 33415-7054

Shirley Skinner
18100 Nassau Bay Dr Apt 33
Houston, TX 77058-3318

Shirley Smith
7400 Hogan Rd Apt 219
Jacksonville, FL 32216-1608

Shirley Steverson
715 E Hall St
Carterville, MO 64835-1368

Sholina Baca
146 West Rd
Canterbury, NH 03224-2121

Shred-It, Inc.
4801 Park 370 Boulevard
Hazelwood, MO 63042

Shuwanda Clay & Jonathan Moata
8 Hidden Hollow Ln
Sicklerville, NJ 08081-3909

Silvino Rosales
838 Greens Rd Apt 264
Houston, TX 77060-1413

Simon Birten
23912 Oswego St
Lake Forest, CA 92630-2948

SLEUTH C/O NBC Universal CFS Bank of Ame
NBC Universal Lock Box #402971
Atlanta, GA 30384-2971

Soman Dhar
2308 Sedgwick Ct
Naperville, IL 60564-4385

Sonia Boys
6206 S Russell Rd La Mhp Sp # 45
Globe, AZ 85501

SONY, MSM North America Inc
550 Madison Avenue
12th Floor Room 1259
New York, NY 10022

Sonya Feagin
2301 Wagner St
Mobile, AL 36617-2541

Sonya Shelton
312 W van Buren St
Port Washington, WI 53074

Southwest Inspections
4211 E Sheens Dr.
Phoenix, AZ 85032

SPEED Channel
File # 56933
Los Angeles, CA 90074-6933

SPIKE, MTV Networks
AD Sales PO Box 13683
Newark, NJ 07188-0683

SPORTSMAN Channel
2855 S. James Dr. Ste 101
New Berlin, WI 53151

St. Charles County Collector
201 North 2nd Street, Suite 134
Saint Charles, MO 63301

St. Charles Glass & Glazing
166 Enterprise Drive
Wentzville, MO 63385

Stacey Cline
11245 West Rd Apt 121a
Houston, TX 77065-4829

Stacey Guy
1242 E 98th St
Chicago, IL 60628-1665

Stacy Mitchell
91-2204 Kanela St
Ewa Beach, HI 96706-5963

Stan Gwinn
78 Hutchings St Apt 1
Dorchester, MA 02121-2207

Doaks, Stanley
4204 Fellows St
South Bend, IN 46614-2640

State of Missouri
Missouri Attorney General
207 W. High Street
Jefferson City, MO 65102

State of North Dakota, ex ral.
Office of the Attorney General
600 E. Boulevard Avenue, Dept. 125
Bismark, ND 58505

Stepan Abadzhyan
5824 Whitsett Ave Apt 8
North Hollywood, CA 91607-1141

Stephanie White
32600 Concord Dr Apt 409
Madison Heights, MI 48071-1105

Stephanie White
18575 Hull St
Detroit, MI 48203-2127

Stephen Birbach
50 Ottawa Rd S
Marlboro, NJ 07746-1223

Stephen Davis
203 Lost Canyon Ct
Richardson, TX 75080-2667

Stephen Davis
295 John Williams Rd
Jackson, TN 38301-6778

Stephen Goodin
P.O. Box 206
Noxapater, MS 39346

Steve Andrews
PO Box 148
Franklin, IN 46131-0148

Steve Flores
3514 Kingbard St
San Antonio, TX 78230-3908

Steve Garner
PO Box 101
Sandia, TX 78383-0101

Steve Lane
PO Box 5540
Knoxville, TN 37928-0540

Steve Reeve
151 Andrew Ave Apt 217
Naugatuck, CT 06770-4344

Steve Sturm
PO Box 283
Bradford, IL 61421-0283

Longinette, Steve
4524 Holman Ln
St. Louis, MO 63134-3810

Watkins, Steve
7175 Bristol Meadow Ln
Memphis, TN 38125-4289

Steven Ivy
725 W 54th St
Chicago, IL 60609-6152

Steven Jernigan
235 Main St Apt 2b3
East Hartford, CT 06118-3618

Steven Sievers
445 Monument Rd Apt 520
Jacksonville, FL 32225-6452

Jackson, Steven
47734 Hickory St Apt 23303
Wixom, MI 48393-2716

Stuart Keller
3655 Philadelphia Rd
Van Buren, AR 72956-7303

Sue Short
169 Esplanade Ave
Mobile, AL 36606-5034

Susan Becker
25635 Center Ridge Rd Apt 104b
Westlake, OH 44145-4004

Susan Birkinbine
210 Meetinghouse Rd
Upper Chichester, PA 19014-3355

Susan Buchholz
320 1st Ave NE
Le Mars, IA 51031-3204

Swift Print Communications
P.O. Box 28252
Saint Louis, MO 63132

Sydney
7200 Radice Ct Apt 707
Lauderhill, FL 33319-4260

SyFy Channel
Bank of America Lock Box
PO 402971
Atlanta, GA 30384-2971

Sylvia Moore
PO Box 366
Ray City, GA 31645-0366

Synthia Ward
PO Box 136
Bolivia, NC 28422-0136

Sysco
Attn: Brenda Nuemann
3850 Mueller Road
Saint Charles, MO 63301

Tamara Mueller
116 Noelle Ln
Weatherford, TX 76087-8913

Siefken, Tamara
PO Box 39
Troy Mills, IA 52344-0039

Tamishia Clayborn
9804 Fair Oaks Blvd Apt 101
Fair Oaks, CA 95628-7044

Tammy Cox
4425 Hunting Meadows Cir
Colorado Springs, CO 80916-2463

Tammy Koota
9804 Willow Way
Tampa, FL 33635

Tana Coleman
2363 Arbor Hill Rd
Canton, GA 30115-7097

Taneka Irvin
1162 Coretta Way
Orlando, FL 32805-4334

Tara Norman
239 Grand St Apt 10
Paterson, NJ 07501-2730

Tasha  & Melony Wells
139 China Grove Ln
Vicksburg, MS 39180-7286

TBS
PO Box 532448
Charlotte, NC 28290-2448

Ted Daniels
2136 32nd Pl SE
Washington, DC 20020-3328

Ted Kucharski
166 Wood Pond Rd
South Windsor, CT 06074-1562

Ted Smith
322 N Edinberg Dr SW
Grand Rapids, MI 49548-6756

Teennick
AD Sales PO Box 13683
Newark, NJ 07188-0683

Teresa Barnett
PO Box 564
Winterport, ME 04496-0564

Teriann Lewis
5210 Lynns Retreat Dr
Bowie, MD 20720

Terrence Lakey
24470 Pilgrim
Redford, MI 48239-3523

Terrence Scott
311 Lexington Ave
Clifton, NJ 07011-2341

Moten, Terrie
7590 Dexter Hills Dr
Cordova, TN 38016

Terry Bowers
6509 Greentree Rd
Bethesda, MD 20817-3325

Terry Jones & Erika Barber
5340 Blackwelder St Apt 2
Los Angeles, CA 90016-3740

Bell, Terry
2155 Hickory Trce
Mabank, TX 75156-7021

The Ashcroft Law Firm
100 Main Street
Suite 2600
Kansas City, MO 64105

The CW Plus
File # 50636
Los Angeles, CA 90074-0636

The History Channel
P.O. Box 18546
Newark, NJ 07191-8546

The Science Channel
PO Box 79963
Baltimore, MD 21279-0963

The Weather Channel
PO Box 101535
Atlanta, GA 30392-1535

Theresa Saldana
5007 White Oak Ave Bsmt
East Chicago, IN 46312-6474

This TV Network
PO Box 511407
Los Angeles, CA 90051-7962

Thomas Fitzgerald
15925 Central Park Ave
Markham, IL 60428-4022

Thomas Hill
1406 Stanley Ter
Hillside, NJ 07205-1829

Thomas McLallen
1418 E 9th St
Pueblo, CO 81001-3105

Thomas Powell
41 Park Ln E
New Milford, CT 06776-2529

Thomas Robertson
6266 Jim Pickett Rd
Snow Camp, NC 27349-9517

Thomas Ziesmer
29950 Kingsbridge Dr Apt 127
Rockwood, MI 48173

Thomasina Washington
1508 Crescent Hill Dr
Tallahassee, FL 32303-1194

Thresia Rose
7972 Rhanbuoy Rd
Spring Hill, FL 34606-1951

Tiffany Brown
6819 Krause Dr
Missouri City, TX 77489-3436

Romero, Tilsa
4326 Melody Ln Apt 203
Madison, WI 53704-2871

Timothy Adamovage
PO Box 692
Jacksonville, NC 28541-0692

Timothy Brewington
1304 N Duke St
Durham, NC 27701-1652

Timothy Goodman
1560 Airport Rd
Ozark, AR 72949-4154

Timothy Hagans
2103 Azalea Dr
Killeen, TX 76541-5600

Timothy Pearce
395 Coleman Dr
Winter Haven, FL 33884-2555

Tina Perdue
108 Laurel Hill Dr
Prattville, AL 36066-6728

Tina Tyler
312 Greenfield Ave
Pittsburgh, PA 15207-1072

TJ Larson
211 3rd St
Maurice, IA 51036-5018

TNT, Turner Broadcasting
One Time Warner Center
19th Floor
New York, NY 10019-8016

Toby Thibodeauax
1024 Rupert Lake Rd
Eunice, LA 70535

Todd Ducheny
340 Freude Ln
Box Elder, SD 57719-7003

Todd Duke
3678 E Simpson Ct
Gilbert, AZ 85297-8281

Todd Kaye
4896 Bocaire Blvd
Boca Raton, FL 33487-1160

Tokey McGovern
2915 Lyndhurst Pl
Chester, VA 23831-8810

Tom Deblonk
3222 Rapace Ln
Las Vegas, NV 89141-3215

Tom Harrell
RR 2 Box 584
Ewing, VA 24248-9529

Tomeka Collier
509 W Church St
Fort Valley, GA 31030-3707

Robinson, Tommy
4272 Center Grove Rd
Meridian, MS 39301-8501

Tony Milwood
574 Midwood St Apt 1f
Brooklyn, NY 11203-1144

Tony Ward
629 Fayette Dr N
Safety Harbor, FL 34695-4305

Tonya Myers
13323 Spruce St
Southgate, MI 48195-1362

Tonya Parham
1509 Lorelei Dr
Zion, IL 60099-8811

TPG - The Peter Group, Inc.
7 N. Columbus Boulevard
Philadelphia, PA 19106

Tracee Thrash
2501 Carnaby Dr
Windsor Mill, MD 21244-1909

Tracy Black
110 Ridge Rd
Greenville, SC 29607-3750

Tracy Johnson
723 Trails End Dr
Graham, NC 27253-4449

Travel Media Inc
PO Box 791027
Baltimore, MD 21279

Travis Black
318 Eastwood Cir
Ardmore, OK 73401-9116

Travis Davis
11116 Lakeland Cir
Fort Myers, FL 33913-6904

Travis Winton
18200 S Peeples Valley Rd
Kirkland, AZ 86332-8700

Treavor Kerch
PO Box 521
Miwuk Village, CA 95346-0521

Treneice & Barbara Willims
115 N Border St
Troy, IL 62294-1136

Troy Greer
377 County Road 4450
Kempner, TX 76539-5875

Troy Jones
PO Box 193
Newton, NC 28658-0193

Trudy Ann Brown
P.O. BOX 270152
Susanville, CA 96127

TRUTV
PO Box 532448
Charlotte, NC 28290-2448

Turner Broadcasting
One Time Warner Center
New York, NY 10019-8016

Turnkey Technologies, Inc.
770 Spirit of St. Louis Boulevard
Suite 100
Chesterfield, MO 63005

TV One LLC
13151 Collections Center
Chicago, IL 60693

TVGuide Networks, Inc
PO Box 3755
New York, NY 1008-3755

TVi Media, LLC
708 Third Ave
Suite 1800
New York, NY 10017

TVLAND, MTV Networks
AD Sales PO Box 13683
Newark, NJ 07188-0683

Twentieth Television, Inc.
14014 Collections Ctr DR
Chicago, IL 60693

Tyler Powell
35514 Desert Rose Way
Lake Elsinore, CA 92532-2914

Tyree Barnes
500 Duboce Ave
Richmond, CA 94801-1941

Tyrone & Elizabeth Hubbard
654 Wellington Rd
Jackson, MS 39206-4949

Tyrone Lewis
11401 Lenox Dr
Largo, MD 20774-5715

Tyson Englehardt
744 W Swanzey Rd Apt 107
Swanzey, NH 03446-3354

```
U. S. Bancorp
2751 Shepard Road, EP-MN-BB1
St. Paul, MN 55116

Ujala Luthia
12 Sachem Cir
West Lebanon, NH 03784-1037

Ullanda Reid
155 Morning Creek Way
Jonesboro, GA 30238-6332

Universal
30 Rockefeller PLZ 5224
New York, NY 10112-0002

Universal Sports
2900 W. Olympic
Suite 201
Santa Monica, CA 90404

UPS
PO Box 650580
Dallas, TX 75265-0580

USA Network
Bank of America Lockbox
PO Box 402971
Atlanta, GA 30384-2971

UTV44 WJTC
PO Box 402622
Atlanta, GA 30384

Valerie Baker
5320 Hogan Ln
Winter Haven, FL 33884-3588

Valerie Eatmon
PO Box 74
Grove Hill, AL 36451-0074

Van Monroe
910 Kahn St
Marshall, TX 75670-5542

Vance Barskile
6102 Cambridge Dr W
Suffolk, VA 23435-3142

Vandy Moore
114 Lockhart Ave
Waterbury, CT 06705-1925
```

Vanessa Alexander
9555 E Shiloh St Apt 6201
Tucson, AZ 85748-3247

Vehix, Inc.
1165 Wilmington Avenue, Suite 200
Salt Lake City, UT 84106

Veronica Espinda
1841 E 18th St
National City, CA 91950-5046

Veronica King
215 N Cottage Rd
Sterling, VA 20164-1335

VH1, MTV Networks
AD Sales PO Box 13683
Newark, NJ 07188-0683

Vicki Siegel
337 S Gold Canyon St
Ridgecrest, CA 93555-4125

Victor Caisahuano
4022 67th St Apt A4
Woodside, NY 11377-8504

Victor Enriquez Jr.
530 W Belleview Ave
Porterville, CA 93257-2118

Victoria Cannon
15705 SW 7th Pl
Sunrise, FL 33326-2135

Patrick, Victoria
PO Box 353
Creighton, NE 68729-0353

Vincent Cox
8702 Bandera Cir S
Jacksonville, FL 32244-5973

Vincent Orr
3209 W Villa Rita Dr
Phoenix, AZ 85053-1644

Vincent Torres
42 Myrtle Ave Apt 2
West Haven, CT 06516-3649

Virginia Fass
6891 S Vereda de Las Casitas
Tucson, AZ 85746-8098

WABC-TV
7 Lincoln Square
New York, NY 10023

Wallace Doran
144 Middle Rd
Guilford, CT 06437-1767

Walter Davis Jr.
415 Sunset Ave Apt 5
North Providence, RI 02904-3736

Walter Downing
709 N 2nd St # A
Nashville, TN 37207-5905

Walter Harrison
7512 Oak Fern Pl
Baton Rouge, LA 70811-1253

WAMY
1309 N. Memorial Parkway
Huntsville, AL 35810

Wanda Wallace
2935 N Stillman St
Philadelphia, PA 19132-1910

Warner Brothers Domestic Television Dist
PO Box 13717
Newark, NY 07188

Warren Chadwick
9516 Royston Way
Elk Grove, CA 95758-1077

Wayne Blomquist
3107 Gloxinia Dr
Billings, MT 59102-0414

Wayne Richardson
242 Lark Ave
Lumberton, NC 28358-8347

Wendy Ellis
7425 Sepulveda Blvd Apt 37
Van Nuys, CA 91405-1668

Westplex Enews
148 Timberidge Dr.
St. Peters, MO 63376

WFLD
205 N. Michigan Avenue
Chicago, IL 60601

WGN America
PO Box 26918
New York, NY 10087-6918

Whelan Security
P.O. Box 841112
Kansas City, MO 64184

Willetta Thompson
6713 Huntsville Rd
Chesterfield, VA 23832

William Antwine Jr.
PO Box 897
Saint Stephen, SC 29479-0897

William Baas
924 Box Butte Ave
Alliance, NE 69301-2942

Campbell, William C.
4732 W Erie St
Chicago, IL 60644-1716

William Connolly
2034 S68th St
Philadelphia, PA 19142

William Doane
PO Box 272
Camden, IN 46917-0272

William Fegley
186 Old Route 322
Spring Mills, PA 16875-9017

William Foggle
3109 Alta Mesa Dr
Dallas, TX 75241-5808

William Gardiner
16501 N El Mirage Rd Lot 866
Surprise, AZ 85374-2817

William Graves
70917 Sandstone Dr
Edwardsburg, MI 49112-8754

William Harrison
236 E Bayview Blvd
Norfolk, VA 23503-5249

William Howle
PO Box 444
Pahokee, FL 33476-0444

William Husko
201 Rodeo Dr
Grayslake, IL 60030-9620

William McDonald
50 E 11th St Apt 1705
Covington, KY 41011-6305

William McFarlane
106 Sea Knight Ln
Havelock, NC 28532-9494

William McGuire
270 Stabley Ln
Windsor, PA 17366

William Mikels
432 Mueller Ave
Pittsburgh, PA 15205-3236

William Miller, et al.
1997 Tiburon Dr
Redding, CA 96003

William Quade
148 Burningtree Dr
Groton, CT 06340-3100

William Thomas Sr.
105 Lynwood Rd
Walterboro, SC 29488-3534

William Yelton
8793 W Arbor Ave
Littleton, CO 80123

Barnet, William
549 Cottage Grove Ave
Xenia, OH 45385-5607

Large, William
6030 County Road 19
Demopolis, AL 36732-6100

Willie & Wanda Cleveland
6054 Blackthorne Ave
Lakewood, CA 90712-1116

Willie Williams
12440 Cookacre Ave Apt 118
Lynwood, CA 90262-5358

Willy Garret
5310 1/2 Chapman St
Houston, TX 77009-1521

WLFL
3012 Highwoods Blvd
Ste 101
Raleigh, NC 27604

WNOL- TV
PO Box 62019
New Orleans, LA 70162-2019

WNYA
5670 Wilshire Blvd
Suite 1300
Los Angeles, CA 90036

WOLF/New Age Media Mangagement
Scranton/ W-B Depository
1181 Highway 315
Plains, PA 18702

Womens Entertainment
11 Penn Plaza
19th Floor
New York, NY 10001

Woody Solomon
40 Lincoln Pl
Irvington, NJ 07111-2321

Worldlink Ventures
PO Box 511407
Los Angeles, CA 90051-7962

Worship/CNI Holdings
PO Box 681329
Franklin, TN 37068-1329

WPGX- TV/Fox 28
Lockbox # 1065
PO Box 11407
Birmingham, AL 35246-1065

WPIX-TV
220 East 42nd Street
New York, NY 10017

WTLF, KB Prime Media
1205 Baytree Rd
Valdosta, GA 31602-2783

WTLH
1181 Highway 315
Plains, PA 18702

WTNZ
9000 Executive Park Drive
Building D Suite 300
Knoxville, TN 37923

WTVJ
CFS Lockbox
PO Box 402971
Atlanta, GA 30384-2971

WUPL
3850 N Causeway Blvd
Suite 454
Metairie, LA 70002

WVBT
300 Wavy Street
Portsmouth, VA 23704

WZDX
1309 Memorial Pkwy NW
Huntsville, AL 35801

Xavier Johnson
525 Twin Lakes Ct
Fairburn, GA 30213-4306

Yasmine Allen
91 Clinton Pl
Newark, NJ 07108-1209

Yevette Richmons
16817 Five Points St
Redford, MI 48240-2411

Yolanda Wells
111 Volks Ct Apt C
North Aurora, IL 60542-3343

Yvonne Anderson
1488 Adele Ct
Elmont, NY 11003-4505

Yvonne Patterson
3925 Summercrest Way Apt 1013
Knoxville, TN 37918-6979

Zakiyyah Owens
2105 Barcelona Ave
Fort Pierce, FL 34946-1325

Zee Medical
1044 Pershall Road
Saint Louis, MO 63137

Zhelma Washington
11307 Flora Springs Dr
Riverview, FL 33579-2410

# United States Bankruptcy Court
## Eastern District of Missouri

In re   **US Fidelis, Inc.**             Case No. _____

                    Debtor(s)            Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __US Fidelis, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  1, 2010__
Date

__/s/ Robert E. Eggmann__
**Robert E. Eggmann #3044, #37374**
Signature of Attorney or Litigant
Counsel for   **US Fidelis, Inc.**
**Lathrop & Gage LLP**
**7701 Forsyth, Suite 400**
**Clayton, MO 63105**
**314-613-2800 Fax:314-613-2801**
**reggmann@lathropgage.com**