**DRAFT**

# USfidelis
## Wind-down Budget - February 1 thru June 30
As of March 1, 2010
$ in thousands

| Week Beginning | Fcst 3/1 | Fcst 3/8 | Fcst 3/15 | Fcst 3/22 | Fcst 3/29 | Fcst 4/5 | Fcst 4/12 | Fcst 4/19 | Fcst 4/26 | Fcst 5/3 | Fcst 5/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash (Includes memo item below) | $ 5 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Credit Card Deposits, net | 10 | 5 | 10 | 5 | 10 | 5 | 10 | 5 | 10 | 5 | 10 |
| Transfer from Reserve to cover ( ) acct bal | | | | | | | | | | | |
| Manual Deposits | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Total Available Cash | $ 18 | $ 8 | $ 13 | $ 8 | $ 13 | $ 8 | $ 13 | $ 8 | $ 13 | $ 8 | $ 13 |
| **Disbursements** | | | | | | | | | | | |
| **Payroll** | | | | | | | | | | | |
| Commission Draw | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Commision Payroll | - | - | - | - | - | - | - | - | - | - | - |
| Salaried/Hourly Payroll | (230) | - | (175) | - | (220) | - | (150) | - | (190) | - | (120) |
| Total Payroll | $ (230) | $ - | $ (175) | $ - | $ (220) | $ - | $ (150) | $ - | $ (190) | $ - | $ (120) |
| **Operating Expenses** | | | | | | | | | | | |
| Operating Expenses (Utilities, prop taxes, etc.) | $ (100) | $ (74) | $ (34) | $ (54) | $ (80) | $ (40) | $ (40) | $ (40) | $ (40) | $ (65) | $ (38) |
| Legal, Professional Fees, | (54) | (14) | (34) | (34) | (34) | (39) | (29) | (29) | (34) | (44) | (34) |
| Other (Bldg Carrying costs, record retentn, etc) | - | - | - | - | - | - | - | - | - | - | - |
| Warranty Co. Payments (non-MEPCO financed) | - | - | - | - | - | - | - | - | - | - | - |
| Trustee Fees | - | - | - | - | (5) | - | - | - | - | - | - |
| United Medical Healthcare | - | (18) | - | - | - | (18) | - | - | - | (18) | - |
| Total Operating Expenses | $ (154) | $ (106) | $ (68) | $ (88) | $ (119) | $ (97) | $ (69) | $ (69) | $ (74) | $ (127) | $ (72) |
| Net change in cash | $ (366) | $ (98) | $ (230) | $ (80) | $ (326) | $ (89) | $ (206) | $ (61) | $ (251) | $ (119) | $ (179) |
| **Ending Cash** | $ (361) | $ (98) | $ (230) | $ (80) | $ (326) | $ (89) | $ (206) | $ (61) | $ (251) | $ (119) | $ (179) |
| Funding Requirements | 361 | 98 | 230 | 80 | 326 | 89 | 206 | 61 | 251 | 119 | 179 |

# USfidelis
## Wind-down Budget - February 1 thu June 30
As of March 1, 2010
$ in thousands

| Week Beginning | Fcst 5/17 | Fcst 5/24 | Fcst 5/31 | Fcst 6/7 | Fcst 6/14 | Fcst 6/21 | Fcst 6/28 | Total |
|---|---|---|---|---|---|---|---|---|
| Beginning Cash (Includes memo item below) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 5 |
| | | | | | | | | |
| Credit Card Deposits, net | 5 | 10 | 5 | 10 | 5 | 10 | 5 | 135 |
| Transfer from Reserve to cover ( ) acct bal | | | | | | | | - |
| Manual Deposits | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 54 |
| Total Available Cash | $ 8 | $ 13 | $ 8 | $ 13 | $ 8 | $ 13 | $ 8 | 194 |
| | | | | | | | | |
| **Disbursements** | | | | | | | | |
| **Payroll** | | | | | | | | |
| Commission Draw | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Commision Payroll | - | - | - | - | - | - | - | - |
| Salaried/Hourly Payroll | - | (160) | - | (75) | - | (95) | (60) | (1,475) |
| Total Payroll | $ - | $ (160) | $ - | $ (75) | $ - | $ (95) | $ (60) | (1,475) |
| | | | | | | | | |
| **Operating Expenses** | | | | | | | | |
| Operating Expenses (Utilities, prop taxes, etc.) | $ (38) | $ (38) | $ (70) | $ (35) | $ (35) | $ (35) | $ (35) | (890) |
| Legal, Professional Fees, | (34) | (29) | (29) | (34) | (29) | (29) | (39) | (602) |
| Other (Bldg Carrying costs, record retentn, etc | - | - | - | - | - | - | (150) | (150) |
| Warranty Co. Payments (non-MEPCO finance | - | - | - | - | - | - | - | - |
| Trustee Fees | - | - | - | - | - | - | (5) | (10) |
| United Medical Healthcare | - | - | - | (18) | - | - | - | (72) |
| Total Operating Expenses | $ (72) | $ (67) | $ (99) | $ (87) | $ (64) | $ (64) | $ (229) | $ (1,724) |
| | | | | | | | | |
| Net change in cash | $ (64) | $ (214) | $ (91) | $ (149) | $ (56) | $ (146) | $ (281) | $ (3,005) |
| | | | | | | | | |
| **Ending Cash** | $ (64) | $ (214) | $ (91) | $ (149) | $ (56) | $ (146) | $ (281) | $ (3,000) |
| | | | | | | | | |
| Funding Requirements | 64 | 214 | 91 | 149 | 56 | 146 | 281 | 3,000 |