February 5, 2010

To: U S Fidelis
    100 Mall Parkway
    Wentzville, Mo 63385

Please cancel contract #80078361PN. No claims have been submitted. Terminate contract as of inception date. Current mileage on Pacifica is ___77,250___. We never received an original contract and were very displeased to find limits of coverage upon considering a claim.

Sincerely,

*Heather Zickert*
Heather Zickert

*Ronald G McDonald*
Ronald G Mc Donald

4638 Cashel Glen
Houston, Texas 77069

RECEIVED & FILED
APR 19 2010
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

WWW.MOEB.USCOURTS.GOV

RECEIVED
APR 19 2010
U.S. COURT OF APPEALS
EIGHTH CIRCUIT