I Alexander Johnson sr is filing a Complaint Against Us Fideles to Recover All my money That I have Paided them From the beginning of Contract. They did not Uphold their end of the Contract. I am Also known as Alex Johnson

Alex Johnson
Alexander Johnson Sr.

RECEIVED + FILED
2010 APR 23 AM 10:50
CLERK, US BANKRUPTCY COURT
EASTERN DISTRICT
ST. LOUIS, MISSOURI - MR

Alexander Johnson Sr  
PO Box 10957  
Dothan, AL. 36304  
346 Beaver Run Cir. W  
Headland, AL. 36345

CLERK, US BANKRUPTCY COURT  
EASTERN DISTRICT  
ST.LOUIS, MISSOURI-MR  

2010 APR 23 AM 10:51  

RECEIVED + FILED



Bankruptcy Clerk Office  
111 South Tenth Street  
Fourth Floor  
St. Louis, MO. 63102