**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| US FIDELIS, INC., | ) | Hon. Charles E. Rendlen, III |
| | ) | |
| Debtor. | ) | Case No. 10-41902 |
| | ) | |

**MEPCO FINANCE CORPORATION'S CONFIRMATION OF REPRESENTATION MADE IN AID OF CONFIRMATION OF THE FIRST AMENDED PLAN OF LIQUIDATION (AS MODIFIED)**

COMES NOW Mepco Finance Corporation ("Mepco"), by and through its undersigned counsel, and hereby confirms and restates its representation made to the Court at the July 16, 2012 Confirmation Hearing that Mepco will not apply or enforce the releases, exculpations, and injunctions with respect to and in favor of Mepco contained in the *First Amended Plan of Liquidation For US Fidelis, Inc. dated June 5, 2012 Proposed by the Official Committee of Unsecured Creditors (As Modified)* against Jackie High, Loretta Alva, and Travis Peavy.

ARMSTRONG TEASDALE, LLP

By: /s/ David L. Going
David L. Going  #33435MO
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri  63105
T: 314.621.5070
F: 314.621.5065
doing@armstrongteasdale.com

Attorneys for Mepco Finance Corporation

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all parties receiving service through the Court's CM/ECF system on this 17th day of August, 2012.

/s/ David L. Going